**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

8

In re:                                                                    Bankruptcy Case No.: 19−21025−GLT

                                                                          Chapter: 13

**Richard Cain**                          Helen L. Cain
   Debtor(s)                              aka Helen L. DeMocko

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **May 24, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                       Michael R. Rhodes
   U.S. Bankruptcy Court                                                  *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 3/18/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21025-GLT
Richard Cain                                                            Chapter 13
Helen L. Cain
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin              Page 1 of 3          Date Rcvd: Mar 18, 2019
                            Form ID: 154A            Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
```
db/jdb         +Richard Cain,    Helen L. Cain,    6833 Saltsburg Road,    Pittsburgh, PA 15235-2231
15012050       +AR Resources,    1777 Sentry Pkwy West,    Blue Bell, PA 19422-2206
15012054        AV Medical Imaging,    7 Acee Drive,    Natrona Heights, PA 15065-9700
15012044       +Alexandra T. Garcia,    123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
15012046        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
15012045       +Alle-Kiski Medical Center,    PO Box 951871,    Cleveland, OH 44193-0020
15012047        Allegheny Radiology Associates, LT,    P O Box 49,    Pittsburgh, PA 15230-0049
15012048       +Alliance Cardiology Group, PC,    Forest Hills Plaza,    Suite 216,    21 Yost Boulevard,
                 Pittsburgh, PA 15221-5283
15012049       +Almar Radiologists, Inc.,    400 Penn Center Boulevard,    Suite 555,    Pittsburgh, PA 15235-5610
15012053       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
15012055        CBCS,    PO Box 165025,    Columbus, OH 43216
15012057      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Coll Svc Ctr,    250 Mt Lebanon Blv Suite 420,
                 Pittsburgh, PA 15122)
15012056       +Central Tax Bureau,    600 West Railroad Avenue,    Verona, PA 15147-1140
15012059       +Collection Service Center, Inc.,    839 5th Avenue,    PO Box 560,
                 New Kensington, PA 15068-0560
15012061       +Columbia House,    Customer Service Center,    PO Box 1114,    1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
15012062       +Commonwealth of Pennsylvania,    Department of Labor and Industry,    255 Elm Street,
                 Oil City, PA 16301-1467
15012063        Computer Credit, Inc.,    640 West Fourth Street,    Post Office Box 5238,
                 Winston-Salem, NC 27113-5238
15012066        Delatorre Orthotics & Prosthetics, Inc.,    PO Box 644574,    Pittsburgh, PA 15264-8574
15012068       +Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
15012070       +Dominion Retail,    875 Greentree Road,    Parkway Center,    Pittsburgh, PA 15220-3613
15012069       +Dominion Retail,    Po Box 298,    Pittsburgh, PA 15230-0298
15012071       +Duquesne Light,    520 East Main Street,    Carnegie, PA 15106-2051
15012072        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
15012073       +Duquesne Light Company,    708 Smithfield Street,    Pittsburgh, PA 15222-3924
15012077       +ER Solutions,    800 Southwest 39th Street,    Renton, WA 98057-4927
15012074        Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012075       +Emp of Allegheny County LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012076       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 2nd Floor,    Pittsburgh, PA 15212-5860
15012079       +Forbes Regional Hospital,    P.O. Box 951820,    Cleveland, OH 44193-0020
15012081        Guardian Protection Services,    PO Box 747003,    Pittsburgh, PA 15274
15012082       +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
15012083       +James R. Wood, Esquire,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
15012086       +Law Offices of Charles J. Hilton & Assoc,    Attorneys at Law,    Oakmont Station Two,
                 527 Cedar Way, Suite 203,    Oakmont, PA 15139-2068
15012090       +MCT Cardiology Med Assoc PC,    Forest Hills Plaza,    21 Yost Boulevard,    Suite 216,
                 Pittsburgh, PA 15221-5283
15012088       +Maiello, Brungo, & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012089       +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
15012093       +Municipality of Penn Hills,    c/o Central Tax Bureau of PA, Inc.,    600 West Railroad Avenue,
                 Verona, PA 15147-1140
15012094        Municipality of Penn Hills EMS,    12445 Frankstown Road,    Pittsburgh, PA 15235
15012096        NCO Financial,    Po Box 41466,    Philadelphia, PA 19101
15012099      ++NEW YORK COMMUNITY BANK,    ATTN BANKUPTCY DEPT,    1801 E 9TH ST,    CLEVELAND OH 44114-3107
               (address filed with court: New York Community Bank,    1801 East 9th Street,    Suite 200,
                 Cleveland, OH 44114)
15012100       +Northeast Credit & C,    960 N Main Ave,    Scranton, PA 18508-2126
15012102       +OHA,    Po Box 643042,    Pittsburgh, PA 15264-3042
15012101        Oakmont Water Authority,    P.O. Box 73,    Oakmont, PA 15139-0073
15012103       +Orthopedic Association fo Pittsburgh, In,    2550 Mosside Boulevard,    Suite 405,
                 Monroeville, PA 15146-3533
15012104       +Orthopedic Association of Pittsburgh,    2550 Mosside Boulevard,    Suite 405,
                 Monroeville, PA 15146-3533
15012105      #+Penn Credit Coporation,    PO Box 988,    Harrisburg, PA 17108-0988
15012106       +Penn Hills,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012107        Penn Hills School District,    PO Box 643834,    Pittsburgh, PA 15264-3834
15012109       +Penn Hills Sewage,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012110       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
```

```
District/off: 0315-2          User: admin             Page 2 of 3              Date Rcvd: Mar 18, 2019
                              Form ID: 154A           Total Noticed: 94


15012111       +Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,    707 Grant Street, Suite 2200,
                 Gulf Tower,    Pittsburgh, PA 15219-1945
15012112       +Pittsburgh Ear Nose and Throat Associate,    344 Forbes Avenue,    Pittsburgh, PA 15222
15012113        Pittsburgh Parking Court,    P.O. Box 640,   Pittsburgh, PA 15230-0640
15012115        Portnoff Law Associates,    PO Box 3020,   Norristown, PA 19404-3020
15012116       +Professional Account Management Inc.,    633 West Wisconsin Avenue,    Milwaukee, WI 53203-1920
15012119        Revenue Cycle Solutions, Inc.,   P.O. Box 94609,    Cleveland, OH 44101-4609
15012120       +Rmg Systms,    Po Box 44414,   Eden Prairie, MN 55344-1414
15012121       +S&T Bank,    P.O. Box 190,   Indiana, PA 15701-0190
15012125       +State Collection Ser,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
15012126       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15012127        Target,   Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
15012128        Target National Bank,    PO BOX 59231,   Minneapolis, MN 55459-0231
15012129        The Municipal Authority of the,    Borough of Oakmont,    Water Department,    PO Box 73,
                 Oakmont, PA 15139-0073
15012130       +The Municipal Authority of the Borough,    of Oakmont Water Department,    44 Clinton Street,
                 Greenville, PA 16125-2281
15012131       +The Western Pennsylvania Hospital,    PO Box 951960,    Cleveland, OH 44193-0021
15012133        UPMC,   PO Box 371842,   Pittsburgh, PA 15250-7842
15012134        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
15012136        UPMC St. Margaret,    PO Box 360381,   Pittsburgh, PA 15251-6381
15012137       +Vengroff, Williams, & Associates, Inc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
15012142       +WPAHS,    P.O. Box 6770,   Pittsburgh, PA 15212-0770
15012140        West Penn Forbes Campus,    P.O. Box 73542,    Cleveland, OH 44193-0002
15012141       +West Penn Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793
15012143       +Y.C. Ho, M.D.,   Wood Towers,    810 Wood Street,   Suite 1,    Pittsburgh, PA 15221-2880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15012043       +E-mail/Text: EBNProcessing@afni.com Mar 19 2019 02:56:13     Afni, Inc.,    P.O. Box 3667,
                 Bloomington, IL 61702-3667
15012051       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2019 02:56:03      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
15012052       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2019 02:56:03      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
15012058       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 19 2019 02:56:11      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
15012064       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 19 2019 02:56:22
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15012067       +E-mail/Text: Bankruptcy.Consumer@dish.com Mar 19 2019 02:56:04      Dish Network,
                 5701 South Santa Fe Drive,    Littleton, CO 80120-1813
15012078       +E-mail/Text: bankruptcies@escallate.com Mar 19 2019 02:55:31      Escallate LLC,
                 5200 Stoneham Road,    North Canton, OH 44720-1584
15012080       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2019 02:55:43      Greentree Servicing,
                 PO Box 6172,    Rapid City, SD 57709-6172
15012091       +E-mail/Text: rcpsbankruptcynotices@parallon.com Mar 19 2019 02:56:40      Medicredit Corp,
                 3620 I 70 DR SE STE C,    Columbia, MO 65201-6582
15012092       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2019 02:56:05      Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
15012097       +E-mail/Text: egssupportservices@alorica.com Mar 19 2019 02:56:15      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
15012099        E-mail/Text: bankruptcy@mynycb.com Mar 19 2019 02:55:32      New York Community Bank,
                 1801 East 9th Street,    Suite 200,   Cleveland, OH 44114
15012095       +E-mail/Text: Bankruptcies@nragroup.com Mar 19 2019 02:56:42      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
15012114       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 03:01:58      Portfolio,
                 120 Corporate Blvd,    Norfolk, VA 23502-4952
15012117       +E-mail/Text: Supportservices@receivablesperformance.com Mar 19 2019 02:56:35
                 Receivables Performance,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15012118       +E-mail/Text: Supportservices@receivablesperformance.com Mar 19 2019 02:56:35
                 Receivables Performance Management LLC,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15012124        E-mail/Text: appebnmailbox@sprint.com Mar 19 2019 02:56:04      Sprint Nextel,    P.O. Box 7949,
                 Overland Park, KS 66207-0949
15012123       +E-mail/Text: appebnmailbox@sprint.com Mar 19 2019 02:56:04      Sprint,    Customer Service,
                 PO Box 8077,    London, KY 40742-8077
15012135       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 19 2019 02:56:29      UPMC Presbyterian Shadyside,
                 200 Lothrop Street,    Pittsburgh, PA 15213-2536
15012132       +E-mail/Text: ebn@unique-mgmt.com Mar 19 2019 02:56:25      Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
15012138       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 19 2019 02:55:30
                 Verizon,    500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
15012139       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 19 2019 02:55:30
                 Verizon Wireless,    1 Verizon Pl,   Alpharetta, GA 30004-8510
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0315-2           User: admin              Page 3 of 3              Date Rcvd: Mar 18, 2019
                               Form ID: 154A            Total Noticed: 94

15012065*       +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15012060       ##+Collection Service Center, Inc.,    Po Box 68,    Altoona, PA 16603-0068
15012084       ##+Jennifer L. Cerce, Esquire,    Lawrence J. Maiello, Esquire,    Maiello, Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
15012085       ##+Kevin H. Buraks, Esquire,    Portnoff Law Associates, Ltd.,    1000 Sandy Hill Road,    Suite 150,
                 Norristown, PA 19401-4181
15012087       ##+Maiello, Brungo & Maiello, LLP,    One Churchill Park,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
15012098       ##+NCO Financial,    605 West Edison Road,    Suite K,    Mishawaka, IN 46545-8823
15012108       ##+Penn Hills School District,    c/o Maiello Brungo and Maiello,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
15012122       ##+Security Credit Systems,    PO Box 846,    Buffalo, NY 14240-0846
                                                                                               TOTALS: 0, * 1, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Richard  Cain ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```