# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-21025-GLT |
| | : | |
| **RICHARD CAIN, SR.** | : | CHAPTER 13 |
| **HELEN CAIN,** | : | |
| DEBTORS | : | |
| | : | RELATED TO DOC. NO. 5, 6 |
| **RICHARD CAIN, SR.** | : | |
| **HELEN CAIN,** | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | **April 10, 2019 at 10:00 am** |
| vs. | : | |
| | : | |
| **AFNI, INC.,** | : | |
| **ALLE-KISKI MEDICAL** | : | |
| **CENTER,** | : | |
| **ALLEGHENY RADIOLOGY** | : | |
| **ASSOCIATES,** | : | |
| **ALLIANCE CARDIOLOGY** | : | |
| **GROUP,** | : | |
| **ALMAR RADIOLOGISTS, INC.,** | : | |
| **AR RESOURCES,** | : | |
| **ASSET ACCEPTANCE,** | : | |
| **AV MEDICAL IMAGING,** | : | |
| **CBCS,** | : | |
| **CENTRAL TAX BUREAU,** | : | |
| **COLLECTION SERVICE** | : | |
| **CENTER, INC.,** | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| **COMPUTER CREDIT, INC.,** | : | |
| **CREDIT MANAGEMENT** | : | |
| **COMPANY,** | : | |
| **DELATORRE ORTHOTICS &** | : | |
| **PROSTHETICS, INC.,** | : | |
| **DISH NETWORK,** | : | |
| **DOMINION RETAIL,** | : | |
| **DUQUESNE LIGHT CO.,** | : | |
| **EMP OF ALLE KISKI LTD,** | : | |
| **AMP OF ALLEGHENY** | : | |
| **COUNTY LTD,** | : | |
| **EQUITABLE GAS CO.,** | : | |
| **ER SOLUTIONS,** | : | |
| **ESCALLATE LLC,** | : | |
| **EVERBANK,** | : | |

| | |
|---|---|
| **FORBES REGIONAL HOSPITAL,** | : |
| **GUARDIAN PROTECTION SERVICES,** | : |
| **I C SYSTEMS,** | : |
| **MCT CARDIOLOGY MED, ASSOCIATES PC,** | : |
| **MIDLAND CREDIT MANAGEMENT,** | : |
| **MUNICIPALITY OF PENN HILS,** | : |
| **MUNICIPALITY OF PENN HILLS EMS,** | : |
| **NATIONAL RECOVERY AGENCY,** | : |
| **NCO FINANCIAL,** | : |
| **NEW YORK COMMUNITY BANK,** | : |
| **OAKMONT WATER AUTHORITY,** | : |
| **OHA,** | : |
| **ORTHOPEDIC ASSOCIATION OF PITTSBURGH,** | : |
| **PENN CREDIT CORP.,** | : |
| **PENN HILLS SCHOOL DISTRICT,** | : |
| **PITTSBURGH EAR NOSE AND THROAT ASSOCIATE,** | : |
| **PITTSBURGH PARKING COURT,** | : |
| **PROFESSIONAL ACCOUNT MANAGEMENT INC.,** | : |
| **RECEIVABLES PERFORMANCE,** | : |
| **REVENUE CYCLE SOLUTIONS,** | : |
| **S&T BANK,** | : |
| **SECURITY CREDIT SYSTEMS,** | : |
| **SPRINT,** | : |
| **STATE COLLECTION SERV.,** | : |
| **TARGET NATIONAL BANK,** | : |
| **MUNICIPAL AUTHORITY BOROUGH OF OAKMONT,** | : |
| **WESTERN PENNSYLVANIA HOSPITAL,** | : |
| **UPMC PHYSICIAN SERVICES,** | : |
| **UPMC PRESBYTERIAN** | : |

|  |  |
|---|---|
| **SHADYSIDE,** | **:** |
| **VERIZON,** | **:** |
| **WEST PENN FORBES CAMPUS,** | **:** |
| **WEST PENN HOSPITAL,** | **:** |
| **WPAHS, Y. C. HO, M.D.,** | **:** |
| **RONDA J. WINNECOUR, ESQ.** | **:** |
| **CHAPTER 13 TRUSTEE,** | **:** |
| **RESPONDENTS** | **:** |

### CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on March 15, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 1, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 2, 2019                    By:    /s/ Paul W. McElrath
                                                Paul W. McElrath, Esquire
                                                Attorney for Debtor/Movant
                                                PA I.D. #86220
                                                McElrath Legal Holdings, LLC
                                                1641 Saw Mill Run Blvd
                                                Pittsburgh, PA 15210
                                                (412) 765-3606