FILED
4/3/19 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-21025-GLT |
| | : | |
| **RICHARD CAIN,** | : | CHAPTER 13 |
| **HELEN CAIN,** | : | |
| DEBTORS | : | |
| | : | RELATED TO DOCUMENT NO. 5 |
| **RICHARD CAIN,** | : | |
| **HELEN CAIN,** | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | April 10, 2019 at 10:00 am |
| vs. | : | |
| | : | |
| **AFNI, INC.,** | : | |
| **ALLE-KISKI MEDICAL CENTER,** | : | |
| **ALLEGHENY RADIOLOGY ASSOCIATES,** | : | |
| **ALLIANCE CARDIOLOGY GROUP,** | : | |
| **ALMAR RADIOLOGISTS, INC.,** | : | |
| **AR RESOURCES,** | : | |
| **ASSET ACCEPTANCE,** | : | |
| **AV MEDICAL IMAGING,** | : | |
| **CBCS,** | : | |
| **CENTRAL TAX BUREAU,** | : | |
| **COLLECTION SERVICE CENTER, INC.,** | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| **COMPUTER CREDIT, INC.,** | : | |
| **CREDIT MANAGEMENT COMPANY,** | : | |
| **DELATORRE ORTHOTICS & PROSTHETICS, INC.,** | : | |
| **DISH NETWORK,** | : | |
| **DOMINION RETAIL,** | : | |
| **DUQUESNE LIGHT CO.,** | : | |
| **EMP OF ALLE KISKI LTD,** | : | |
| **AMP OF ALLEGHENY COUNTY LTD,** | : | |
| **EQUITABLE GAS CO.,** | : | |
| **ER SOLUTIONS,** | : | |
| **ESCALLATE LLC,** | : | |
| **EVERBANK,** | : | |
| **FORBES REGIONAL HOSPITAL,** | : | |
| **GUARDIAN PROTECTION SERVICES,** | : | |
| **I C SYSTEMS,** | : | |

| | |
|---|---|
| MCT CARDIOLOGY MED, ASSOCIATES PC, | : |
| MIDLAND CREDIT MANAGEMENT, | : |
| MUNICIPALITY OF PENN HILS, | : |
| MUNICIPALITY OF PENN HILLS EMS, | : |
| NATIONAL RECOVERY AGENCY, | : |
| NCO FINANCIAL, | : |
| NEW YORK COMMUNITY BANK, | : |
| OAKMONT WATER AUTHORITY, | : |
| OHA, | : |
| ORTHOPEDIC ASSOCIATION OF PITTSBURGH, | : |
| PENN CREDIT CORP., | : |
| PENN HILLS SCHOOL DISTRICT, | : |
| PITTSBURGH EAR NOSE AND THROAT ASSOCIATE, | : |
| PITTSBURGH PARKING COURT, | : |
| PROFESSIONAL ACCOUNT MANAGEMENT INC., | : |
| RECEIVABLES PERFORMANCE, | : |
| REVENUE CYCLE SOLUTIONS, | : |
| S&T BANK, | : |
| SECURITY CREDIT SYSTEMS, | : |
| SPRINT, | : |
| STATE COLLECTION SERV., | : |
| TARGET NATIONAL BANK, | : |
| MUNICIPAL AUTHORITY BOROUGH OF OAKMONT, | : |
| WESTERN PENNSYLVANIA HOSPITAL, | : |
| UPMC PHYSICIAN SERVICES, | : |
| UPMC PRESBYTERIAN SHADYSIDE, | : |
| VERIZON, | : |
| WEST PENN FORBES CAMPUS, | : |
| WEST PENN HOSPITAL, | : |
| WPAHS, | : |
| Y. C. HO, M.D., | : |
|     RESPONDENTS | :   FILED PURSUANT TO |
| | :   11 U.S.C. § 362 (C) (3) |
| and | : |
| | : |
| RONDA J. WINNECOUR, ESQ. | : |

| | |
|---|---|
| CHAPTER 13 TRUSTEE, | : |
| ADDITIONAL | : |
| RESPONDENT | : |

## **ORDER**

**AND NOW**, on this __3rd__ day of __April_____, 2019, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

Dated: 4/3/19

cm: Paul McElrath, Esq.

_____
Gregory L. Tadonnio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-21025-GLT
Richard Cain                                                        Chapter 13
Helen L. Cain
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Apr 03, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db/jdb          +Richard Cain, Sr.,    Helen L. Cain,   6833 Saltsburg Road,    Pittsburgh, PA 15235-2231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jennifer L. Cerce   on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Richard  Cain, Sr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7