# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Richard Cain, Sr.**
**Helen L. Cain**
_____
Debtor(s)

Case No. **19-21025**
Chapter **13**

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Richard Cain, Sr.**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Helen L. Cain**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **April 7, 2019**          Signature **/s/ Richard Cain, Sr.**
                                          Richard Cain, Sr.
                                          Debtor

Date **April 7, 2019**          Signature **/s/ Helen L. Cain**
                                          Helen L. Cain
                                          Joint Debtor

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406        DD

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA  15235

Payrolls by Paychex, Inc.

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Richard Cain | | | | Hourly | 80.00 | 12.0000 | 960.00 | 371.50 | 4458.00 |
| 6833 Saltsburg Road | | | | Production Bonus | | | | | 436.00 |
| Pittsburgh, PA 15235 | | | | Sick | | | | 8.00 | 96.00 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 15406 | | | | ER Cost -Memo | | | M3.12 | | M18.72 |
| Clock ID: 15406 | | | | ER Cost -Memo | | | M161.66 | | M969.96 |
| | | | | Total Hours | 80.00 | | | 379.50 | |
| Home Department: 7300 Screens | | | | Gross Earnings | | | 960.00 | | 4990.00 |
| | | | | Total Hrs Worked | 80.00 | | | | |
| Pay Period: 03/03/19 to 03/16/19 | | | OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 03/22/19   Check #: 20879 | | | Do not increase Net Pay | | | | | | |
| NET PAY ALLOCATIONS | | | | HSA ER Individual | | | 23.08 | | 115.40 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 5025 | 732.64 | 3439.62 | | Social Security | | | 52.08 | | 269.48 |
| Savg 5025 | 0.00 | 253.88 | | Medicare | | | 12.18 | | 63.02 |
| NET PAY | 732.64 | 3693.50 | | Fed Income Tax | M 4 | | | | 95.92 |
| ADDITIONAL INFORMATION | | | | PA Income Tax | | | 25.79 | | 133.44 |
| | | | | PA Unemploy | | | 0.58 | | 2.99 |
| Employment | www.wageverify.com | | | PA LMURR-Wes L | | | 2.00 | | 12.00 |
| Verifications | | | | PA MURRY-Wes I | | | 14.70 | | 76.06 |
| Human Resources | https://thermalwindowsdoors.share | | | | | | | | |
| Information | file.com/ | | | TOTAL | | | 107.33 | | 652.91 |
| TIME OFF (Based on Policy Year) | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | Aflac Acc Advan | | | 17.82 | | 106.92 |
| Floating   0.00 hrs   8.00 hrs | | | | Aflac CCare | | | 25.62 | | 153.72 |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | Medical | | | 76.59 | | 382.95 |
| Personal  0.00 hrs   0.00 hrs | | | | | | | | | |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | TOTAL | | | 120.03 | | 643.59 |
| Sick   0.00 hrs   0.00 hrs | | | | | | | | | |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | | | | | | |
| Vacation  0.00 hrs   23.00 hrs | | | | | | | | | |

| NET PAY | THIS PERIOD ($) 732.64 | YTD ($) 3693.50 |
|---|---|---|

Payrolls by Paychex, Inc.

0940 1404-9549  Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406    DD

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA 15235

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Richard Cain | | |
| 6833 Saltsburg Road | | |
| Pittsburgh, PA 15235 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 15406 | | |
| Clock ID: 15406 | | |
| Home Department: 7300 Screens | | |
| Pay Period: 02/17/19 to 03/02/19 | | |
| Check Date: 03/08/19   Check #: 20724 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 5025 | 89.04 | 2706.98 |
| Savg 5025 | 0.00 | 253.88 |
| NET PAY | 89.04 | 2960.86 |

| ADDITIONAL INFORMATION | |
|---|---|
| Employment Verifications | www.wageverify.com |
| Human Resources Information | https://thermalwindowsdoors.sharefile.com/ |

| TIME OFF (Based on Policy Year) | | |
|---|---|---|
| DESCRIPTION | CURR DEDUCT | AVAL BAL |
| Floating | 0.00 hrs | 8.00 hrs |
| DESCRIPTION | CURR DEDUCT | AVAL BAL |
| Personal | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR DEDUCT | AVAL BAL |
| Sick | 8.00 hrs | 0.00 hrs |
| DESCRIPTION | CURR DEDUCT | AVAL BAL |
| Vacation | 0.00 hrs | 23.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | 291.50 | 3498.00 |
| | Production Bonus | 12.0000 | | 136.00 | | 436.00 |
| | Sick | | | | 8.00 | 96.00 |
| | ER Cost -Memo | | | | | M15.60 |
| | ER Cost -Memo | | | | | M808.30 |
| | Total Hours | | | | 299.50 | |
| | Gross Earnings | | | 136.00 | | 4030.00 |
| | Total Hrs Worked | | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | HSA ER Individual | | 92.32 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 8.43 | 217.40 |
| | Medicare | | 1.97 | 50.84 |
| | Fed Income Tax | Supplemental | 29.92 | 95.92 |
| | PA Income Tax | Supplemental | 4.18 | 107.65 |
| | PA Unemploy | | 0.08 | 2.41 |
| | PA LMURR-Wes L | | | 10.00 |
| | PA MURRY-Wes I | | 2.38 | 61.36 |
| | TOTAL | | 46.96 | 545.58 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Aflac Acc Advan | | 89.10 |
| | Aflac CCare | | 128.10 |
| | Medical | | 306.36 |
| | TOTAL | | 523.56 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 89.04 | 2960.86 |

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406    DD

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA 15235

**PERSONAL AND CHECK INFORMATION**
Richard Cain
6833 Saltsburg Road
Pittsburgh, PA 15235
Soc Sec #: xxx-xx-xxxx    Employee ID: 15406
Clock ID: 15406

Home Department: 7300 Screens

Pay Period: 02/17/19 to 03/02/19
Check Date: 03/08/19    Check #: 20723

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5025 | 627.69 | 2617.94 |
| Savg 5025 | 0.00 | 253.88 |
| **NET PAY** | **627.69** | **2871.82** |

**ADDITIONAL INFORMATION**

| Employment Verifications | www.wageverify.com |
|---|---|
| Human Resources Information | https://thermalwindowsdoors.sharefile.com/ |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AVAL BAL |
|---|---|---|
| Floating | 0.00 hrs | 8.00 hrs |
| Personal | 0.00 hrs | 0.00 hrs |
| Sick | 8.00 hrs | 0.00 hrs |
| Vacation | 0.00 hrs | 23.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 62.00 | 12.0000 | 744.00 | 291.50 | 3498.00 |
| Production Bonus | | | | | 300.00 |
| Sick | 8.00 | 12.0000 | 96.00 | 8.00 | 96.00 |
| ER Cost -Memo | | | M3.12 | | M15.60 |
| ER Cost -Memo | | | M161.66 | | M808.30 |
| Total Hours | 70.00 | | | 299.50 | |
| Gross Earnings | | | 840.00 | | 3894.00 |
| Total Hrs Worked | 62.00 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| HSA ER Individual | 23.08 | 92.32 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 44.64 | 208.97 |
| Medicare | | 10.44 | 48.87 |
| Fed Income Tax | M 4 | | 66.00 |
| PA Income Tax | | 22.10 | 103.47 |
| PA Unemploy | | 0.50 | 2.33 |
| PA LMURR-Wes L | | 2.00 | 10.00 |
| PA MURRY-Wes I | | 12.60 | 58.98 |
| **TOTAL** | | **92.28** | **498.62** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac Acc Advan | 17.82 | 89.10 |
| Aflac CCare | 25.62 | 128.10 |
| Medical | 76.59 | 306.36 |
| **TOTAL** | **120.03** | **523.56** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 627.69 | 2871.82 |

0940 1404-9549 Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406    DD

*Payrolls by Paychex, Inc.*

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA 15235

| **PERSONAL AND CHECK INFORMATION** | | | **EARNINGS** | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Richard Cain | | | | Hourly | 53.00 | 12.0000 | 636.00 | 229.50 | 2754.00 |
| 6833 Saltsburg Road | | | | Production Bonus | | | | | 300.00 |
| Pittsburgh, PA 15235 | | | | ER Cost -Memo | | | M3.12 | | M12.48 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 15406 | | | | ER Cost -Memo | | | M161.66 | | M646.64 |
| Clock ID: 15406 | | | | Total Hours | 53.00 | | | 229.50 | |
| | | | | Gross Earnings | | | 636.00 | | 3054.00 |
| Home Department: 7300 Screens | | | | Total Hrs Worked | 53.00 | | | | |
| | | | **OTHER ITEMS** | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 02/03/19 to 02/16/19 | | | *Do not increase Net Pay* | | | | | | |
| Check Date: 02/22/19   Check #: 20556 | | | | HSA ER Individual | | | 23.08 | | 69.24 |
| **NET PAY ALLOCATIONS** | | | **WITHHOLDINGS** | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Social Security | | | 31.99 | | 164.33 |
| Check Amount | 0.00 | 0.00 | | Medicare | | | 7.48 | | 38.43 |
| Chkg 5025 | 449.25 | 1990.25 | | Fed Income Tax | M 4 | | | | 66.00 |
| Savg 5025 | 0.00 | 253.88 | | PA Income Tax | | | 15.84 | | 81.37 |
| **NET PAY** | **449.25** | **2244.13** | | PA Unemploy | | | 0.38 | | 1.83 |
| **ADDITIONAL INFORMATION** | | | | PA LMURR-Wes L | | | 2.00 | | 8.00 |
| Employment Verifications | www.wageverify.com | | | PA MURRY-Wes I | | | 9.03 | | 46.38 |
| Human Resources Information | https://thermalwindowsdoors.sharefile.com/ | | | TOTAL | | | 66.72 | | 406.34 |
| | | | **DEDUCTIONS** | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| **TIME OFF** (Based on Policy Year) | | | | Aflac Acc Advan | | | 17.82 | | 71.28 |
| DESCRIPTION CURR DEDUCT AVAL BAL | | | | Aflac CCare | | | 25.62 | | 102.48 |
| Floating  0.00 hrs  8.00 hrs | | | | Medical | | | 76.59 | | 229.77 |
| DESCRIPTION CURR DEDUCT AVAL BAL | | | | | | | | | |
| Personal  0.00 hrs  0.00 hrs | | | | TOTAL | | | 120.03 | | 403.53 |
| DESCRIPTION CURR DEDUCT AVAL BAL | | | | | | | | | |
| Sick  0.00 hrs  8.00 hrs | | | | | | | | | |
| DESCRIPTION CURR DEDUCT AVAL BAL | | | | | | | | | |
| Vacation  0.00 hrs  23.00 hrs | | | | | | | | | |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **449.25** | **2244.13** |

*Payrolls by Paychex, Inc.*

0940 1404-9549  Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406      DD

*Payrolls by Paychex, Inc.*

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA  15235

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Richard Cain | | |
| 6833 Saltsburg Road | | |
| Pittsburgh, PA  15235 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 15406 | | |
| Clock ID: 15406 | | |
| Home Department: 7300 Screens | | |
| Pay Period: 01/20/19 to 02/02/19 | | |
| Check Date: 02/08/19    Check #: 20386 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5025 | 611.95 | 1475.53 |
| Savg 5025 | 0.00 | 253.88 |
| **NET PAY** | **611.95** | **1729.41** |

**ADDITIONAL INFORMATION**

| Employment Verifications | www.wageverify.com |
|---|---|
| Human Resources Information | https://thermalwindowsdoors.sharefile.com/ |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AVAL BAL |
|---|---|---|
| Floating | 0.00 hrs | 0.00 hrs |
| Personal | 0.00 hrs | 0.00 hrs |
| Sick | 0.00 hrs | 0.00 hrs |
| Vacation | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 68.50 | 12.0000 | 822.00 | 176.50 | 2118.00 |
| Production Bonus | | | | | 200.00 |
| ER Cost -Memo | | | M3.12 | | M9.36 |
| ER Cost -Memo | | | M161.66 | | M484.98 |
| Total Hours | 68.50 | | | 176.50 | |
| Gross Earnings | | | 822.00 | | 2318.00 |
| Total Hrs Worked | 68.50 | | | | |

**OTHER ITEMS** — *Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| HSA ER Individual | 23.08 | 46.16 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 43.52 | 126.14 |
| Medicare | | 10.18 | 29.50 |
| Fed Income Tax | M 4 | | 44.00 |
| PA Income Tax | | 21.55 | 62.46 |
| PA Unemploy | | 0.49 | 1.39 |
| PA LMURR-Wes L | | 2.00 | 6.00 |
| PA MURRY-Wes I | | 12.28 | 35.60 |
| **TOTAL** | | **90.02** | **305.09** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac Acc Advan | 17.82 | 53.46 |
| Aflac CCare | 25.62 | 76.86 |
| Medical | 76.59 | 153.18 |
| **TOTAL** | **120.03** | **283.50** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **611.95** | **1729.41** |

*Payrolls by Paychex, Inc.*

0940 1404-9549  Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA  15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406   DD

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA 15235

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Richard Cain | | | | Hourly | | | | 176.50 | 2118.00 |
| 6833 Saltsburg Road | | | | Production Bonus | 12.0000 | | 100.00 | | 300.00 |
| Pittsburgh, PA 15235 | | | | ER Cost -Memo | | | | | M9.36 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 15406 | | | | ER Cost -Memo | | | | | M484.98 |
| Clock ID: 15406 | | | | Total Hours | | | | 176.50 | |
| | | | | Gross Earnings | | | 100.00 | | 2418.00 |
| Home Department: 7300 Screens | | | | Total Hrs Worked | | | | | |
| Pay Period: 01/20/19 to 02/02/19 | | | OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 02/08/19   Check #: 20387 | | | Do not increase Net Pay | | | | | | |
| NET PAY ALLOCATIONS | | | | HSA ER Individual | | | | | 46.16 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | 0.00 | | Social Security | | | 6.20 | | 132.34 |
| Chkg 5025 | 65.47 | 1541.00 | | Medicare | | | 1.45 | | 30.95 |
| Savg 5025 | 0.00 | 253.88 | | Fed Income Tax | Supplemental | | 22.00 | | 66.00 |
| NET PAY | 65.47 | 1794.88 | | PA Income Tax | Supplemental | | 3.07 | | 65.53 |
| ADDITIONAL INFORMATION | | | | PA Unemploy | | | 0.06 | | 1.45 |
| | | | | PA LMURR-Wes L | | | | | 6.00 |
| Employment Verifications | www.wageverify.com | | | PA MURRY-Wes I | | | 1.75 | | 37.35 |
| Human Resources Information | https://thermalwindowsdoors.sharefile.com/ | | | TOTAL | | | 34.53 | | 339.62 |
| | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| TIME OFF (Based on Policy Year) | | | | Aflac Acc Advan | | | | | 53.46 |
| | | | | Aflac CCare | | | | | 76.86 |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | Medical | | | | | 153.18 |
| Floating   0.00 hrs   0.00 hrs | | | | | | | | | |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | TOTAL | | | | | 283.50 |
| Personal   0.00 hrs   0.00 hrs | | | | | | | | | |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | | | | | | |
| Sick   0.00 hrs   0.00 hrs | | | | | | | | | |
| DESCRIPTION  CURR DEDUCT  AVAL BAL | | | | | | | | | |
| Vacation   0.00 hrs   0.00 hrs | | | | | | | | | |

| NET PAY | THIS PERIOD ($) 65.47 | YTD ($) 1794.88 |
|---|---|---|

Payrolls by Paychex, Inc.

0940 1404-9549  Thermal Windows and Doors LLC · 3700 Haney Court · Murrysville PA 15668 · (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406    DD

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA 15235

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Richard Cain | | | | Hourly | 80.00 | 12.0000 | 960.00 | 108.00 | 1296.00 |
| 6833 Saltsburg Road | | | | ER Cost-Memo | | | M3.12 | | M6.24 |
| Pittsburgh, PA 15235 | | | | ER Cost-Memo | | | M161.66 | | M323.32 |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 15406 | | | | Total Hours | 80.00 | | | 108.00 | |
| Clock ID: 15406 | | | | Gross Earnings | | | 960.00 | | 1296.00 |
| | | | | Total Hrs Worked | 80.00 | | | | |
| Home Department: 7300 Screens | | | OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 01/06/19 to 01/19/19 | | | Do not increase Net Pay | | | | | | |
| Check Date: 01/25/19    Check #: 20212 | | | | HSA ER Individual | | | 23.08 | | 23.08 |
| **NET PAY ALLOCATIONS** | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Social Security | | | 52.08 | | 70.22 |
| Check Amount | 0.00 | 0.00 | | Medicare | | | 12.18 | | 16.42 |
| Chkg 5025 | 732.64 | 732.64 | | Fed Income Tax | M 4 | | | | |
| Savg 5025 | 0.00 | 253.88 | | PA Income Tax | | | 25.79 | | 34.77 |
| **NET PAY** | **732.64** | **986.52** | | PA Unemploy | | | 0.58 | | 0.78 |
| **ADDITIONAL INFORMATION** | | | | PA LMURR-Wes L | | | 2.00 | | 4.00 |
| | | | | PA MURRY-Wes I | | | 14.70 | | 19.82 |
| Employment Verifications | www.wageverify.com | | | TOTAL | | | 107.33 | | 146.01 |
| Human Resources Information | https://thermalwindowsdoors.sharefile.com/ | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| **TIME OFF** (Based on Policy Year) | | | | Aflac Acc Advan | | | 17.82 | | 35.64 |
| | | | | Aflac CCare | | | 25.62 | | 51.24 |
| DESCRIPTION | CURRDEDUCT | AVALBAL | | Medical | | | 76.59 | | 76.59 |
| Floating | 0.00 hrs | 0.00 hrs | | | | | | | |
| DESCRIPTION | CURRDEDUCT | AVALBAL | | TOTAL | | | 120.03 | | 163.47 |
| Personal | 0.00 hrs | 0.00 hrs | | | | | | | |
| DESCRIPTION | CURRDEDUCT | AVALBAL | | | | | | | |
| Sick | 0.00 hrs | 0.00 hrs | | | | | | | |
| DESCRIPTION | CURRDEDUCT | AVALBAL | | | | | | | |
| Vacation | 0.00 hrs | 0.00 hrs | | | | | | | |

| NET PAY | THIS PERIOD ($) 732.64 | YTD ($) 986.52 |
|---|---|---|

Payrolls by Paychex, Inc.

0940 1404-9549  Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406      DD

*Payrolls by Paychex, Inc.*

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA 15235

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Richard Cain | | |
| 6833 Saltsburg Road | | |
| Pittsburgh, PA 15235 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 15406 | | |
| Clock ID: 15406 | | |
| Home Department: 7300 Screens | | |
| Pay Period: 01/06/19 to 01/19/19 | | |
| Check Date: 01/25/19   Check #: 20213 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5025 | 130.94 | 863.58 |
| Savg 5025 | 0.00 | 253.88 |
| **NET PAY** | **130.94** | **1117.46** |

**ADDITIONAL INFORMATION**

| | |
|---|---|
| Employment Verifications | www.wageverify.com |
| Human Resources Information | https://thermalwindowsdoors.sharefile.com/ |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AVAL BAL |
|---|---|---|
| Floating | 0.00 hrs | 0.00 hrs |
| Personal | 0.00 hrs | 0.00 hrs |
| Sick | 0.00 hrs | 0.00 hrs |
| Vacation | 0.00 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 108.00 | 1296.00 |
| Production Bonus | | 12.0000 | 200.00 | | 200.00 |
| ER Cost-Memo | | | | | M6.24 |
| ER Cost-Memo | | | | | M323.32 |
| Total Hours | | | | 108.00 | |
| Gross Earnings | | | 200.00 | | 1496.00 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**   *Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| HSA ER Individual | | 23.08 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 82.62 |
| Medicare | | 2.90 | 19.32 |
| Fed Income Tax | Supplemental | 44.00 | 44.00 |
| PA Income Tax | Supplemental | 6.14 | 40.91 |
| PA Unemploy | | 0.12 | 0.90 |
| PA LMURR-Wes L | | | 4.00 |
| PA MURRY-Wes I | | 3.50 | 23.32 |
| **TOTAL** | | **69.06** | **215.07** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac Acc Advan | | 35.64 |
| Aflac CCare | | 51.24 |
| Medical | | 76.59 |
| **TOTAL** | | **163.47** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 130.94 | 1117.46 |

Payrolls by Paychex, Inc.

0940 1404-9549 Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106

THERMAL WINDOWS AND DOORS LLC
3700 HANEY COURT
MURRYSVILLE PA 15668

1404-9549
ORG1:7300 Screens
EE ID: 15406    DD

*Payrolls by Paychex, Inc.*

RICHARD CAIN
6833 SALTSBURG ROAD
PITTSBURGH PA 15235

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Richard Cain | | Hourly | 28.00 | 12.0000 | 336.00 | 28.00 | 336.00 |
| 6833 Saltsburg Road | | ER Cost-Memo | | | M3.12 | | M3.12 |
| Pittsburgh, PA 15235 | | ER Cost-Memo | | | M161.66 | | M161.66 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 15406 | | Total Hours | 28.00 | | | 28.00 | |
| Clock ID: 15406 | | Gross Earnings | | | 336.00 | | 336.00 |
| Home Department: 7300 Screens | | Total Hrs Worked | 28.00 | | | | |
| Pay Period: 12/23/18 to 01/05/19 | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 01/11/19   Check #: 20081 | | Social Security | | | 18.14 | | 18.14 |
| **NET PAY ALLOCATIONS** | | Medicare | | | 4.24 | | 4.24 |
| | | PA Income Tax | | | 8.98 | | 8.98 |
| DESCRIPTION   THIS PERIOD ($)   YTD ($) | | PA Unemploy | | | 0.20 | | 0.20 |
| Check Amount   0.00   0.00 | | PA LMURR-Wes L | | | 2.00 | | 2.00 |
| Savg 5025   253.88   253.88 | | PA MURRY-Wes I | | | 5.12 | | 5.12 |
| **NET PAY   253.88   253.88** | | TOTAL | | | 38.68 | | 38.68 |
| ADDITIONAL INFORMATION | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| Employment Verifications   www.wageverify.com | | Aflac Acc Advan | | | 17.82 | | 17.82 |
| Human Resources Information   https://thermalwindowsdoors.sharefile.com/ | | Aflac CCare | | | 25.62 | | 25.62 |
| | | TOTAL | | | 43.44 | | 43.44 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AVAL BAL |
|---|---|---|
| Floating | 0.00 hrs | 0.00 hrs |
| Personal | 0.00 hrs | 0.00 hrs |
| Sick | 0.00 hrs | 0.00 hrs |
| Vacation | 0.00 hrs | 0.00 hrs |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 253.88 | 253.88 |

*Payrolls by Paychex, Inc.*

0940 1404-9549 Thermal Windows and Doors LLC • 3700 Haney Court • Murrysville PA 15668 • (724) 325-6106