| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Richard Cain Sr.** | Social Security number or ITIN | **xxx–xx–3050** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Helen L. Cain** | Social Security number or ITIN | **xxx–xx–6543** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13 | **3/15/19** |
| Case number: | **19–21025–GLT** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard Cain Sr. | Helen L. Cain |
| 2. | **All other names used in the last 8 years** | | aka Helen L. DeMocko |
| 3. | **Address** | 6833 Saltsburg Road<br>Pittsburgh, PA 15235 | 6833 Saltsburg Road<br>Pittsburgh, PA 15235 |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/22/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/19/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/24/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/11/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/20/19** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-21025-GLT
Richard Cain                                                        Chapter 13
Helen L. Cain
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: nsha               Page 1 of 5          Date Rcvd: Apr 22, 2019
                               Form ID: 309I            Total Noticed: 112
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db/jdb         +Richard Cain, Sr.,    Helen L. Cain,    6833 Saltsburg Road,    Pittsburgh, PA 15235-2231
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Jennifer L. Cerce,    Maiello Brungo & Maiello,    Southside Works,   424 S. 27th Street, Ste 210,
                 Pittsburgh, PA 15203-2379
aty            +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
15012050       +AR Resources,    1777 Sentry Pkwy West,    Blue Bell, PA 19422-2206
15012054        AV Medical Imaging,    7 Acee Drive,    Natrona Heights, PA 15065-9700
15012044       +Alexandra T. Garcia,    123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
15012046        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
15012045       +Alle-Kiski Medical Center,    PO Box 951871,    Cleveland, OH 44193-0020
15012047        Allegheny Radiology Associates, LT,    P O Box 49,    Pittsburgh, PA 15230-0049
15012048       +Alliance Cardiology Group, PC,    Forest Hills Plaza,    Suite 216,    21 Yost Boulevard,
                 Pittsburgh, PA 15221-5283
15012049       +Almar Radiologists, Inc.,    400 Penn Center Boulevard,    Suite 555,    Pittsburgh, PA 15235-5610
15012053       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
15012057       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court:   Coll Svc Ctr,    250 Mt Lebanon Blv Suite 420,
                 Pittsburgh, PA 15122)
15012056       +Central Tax Bureau,    600 West Railroad Avenue,    Verona, PA 15147-1140
15012059       +Collection Service Center, Inc.,    839 5th Avenue,    PO Box 560,
                 New Kensington, PA 15068-0560
15012061       +Columbia House,    Customer Service Center,    PO Box 1114,    1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
15012062       +Commonwealth of Pennsylvania,    Department of Labor and Industry,    255 Elm Street,
                 Oil City, PA 16301-1467
15012063        Computer Credit, Inc.,    640 West Fourth Street,    Post Office Box 5238,
                 Winston-Salem, NC 27113-5238
15012066        Delatorre Orthotics & Prosthetics, Inc.,    PO Box 644574,    Pittsburgh, PA 15264-8574
15012068       +Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
15012070       +Dominion Retail,    875 Greentree Road,    Parkway Center,    Pittsburgh, PA 15220-3613
15012069       +Dominion Retail,    Po Box 298,    Pittsburgh, PA 15230-0298
15012071       +Duquesne Light,    520 East Main Street,    Carnegie, PA 15106-2051
15012072        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
15012073       +Duquesne Light Company,    708 Smithfield Street,    Pittsburgh, PA 15222-3924
15012074        Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012075       +Emp of Allegheny County LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012076       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 2nd Floor,    Pittsburgh, PA 15212-5860
15012079       +Forbes Regional Hospital,    P.O. Box 951820,    Cleveland, OH 44193-0020
15012081        Guardian Protection Services,    PO Box 747003,    Pittsburgh, PA 15274
15012083       +James R. Wood, Esquire,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
15012086       +Law Offices of Charles J. Hilton & Assoc,    Attorneys at Law,    Oakmont Station Two,
                 527 Cedar Way, Suite 203,    Oakmont, PA 15139-2068
15012090       +MCT Cardiology Med Assoc PC,    Forest Hills Plaza,    21 Yost Boulevard,    Suite 216,
                 Pittsburgh, PA 15221-5283
15012088       +Maiello, Brungo, & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012089       +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
15012093       +Municipality of Penn Hills,    c/o Central Tax Bureau of PA, Inc.,    600 West Railroad Avenue,
                 Verona, PA 15147-1140
15012094        Municipality of Penn Hills EMS,    12445 Frankstown Road,    Pittsburgh, PA 15235
15012096        NCO Financial,    Po Box 41466,    Philadelphia, PA 19101
15012100       +Northeast Credit & C,    960 N Main Ave,    Scranton, PA 18508-2126
15012102       +OHA,    Po Box 643042,    Pittsburgh, PA 15264-3042
15012101        Oakmont Water Authority,    P.O. Box 73,    Oakmont, PA 15139-0073
15012103       +Orthopedic Association fo Pittsburgh, In,    2550 Mosside Boulevard,    Suite 405,
                 Monroeville, PA 15146-3533
15012104       +Orthopedic Association of Pittsburgh,    2550 Mosside Boulevard,    Suite 405,
                 Monroeville, PA 15146-3533
15012105       #+Penn Credit Coporation,    PO Box 988,    Harrisburg, PA 17108-0988
15012106       +Penn Hills,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012107        Penn Hills School District,    PO Box 643834,    Pittsburgh, PA 15264-3834
```

```
District/off: 0315-2              User: nsha               Page 2 of 5                  Date Rcvd: Apr 22, 2019
                                  Form ID: 309I            Total Noticed: 112


15012109       +Penn Hills Sewage,   Maiello, Brungo & Maiello, LLP,    Foxpointe II,   100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012110       +Peoples Gas Bankruptcy Dept.,   375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15031176       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15012111       +Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,    707 Grant Street, Suite 2200,
                 Gulf Tower,   Pittsburgh, PA 15219-1945
15012112       +Pittsburgh Ear Nose and Throat Associate,    344 Forbes Avenue,   Pittsburgh, PA 15222
15012113        Pittsburgh Parking Court,   P.O. Box 640,    Pittsburgh, PA 15230-0640
15012115        Portnoff Law Associates,   PO Box 3020,    Norristown, PA 19404-3020
15012116       +Professional Account Management Inc.,    633 West Wisconsin Avenue,   Milwaukee, WI 53203-1920
15012119        Revenue Cycle Solutions, Inc.,   P.O. Box 94609,    Cleveland, OH 44101-4609
15012120       +Rmg Systms,   Po Box 44414,   Eden Prairie, MN 55344-1414
15012121       +S&T Bank,   P.O. Box 190,   Indiana, PA 15701-0190
15036524       +S. James Wallace, Esq.,   Attorney for Peoples Natural Gas,    845 North Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15012125       +State Collection Ser,   2509 S. Stoughton Rd.,    Madison, WI 53716-3314
15012126       +State Collection Servi,   2509 S Stoughton Rd,    Madison, WI 53716-3314
15036532       +The Municipal Authority Of Oakmont,   721 Allegheny Ave,    Oakmont, PA 15139-1901
15012129        The Municipal Authority of the,   Borough of Oakmont,    Water Department,   PO Box 73,
                 Oakmont, PA 15139-0073
15036534       +The Municipal Authority of the Borough,    of Oakmont Water Department,   721 Allegheny Avenue,
                 Oakmont, PA 15139-1901
15012130       +The Municipal Authority of the Borough,    of Oakmont Water Department,   44 Clinton Street,
                 Greenville, PA 16125-2281
15012131       +The Western Pennsylvania Hospital,   PO Box 951960,    Cleveland, OH 44193-0021
15012133        UPMC,   PO Box 371842,   Pittsburgh, PA 15250-7842
15036539       +UPMC Health Services,   2 Hot Metal Street,    Room 386,   Pittsburgh, PA 15203-2348
15012134        UPMC Physician Services,   P.O. Box 371980,    Pittsburgh, PA 15250-7980
15012136        UPMC St. Margaret,   PO Box 360381,   Pittsburgh, PA 15251-6381
15012137       +Vengroff, Williams, & Associates, Inc.,    P.O. Box 4155,   Sarasota, FL 34230-4155
15012142       +WPAHS,   P.O. Box 6770,   Pittsburgh, PA 15212-0770
15012140       +West Penn Forbes Campus,   P.O. Box 73542,    Cleveland, OH 44193-0002
15012141       +West Penn Hospital,   4800 Friendship Avenue,    Pittsburgh, PA 15224-1793
15012143       +Y.C. Ho, M.D.,   Wood Towers,   810 Wood Street,    Suite 1,   Pittsburgh, PA 15221-2880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@mcelrathlaw.com Apr 23 2019 02:47:20      Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,   1641 Saw Mill Run Boulevard,   Pittsburgh, PA  15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2019 02:48:02      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 23 2019 02:48:23
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Apr 23 2019 02:49:07      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15012043       +EDI: AFNIRECOVERY.COM Apr 23 2019 06:28:00      Afni, Inc.,   P.O. Box 3667,
                 Bloomington, IL 61702-3667
15012051       +EDI: ACCE.COM Apr 23 2019 06:28:00      Asset Acceptance LLC,   PO Box 2036,
                 Warren, MI 48090-2036
15012052       +EDI: ACCE.COM Apr 23 2019 06:28:00      Asset Acceptance Llc,   Po Box 1630,
                 Warren, MI 48090-1630
15036473        E-mail/Text: kburkley@bernsteinlaw.com Apr 23 2019 02:49:07      Duquesne Light,
                 Customer Relations Department,   411 Seventh Avenue,   Pittsburgh, PA 15230
15012055        EDI: CBCSI.COM Apr 23 2019 06:28:00      CBCS,   PO Box 165025,   Columbus, OH 43216
15012058       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 23 2019 02:48:29      Collection Service Center,
                 839 5th Avenue,   New Kensington, PA 15068-6303
15012064       +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 23 2019 02:48:50
                 Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15012067       +EDI: ESSL.COM Apr 23 2019 06:28:00      Dish Network,   5701 South Santa Fe Drive,
                 Littleton, CO 80120-1813
15036472       +E-mail/Text: kburkley@bernsteinlaw.com Apr 23 2019 02:49:07      Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15012077       +EDI: CONVERGENT.COM Apr 23 2019 06:28:00      ER Solutions,   800 Southwest 39th Street,
                 Renton, WA 98057-4927
15012078       +EDI: ESCALLATE.COM Apr 23 2019 06:28:00      Escallate LLC,   5200 Stoneham Road,
                 North Canton, OH 44720-1584
15012080       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 23 2019 02:47:46      Greentree Servicing,
                 PO Box 6172,   Rapid City, SD 57709-6172
15012082       +EDI: IIC9.COM Apr 23 2019 06:28:00      I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
15030913        EDI: RESURGENT.COM Apr 23 2019 06:28:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
15012091       +EDI: PARALONMEDCREDT Apr 23 2019 06:28:00      Medicredit Corp,   3620 I 70 DR SE STE C,
                 Columbia, MO 65201-6582
15012092       +EDI: MID8.COM Apr 23 2019 06:28:00      Midland Credit Management,   8875 Aero Drive,
                 San Diego, CA 92123-2255
```

```
District/off: 0315-2              User: nsha                 Page 3 of 5                  Date Rcvd: Apr 22, 2019
                                  Form ID: 309I              Total Noticed: 112


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15012097       +E-mail/Text: egssupportservices@alorica.com Apr 23 2019 02:48:37      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
15012099        E-mail/Text: bankruptcy@mynycb.com Apr 23 2019 02:47:31      New York Community Bank,
                 1801 East 9th Street,    Suite 200,    Cleveland, OH 44114
15012095       +E-mail/Text: Bankruptcies@nragroup.com Apr 23 2019 02:49:26      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
15012114       +EDI: PRA.COM Apr 23 2019 06:28:00      Portfolio,    120 Corporate Blvd,   Norfolk, VA 23502-4952
15012117       +E-mail/Text: Supportservices@receivablesperformance.com Apr 23 2019 02:49:15
                 Receivables Performance,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15012118       +E-mail/Text: Supportservices@receivablesperformance.com Apr 23 2019 02:49:15
                 Receivables Performance Management LLC,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15012124        EDI: NEXTEL.COM Apr 23 2019 06:28:00      Sprint Nextel,    P.O. Box 7949,
                 Overland Park, KS 66207-0949
15012123       +EDI: NEXTEL.COM Apr 23 2019 06:28:00      Sprint,    Customer Service,   PO Box 8077,
                 London, KY 40742-8077
15012127        EDI: WTRRNBANK.COM Apr 23 2019 06:28:00      Target,    Retailers National Bank,   P.O. Box 59231,
                 Minneapolis, MN 55459-0231
15012128        EDI: WTRRNBANK.COM Apr 23 2019 06:28:00      Target National Bank,    PO BOX 59231,
                 Minneapolis, MN 55459-0231
15012135       +E-mail/Text: BankruptcyNotice@upmc.edu Apr 23 2019 02:49:00      UPMC Presbyterian Shadyside,
                 200 Lothrop Street,    Pittsburgh, PA 15213-2536
15012132       +E-mail/Text: ebn@unique-mgmt.com Apr 23 2019 02:48:55      Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
15012138       +EDI: VERIZONCOMB.COM Apr 23 2019 06:28:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
15012139       +EDI: VERIZONCOMB.COM Apr 23 2019 06:28:00      Verizon Wireless,    1 Verizon Pl,
                 Alpharetta, GA 30004-8510
                                                                                               TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DITECH FINANCIAL LLC
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15036451*     +AR Resources,    1777 Sentry Pkwy West,    Blue Bell, PA 19422-2206
15036455*      AV Medical Imaging,    7 Acee Drive,   Natrona Heights, PA 15065-9700
15036444*     +Afni, Inc.,    P.O. Box 3667,    Bloomington, IL 61702-3667
15036445*     +Alexandra T. Garcia,    123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
15036447*      Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
15036446*     +Alle-Kiski Medical Center,    PO Box 951871,    Cleveland, OH 44193-0020
15036448*      Allegheny Radiology Associates, LT,    P O Box 49,    Pittsburgh, PA 15230-0049
15036449*     +Alliance Cardiology Group, PC,    Forest Hills Plaza,    Suite 216,   21 Yost Boulevard,
                 Pittsburgh, PA 15221-5283
15036450*     +Almar Radiologists, Inc.,    400 Penn Center Boulevard,    Suite 555,   Pittsburgh, PA 15235-5610
15036452*     +Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
15036453*     +Asset Acceptance Llc,    Po Box 1630,    Warren, MI 48090-1630
15036454*     +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
15036456*      CBCS,   PO Box 165025,    Columbus, OH 43216
15036458*    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
              (address filed with court: Coll Svc Ctr,    250 Mt Lebanon Blv Suite 420,
                 Pittsburgh, PA 15122)
15036457*     +Central Tax Bureau,    600 West Railroad Avenue,    Verona, PA 15147-1140
15036459*     +Collection Service Center,    839 5th Avenue,    New Kensington, PA 15068-6303
15036460*     +Collection Service Center, Inc.,    839 5th Avenue,    PO Box 560,
                 New Kensington, PA 15068-0560
15036461*     +Collection Service Center, Inc.,    Po Box 68,    Altoona, PA 16603-0068
15036462*     +Columbia House,    Customer Service Center,    PO Box 1114,    1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
15036463*     +Commonwealth of Pennsylvania,    Department of Labor and Industry,    255 Elm Street,
                 Oil City, PA 16301-1467
15036464*      Computer Credit, Inc.,    640 West Fourth Street,    Post Office Box 5238,
                 Winston-Salem, NC 27113-5238
15036465*     +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15012065*     +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15036466*     +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15036467*      Delatorre Orthotics & Prosthetics, Inc.,    PO Box 644574,    Pittsburgh, PA 15264-8574
15036469*     +Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
15036468*     +Dish Network,    5701 South Santa Fe Drive,    Littleton, CO 80120-1813
15036471*     +Dominion Retail,    875 Greentree Road,    Parkway Center,    Pittsburgh, PA 15220-3613
15036470*     +Dominion Retail,    Po Box 298,    Pittsburgh, PA 15230-0298
15036474*     +Duquesne Light,    520 East Main Street,    Carnegie, PA 15106-2051
15036475*      Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
15036476*     +Duquesne Light Company,    708 Smithfield Street,    Pittsburgh, PA 15222-3924
15036480*     +ER Solutions,    800 Southwest 39th Street,    Renton, WA 98057-4927
15036477*      Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15036478*     +Emp of Allegheny County LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
```

```
District/off: 0315-2                  User: nsha                      Page 4 of 5                  Date Rcvd: Apr 22, 2019
                                      Form ID: 309I                   Total Noticed: 112


               ***** BYPASSED RECIPIENTS (continued) *****
15036479*        +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                   2nd Floor,    Pittsburgh, PA 15212-5860
15036481*        +Escallate LLC,    5200 Stoneham Road,    North Canton, OH 44720-1584
15036482*        +Forbes Regional Hospital,    P.O. Box 951820,    Cleveland, OH 44193-0020
15036483*        +Greentree Servicing,    PO Box 6172,    Rapid City, SD 57709-6172
15036484*         Guardian Protection Services,    PO Box 747003,    Pittsburgh, PA 15274
15036485*        +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
15036486*        +James R. Wood, Esquire,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
15036487*        +Jennifer L. Cerce, Esquire,    Lawrence J. Maiello, Esquire,    Maiello, Brungo & Maiello, LLP,
                   3301 McCrady Road,    Pittsburgh, PA 15235-5137
15036488*        +Kevin H. Buraks, Esquire,    Portnoff Law Associates, Ltd.,    1000 Sandy Hill Road,   Suite 150,
                   Norristown, PA 19401-4181
15036489*        +Law Offices of Charles J. Hilton & Assoc,    Attorneys at Law,    Oakmont Station Two,
                   527 Cedar Way, Suite 203,    Oakmont, PA 15139-2068
15036493*        +MCT Cardiology Med Assoc PC,    Forest Hills Plaza,    21 Yost Boulevard,    Suite 216,
                   Pittsburgh, PA 15221-5283
15036490*        +Maiello, Brungo & Maiello, LLP,    One Churchill Park,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
15036491*        +Maiello, Brungo, & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036492*        +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                   Philadelphia, PA 19109-1031
15036494*        +Medicredit Corp,    3620 I 70 DR SE STE C,    Columbia, MO 65201-6582
15036495*        +Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2255
15036496*        +Municipality of Penn Hills,    c/o Central Tax Bureau of PA, Inc.,    600 West Railroad Avenue,
                   Verona, PA 15147-1140
15036497*         Municipality of Penn Hills EMS,    12445 Frankstown Road,    Pittsburgh, PA 15235
15036499*         NCO Financial,    Po Box 41466,    Philadelphia, PA 19101
15036500*        +NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2308
15036501*        +NCO Financial,    605 West Edison Road,    Suite K,    Mishawaka, IN 46545-8823
15036502*       ++NEW YORK COMMUNITY BANK,    ATTN BANKUPTCY DEPT,    1801 E 9TH ST,    CLEVELAND OH 44114-3107
                 (address filed with court:  New York Community Bank,     1801 East 9th Street,    Suite 200,
                   Cleveland, OH 44114)
15036498*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
15036503*        +Northeast Credit & C,    960 N Main Ave,    Scranton, PA 18508-2126
15036505*        +OHA,    Po Box 643042,    Pittsburgh, PA 15264-3042
15036504*         Oakmont Water Authority,    P.O. Box 73,    Oakmont, PA 15139-0073
15036506*        +Orthopedic Association fo Pittsburgh, In,    2550 Mosside Boulevard,    Suite 405,
                   Monroeville, PA 15146-3533
15036507*        +Orthopedic Association of Pittsburgh,    2550 Mosside Boulevard,    Suite 405,
                   Monroeville, PA 15146-3533
15036508*        +Penn Credit Coporation,    PO Box 988,    Harrisburg, PA 17108-0988
15036509*        +Penn Hills,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036510*         Penn Hills School District,    PO Box 643834,    Pittsburgh, PA 15264-3834
15036511*        +Penn Hills Sewage,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036512*        +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                   Pittsburgh, PA 15212-5866
15036513*        +Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,    707 Grant Street, Suite 2200,
                   Gulf Tower,    Pittsburgh, PA 15219-1945
15036514*        +Pittsburgh Ear Nose and Throat Associate,    344 Forbes Avenue,    Pittsburgh, PA 15222
15036515*         Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
15036516*        +Portfolio,    120 Corporate Blvd,    Norfolk, VA 23502-4952
15036517*         Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
15036518*        +Professional Account Management Inc.,    633 West Wisconsin Avenue,    Milwaukee, WI 53203-1920
15036519*        +Receivables Performance,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15036520*        +Receivables Performance Management LLC,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15036521*         Revenue Cycle Solutions, Inc.,    P.O. Box 94609,    Cleveland, OH 44101-4609
15036522*        +Rmg Systms,    Po Box 44414,    Eden Prairie, MN 55344-1414
15036523*        +S&T Bank,    P.O. Box 190,    Indiana, PA 15701-0190
15036527*       ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                 (address filed with court:  Sprint Nextel,    P.O. Box 7949,    Overland Park, KS 66207-0949)
15036525*        +Security Credit Systems,    PO Box 846,    Buffalo, NY 14240-0846
15036526*        +Sprint,    Customer Service,    PO Box 8077,    London, KY 40742-8077
15036528*        +State Collection Ser,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
15036529*        +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15036530*         Target,    Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
15036531*         Target National Bank,    PO BOX 59231,    Minneapolis, MN 55459-0231
15036533*         The Municipal Authority of the,    Borough of Oakmont,    Water Department,    PO Box 73,
                   Oakmont, PA 15139-0073
15036535*        +The Municipal Authority of the Borough,    of Oakmont Water Department,    PO Box 73,
                   Oakmont, PA 15139-0073
15036536*        +The Western Pennsylvania Hospital,    PO Box 951960,    Cleveland, OH 44193-0021
15036538*         UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
15036540*         UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
15036541*        +UPMC Presbyterian Shadyside,    200 Lothrop Street,    Pittsburgh, PA 15213-2536
15036542*         UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
```

```
District/off: 0315-2           User: nsha                  Page 5 of 5                  Date Rcvd: Apr 22, 2019
                               Form ID: 309I               Total Noticed: 112


             ***** BYPASSED RECIPIENTS (continued) *****
15036537*       +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
15036543*       +Vengroff, Williams, & Associates, Inc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
15036544*       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
15036545*       +Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
15036548*       +WPAHS,    P.O. Box 6770,    Pittsburgh, PA 15212-0770
15036546*       +West Penn Forbes Campus,    P.O. Box 73542,    Cleveland, OH 44193-0002
15036547*       +West Penn Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793
15036549*       +Y.C. Ho, M.D.,    Wood Towers,    810 Wood Street,    Suite 1,    Pittsburgh, PA 15221-2880
15012060       ##+Collection Service Center, Inc.,    Po Box 68,    Altoona, PA 16603-0068
15012084       ##+Jennifer L. Cerce, Esquire,    Lawrence J. Maiello, Esquire,    Maiello, Brungo & Maiello, LLP,
                  3301 McCrady Road,    Pittsburgh, PA 15235-5137
15012085       ##+Kevin H. Buraks, Esquire,    Portnoff Law Associates, Ltd.,    1000 Sandy Hill Road,    Suite 150,
                  Norristown, PA 19401-4181
15012087       ##+Maiello, Brungo & Maiello, LLP,    One Churchill Park,    3301 McCrady Road,
                  Pittsburgh, PA 15235-5137
15012098       ##+NCO Financial,    605 West Edison Road,    Suite K,    Mishawaka, IN 46545-8823
15012108       ##+Penn Hills School District,    c/o Maiello Brungo and Maiello,    3301 McCrady Road,
                  Pittsburgh, PA 15235-5137
15012122       ##+Security Credit Systems,    PO Box 846,    Buffalo, NY 14240-0846
                                                                                             TOTALS: 1, * 102, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Richard  Cain, Sr. ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```