Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | Richard  Cain, Sr. | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | Helen L. Cain | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **19-21025**
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

_____

Western District of Pennsylvania
## Chapter 13 Plan Dated: April 19, 2019

### Part 1:   Notices

**To Debtor(s):** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules and judicial rulings may not be confirmable. The terms of this plan control unless otherwise ordered by the court.**

In the following notice to creditors, you must check each box that applies

**To Creditors:** *YOUR RIGHTS MAY BE AFFECTED BY THIS PLAN. YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.*

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

*IF YOU OPPOSE THIS PLAN'S TREATMENT OF YOUR CLAIM OR ANY PROVISION OF THIS PLAN, YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO CONFIRMATION AT LEAST SEVEN (7) DAYS BEFORE THE DATE SET FOR THE CONFIRMATION HEARING, UNLESS OTHERWISE ORDERED BY THE COURT. THE COURT MAY CONFIRM THIS PLAN WITHOUT FURTHER NOTICE IF NO OBJECTION TO CONFIRMATION IS FILED. SEE BANKRUPTCY RULE 3015. IN ADDITION, YOU MAY NEED TO FILE A TIMELY PROOF OF CLAIM TO BE PAID UNDER ANY PLAN.*

The following matters may be of particular importance. *Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If the "Included" box is unchecked or both boxes are checked on each line, the provision will be ineffective if set out later in the plan.*

| 1.1 | A limit on the amount of any claim or arrearages set out in Part 3, which may result in a partial payment or no payment to the secured creditor (a separate action will be required to effectuate such limit) | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 (a separate action will be required to effectuate such limit) | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 9 | ☐ Included | ☑ Not Included |

### Part 2:   Plan Payments and Length of Plan

**2.1    Debtor(s) will make regular payments to the trustee:**

Total amount of **$989** per month for a remaining plan term of **60** months shall be paid to the trustee from future earnings as follows:

| Payments: | By Income Attachment | Directly by Debtor | By Automated Bank Transfer |
|---|---|---|---|
| D#1 | $ **989.00** | $ _____ | $ _____ |
| D#2 | $ _____ | $ _____ | $ _____ |

(Income attachments must be used by Debtors having attachable income)    (SSA direct deposit recipients only)

**2.2 Additional payments.**

☐    **Unpaid Filing Fees.** The balance of $____ shall be fully paid by the Trustee to the Clerk of the Bankruptcy court form the first

| Debtor | **Richard Cain, Sr.**<br>**Helen L. Cain** | Case number | **19-21025** |
|---|---|---|---|

available funds.

Check one.

☑ **None.** If "None" is checked, the rest of § 2.2 need not be completed or reproduced.

**2.3** The total amount to be paid into the plan (plan base) shall be computed by the trustee based on the total amount of plan payments plus any additional sources of plan funding described above.

### Part 3: Treatment of Secured Claims

**3.1** Maintenance of payments and cure of default, if any, on Long-Term Continuing Debts.

Check one.

☐ **None.** If "None" is checked, the rest of Section 3.1 need not be completed or reproduced.

☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed by the trustee. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, without interest. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Start date (MM/YYYY) |
|---|---|---|---|---|
| **Greentree Servicing** | **6833 Saltsburg Road Pittsburgh, PA 15235 Allegheny County Residence** | **$659.71** | **$6,000.00** | |

Insert additional claims as needed.

**3.2** Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.

Check one.

☐ **None.** If "None" is checked, the rest of Section 3.2 need not be completed or reproduced.
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑ The debtor(s) will request, *by filing a separate adversary proceeding,* that the court determine the value of the secured claims listed below.

For each secured claim listed below, the debtor(s) state that the value of the secured claims should be as set out in the column headed *Amount of secured claim*. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 (provided that an appropriate order of court is obtained through an adversary proceeding).

| Name of creditor | Estimated amount of creditor's total claim (see Para. 8.7 below) | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Monthly payment to creditor |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Debtor | **Richard Cain, Sr.**<br>**Helen L. Cain** | | | Case number | **19-21025** | | |
|---|---|---|---|---|---|---|---|

| Name of creditor | Estimated amount of creditor's total claim (see Para. 8.7 below) | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Monthly payment to creditor |
|---|---|---|---|---|---|---|---|
| **Penn Hills Sewage** | $511.11 | **6833 Saltsburg Road Pittsburgh, PA 15235 Allegheny County Residence** | $80,100.00 | $92,512.00 | $511.11 | 10.00% | $26.30 |

Insert additional claims as needed.

**3.3   Secured claims excluded from 11 U.S.C. § 506.**

Check one.

☑   **None**. If "None" is checked, the rest of Section 3.3 need not be completed or reproduced.

**3.4   Lien avoidance.**

Check one.

☑   **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.* **The remainder of this section will be effective only if the applicable box in Part 1 of this plan is checked**

**3.5   Surrender of collateral.**

Check one.

☑   **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

**3.6   Secured tax claims.**

| Name of taxing authority | Total amount of claim | Type of tax | Interest Rate* | Identifying number(s) if collateral is real estate | Tax periods |
|---|---|---|---|---|---|
| -NONE- | | | | | |

Insert additional claims as needed.

* The secured tax claims of the Internal Revenue Service, Commonwealth of Pennsylvania and any other tax claimants shall bear interest at the statutory rate in effect as of the date of confirmation.

### Part 4:   Treatment of Fees and Priority Claims

**4.1   General**

Trustee's fees and all allowed priority claims, including Domestic Support Obligations other than those treated in Section 4.5, will be paid in full without postpetition interest.

**4.2   Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case. The trustee shall compute the trustee's percentage fees and publish the prevailing rate on the court's website. It is incumbent upon the debtor(s)' attorney or debtor (if pro se) to monitor any change in the percentage fees to insure that the plan is adequately funded.

**4.3   Attorney's fees.**

| Debtor | Richard Cain, Sr. | Case number | **19-21025** |
|---|---|---|---|
| | Helen L. Cain | | |

Attorney's fees are payable to **Paul W. McElrath, Jr.**. In addition to a retainer of $**200.00** (of which $ **0.00** was a payment to reimburse costs advanced and/or a no-look costs deposit) already paid by or on behalf of the debtor, the amount of $**3,800.00** is to be paid at the rate of $**271.43** per month. Including any retainer paid, a total of $ **4,000.00** in fees and costs reimbursement has been approved by the court to date, based on a combination of the no-look fee and costs deposit and previously approved application(s) for compensation above the no-look fee. An additional $ **0.00** will be sought through a fee application to be filed and approved before any additional amount will be paid through the plan, and this plan contains sufficient funding to pay that additional amount, without diminishing the amounts required to be paid under this plan to holders of allowed unsecured claims.

☐ Check here if a no-look fee in the amount provided for in Local Bankruptcy Rule 9020-7(c) is being requested for services rendered to the debtor(s) through participation in the court's Loss Mitigation Program (do not include the no-look fee in the total amount of compensation requested, above).

**4.4    Priority claims not treated elsewhere in Part 4.**

☑ **None**. If "None" is checked, the rest of Section 4.4 need not be completed or reproduced.

Insert additional claims as needed

**4.5    Priority Domestic Support Obligations not assigned or owed to a governmental unit.**

If the debtor(s) is/are currently paying Domestic Support Obligations through existing state court order(s) and leaves this section blank, the debtor(s) expressly agrees to continue paying and remain current on all Domestic Support Obligations through existing state court orders.

☐ Check here if this payment is for prepetition arrearages only.

| **Name of Creditor** (specify the actual payee, e.g. PA SCDU) | **Description** | **Claim** | **Monthly payment or pro rata** |
|---|---|---|---|
| **None** | | | |

Insert additional claims as needed.

**4.6    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount.**
Check one.
☑ **None.** If "None" is checked, the rest of § 4.6 need not be completed or reproduced.

**4.7    Priority unsecured tax claims paid in full.**

| **Name of taxing authority** | **Total amount of claim** | **Type of Tax** | **Interest rate (0% If blank)** | **Tax Periods** |
|---|---|---|---|---|
| **Penn Hills** | $6,780.53 | **EIT** | 0.00% | |

Insert additional claims as needed.

### Part 5:    Treatment of Nonpriority Unsecured Claims

**5.1    Nonpriority unsecured claims not separately classified.**

Debtor(s) ESTIMATE(S) that a total of $**0.00** will be available for distribution to nonpriority unsecured creditors.

Debtor(s) ACKNOWLEDGE(S) that a MINIMUM of $**0.00** shall be paid to nonpriority unsecured creditors to comply with the liquidation alternative test for confirmation set forth in 11 U.S.C. § 1325(a)(4).

The total pool of funds estimated above is *NOT* the *MAXIMUM* amount payable to this class of creditors. Instead, the actual pool of funds available for payment to these creditors under the plan base will be determined only after audit of the plan at time of completion. The estimated percentage of payment to general unsecured creditors is **0.00**%. The percentage of payment may change, based upon the total amount of allowed claims. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed

| Debtor | **Richard Cain, Sr.** | Case number | **19-21025** |
|---|---|---|---|
|  | **Helen L. Cain** |  |  |

claims will be paid pro-rata unless an objection has been filed within thirty (30) days of filing the claim. Creditors not specifically identified elsewhere in this plan are included in this class.

**5.2   Maintenance of payments and cure of any default on nonpriority unsecured claims.**

Check one.

☑ **None.** If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3   Postpetition utility monthly payments.**

**The provisions of Section 5.3 are available only if the utility provider has agreed to this treatment.** These payments comprise a single monthly combined payment for postpetition utility services, any postpetition delinquencies, and unpaid security deposits. The claim payment will not change for the life of the plan. Should the utility obtain an order authorizing a payment change, the debtor(s) will be required to file an amended plan. These payments may not resolve all of the postpetition claims of the utility. The utility may require additional funds from the debtor(s) after discharge.

| Name of Creditor | Monthly payment | Postpetition account number |
|---|---|---|
| -NONE- |  |  |

Insert additional claims as needed.

**5.4   Other separately classified nonpriority unsecured claims.**

Check one.

☑ **None.** If "None" is checked, the rest of § 5.4 need not be completed or reproduced.

### Part 6:   Executory Contracts and Unexpired Leases

**6.1   The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.**

Check one.

☑ **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

### Part 7:   Vesting of Property of the Estate

**7.1   Property of the estate shall not re-vest in the debtor(s) until the debtor(s) have completed all payments under the confirmed plan.**

### Part 8:   General Principles Applicable to All Chapter 13 Plans

**8.1**   This is the voluntary chapter 13 reorganization plan of the debtor(s). The debtor(s) understand and agree(s) that the chapter 13 plan may be extended as necessary by the trustee (up to any period permitted by applicable law) to insure that the goals of the plan have been achieved. Notwithstanding any statement by the trustee's office concerning amounts needed to fund a plan, the adequacy of plan funding in order to meet the plan goals remains the sole responsibility of debtor(s) and debtor(s)' attorney. It shall be the responsibility of the debtor(s) and debtor(s)' attorney to monitor the plan in order to ensure that the plan remains adequately funded during its entire term.

**8.2**   Prior to the meeting of creditors, the debtor(s) shall comply with the tax return filing requirements of 11 U.S.C § 1308 and provide the trustee with documentation of such compliance by the time of the meeting. Debtor(s)' attorney or debtor(s) (if pro se) shall provide the trustee with the information needed for the trustee to comply with the requirements of 11 U.S.C. § 1302 as to the notification to be given to Domestic Support Obligation creditors, and debtor(s)' attorney or debtor(s) (if pro se) shall provide the trustee with the calculations relied upon to determine the debtor(s)' current monthly income and disposable income.

**8.3**   The debtor(s) shall have a duty to inform the trustee of any assets acquired while the chapter 13 case is pending, such as insurance proceeds, recovery on any lawsuit or claims for personal injury or property damage, lottery winnings, or inheritances. The debtor(s) must obtain prior court approval before entering into any postpetition financing or borrowing of any kind, and before selling any assets.

**8.4**   Unless otherwise stated in this plan or permitted by a court order, all claims or debts provided for by the plan to receive a distribution shall be paid by and through the trustee.

| Debtor | **Richard Cain, Sr.** | Case number | **19-21025** |
|---|---|---|---|
|  | **Helen L. Cain** |  |  |

**8.5**  Percentage fees to the trustee are paid on receipts of plan payments at the rate fixed by the United States Trustee. The trustee has the discretion to adjust, interpret, and implement the distribution schedule to carry out the plan, provided that, to the extent the trustee seeks a material modification of this plan or its contemplated distribution schedule, the trustee must seek and obtain prior authorization of the court. The trustee shall follow this standard plan form sequence unless otherwise ordered by the court:

| Level One: | Unpaid filing fees. |
|---|---|
| Level Two: | Secured claims and lease payments entitled to 11 U.S.C. § 1326(a)(1)(C) pre-confirmation adequate protection payments. |
| Level Three: | Monthly ongoing mortgage payments, ongoing vehicle and lease payments, installments on professional fees, and postpetition utility claims. |
| Level Four: | Priority Domestic Support Obligations. |
| Level Five: | Mortgage arrears, secured taxes, rental arrears, vehicle payment arrears. |
| Level Six: | All remaining secured, priority and specially classified claims, and miscellaneous secured arrears. |
| Level Seven: | Allowed nonpriority unsecured claims. |
| Level Eight: | Untimely filed nonpriority unsecured claims for which an objection has not been filed. |

**8.6**  As a condition to the debtor(s)' eligibility to receive a discharge upon successful completion of the plan, debtor(s)' attorney or debtor(s) (if pro se) shall file Local Bankruptcy Form 24 (Debtor's Certification of Discharge Eligibility) with the court within forty-five (45) days after making the final plan payment.

**8.7**  The provisions for payment to secured, priority, and specially classified unsecured creditors in this plan shall constitute claims in accordance with Bankruptcy Rule 3004. Proofs of claim by the trustee will not be required. In the absence of a contrary timely filed proof of claim, the amounts stated in the plan for each claim are controlling. The clerk shall be entitled to rely on the accuracy of the information contained in this plan with regard to each claim. Unless otherwise ordered by the court, if a secured, priority, or specially classified creditor timely files its own claim, then the creditor's claim shall govern, provided the debtor(s) and debtor(s)' attorney have been given notice and an opportunity to object. The trustee is authorized, without prior notice, to pay claims exceeding the amount provided in the plan by not more than $250.

**8.8**  Any creditor whose secured claim is not modified by this plan and subsequent order of court shall retain its lien.

**8.9**  Any creditor whose secured claim is modified or whose lien is reduced by the plan shall retain its lien until the underlying debt is discharged under 11 U.S.C. § 1328 or until it has been paid the full amount to which it is entitled under applicable nonbankruptcy law, whichever occurs earlier. Upon payment in accordance with these terms and entry of a discharge order, the modified lien will terminate and be released. The creditor shall promptly cause all mortgages, liens, and security interests encumbering the collateral to be satisfied, discharged, and released.

**8.10**  The provisions of Sections 8.8 and 8.9 will also apply to allowed secured, priority, and specially classified unsecured claims filed after the bar date. ***LATE-FILED CLAIMS NOT PROPERLY SERVED ON THE TRUSTEE AND THE DEBTOR(S)' ATTORNEY OR DEBTOR(S) (IF PRO SE) WILL NOT BE PAID.*** The responsibility for reviewing the claims and objecting where appropriate is placed upon the debtor(s).

### Part 9:  Nonstandard Plan Provisions

**9.1**  **Check "None" or List Nonstandard Plan Provisions**
  ☑  **None.** If "None" is checked, the rest of Part 9 need not be completed or reproduced.

### Part 10:  Signatures:

**10.1**  **Signatures of Debtor(s) and Debtor(s)' Attorney**

If the debtor(s) do not have an attorney, the debtor(s) must sign below; otherwise the debtor(s)' signatures are optional. The attorney for the debtor(s), if any, must sign below.

By signing this plan the undersigned, as debtor(s)' attorney or the debtor(s) (if pro se), certify(ies) that I/we have reviewed any prior confirmed plan(s), order(s) confirming prior plan(s), proofs of claim filed with the court by creditors, and any orders of court affecting the amount(s) or treatment of any creditor claims, and except as modified herein, this proposed plan conforms to and is consistent with all such prior plans, orders, and claims. False certifications shall subject the signatories to sanctions under Bankruptcy Rule 9011.

***By filing this document, debtor(s)' attorney or the debtor(s) (if pro se), also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in the standard chapter 13 plan form adopted for use by the United States Bankruptcy Court for the Western District of Pennsylvania, other than any nonstandard provisions included in Part 9. It is further acknowledged that any deviation from***

| Debtor | **Richard Cain, Sr.** | Case number | **19-21025** |
|---|---|---|---|
|  | **Helen L. Cain** |  |  |

*the standard plan form shall not become operative unless it is specifically identified as "nonstandard" terms and are approved by the court in a separate order.*

X   **/s/ Richard Cain, Sr.**                     X   **/s/ Helen L. Cain**
    **Richard Cain, Sr.**                             **Helen L. Cain**
    Signature of Debtor 1                             Signature of Debtor 2

    Executed on    **April 19, 2019**                 Executed on    **April 19, 2019**

X   **/s/ Paul W. McElrath, Jr.**                 Date    **April 19, 2019**
    **Paul W. McElrath, Jr.**
    Signature of debtor(s)' attorney

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                               Case No. 19-21025-GLT
Richard Cain                                                         Chapter 13
Helen L. Cain
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: nsha                  Page 1 of 5                   Date Rcvd: Apr 22, 2019
                              Form ID: pdf900             Total Noticed: 104


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db/jdb         +Richard Cain, Sr.,    Helen L. Cain,    6833 Saltsburg Road,    Pittsburgh, PA 15235-2231
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
15012050       +AR Resources,    1777 Sentry Pkwy West,    Blue Bell, PA 19422-2206
15012054        AV Medical Imaging,    7 Acee Drive,    Natrona Heights, PA 15065-9700
15012044       +Alexandra T. Garcia,    123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
15012046        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
15012045       +Alle-Kiski Medical Center,    PO Box 951871,    Cleveland, OH 44193-0020
15012047        Allegheny Radiology Associates, LT,     P O Box 49,   Pittsburgh, PA 15230-0049
15012048       +Alliance Cardiology Group, PC,    Forest Hills Plaza,    Suite 216,   21 Yost Boulevard,
                 Pittsburgh, PA 15221-5283
15012049       +Almar Radiologists, Inc.,    400 Penn Center Boulevard,    Suite 555,   Pittsburgh, PA 15235-5610
15012053       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
15012055        CBCS,   PO Box 165025,    Columbus, OH 43216
15012057      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court:   Coll Svc Ctr,    250 Mt Lebanon Blv Suite 420,
                 Pittsburgh, PA 15122)
15012056       +Central Tax Bureau,    600 West Railroad Avenue,    Verona, PA 15147-1140
15012059       +Collection Service Center, Inc.,    839 5th Avenue,    PO Box 560,
                 New Kensington, PA 15068-0560
15012061       +Columbia House,    Customer Service Center,    PO Box 1114,   1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
15012062       +Commonwealth of Pennsylvania,    Department of Labor and Industry,    255 Elm Street,
                 Oil City, PA 16301-1467
15012063        Computer Credit, Inc.,    640 West Fourth Street,    Post Office Box 5238,
                 Winston-Salem, NC 27113-5238
15012066        Delatorre Orthotics & Prosthetics, Inc.,     PO Box 644574,   Pittsburgh, PA 15264-8574
15012068       +Dish Network,    PO Box 3097,   Bloomington, IL 61702-3097
15012070       +Dominion Retail,    875 Greentree Road,    Parkway Center,   Pittsburgh, PA 15220-3613
15012069       +Dominion Retail,    Po Box 298,   Pittsburgh, PA 15230-0298
15012071       +Duquesne Light,    520 East Main Street,    Carnegie, PA 15106-2051
15012072        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
15012073       +Duquesne Light Company,    708 Smithfield Street,    Pittsburgh, PA 15222-3924
15012077       +ER Solutions,    800 Southwest 39th Street,    Renton, WA 98057-4927
15012074        Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012075       +Emp of Allegheny County LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012076       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 2nd Floor,   Pittsburgh, PA 15212-5860
15012079       +Forbes Regional Hospital,    P.O. Box 951820,    Cleveland, OH 44193-0020
15012081        Guardian Protection Services,    PO Box 747003,    Pittsburgh, PA 15274
15012082       +I C System,    Po Box 64378,   Saint Paul, MN 55164-0378
15012083       +James R. Wood, Esquire,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
15012086       +Law Offices of Charles J. Hilton & Assoc,     Attorneys at Law,    Oakmont Station Two,
                 527 Cedar Way, Suite 203,    Oakmont, PA 15139-2068
15012090       +MCT Cardiology Med Assoc PC,    Forest Hills Plaza,    21 Yost Boulevard,   Suite 216,
                 Pittsburgh, PA 15221-5283
15012088       +Maiello, Brungo, & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012089       +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
15012093       +Municipality of Penn Hills,    c/o Central Tax Bureau of PA, Inc.,    600 West Railroad Avenue,
                 Verona, PA 15147-1140
15012094        Municipality of Penn Hills EMS,    12445 Frankstown Road,    Pittsburgh, PA 15235
15012096        NCO Financial,    Po Box 41466,   Philadelphia, PA 19101
15012100       +Northeast Credit & C,    960 N Main Ave,    Scranton, PA 18508-2126
15012102       +OHA,   Po Box 643042,    Pittsburgh, PA 15264-3042
15012101        Oakmont Water Authority,    P.O. Box 73,    Oakmont, PA 15139-0073
15012103       +Orthopedic Association fo Pittsburgh, In,     2550 Mosside Boulevard,   Suite 405,
                 Monroeville, PA 15146-3533
15012104       +Orthopedic Association of Pittsburgh,    2550 Mosside Boulevard,    Suite 405,
                 Monroeville, PA 15146-3533
15012105       #+Penn Credit Coporation,    PO Box 988,    Harrisburg, PA 17108-0988
15012106       +Penn Hills,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,   100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012107        Penn Hills School District,    PO Box 643834,    Pittsburgh, PA 15264-3834
15012109       +Penn Hills Sewage,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,   100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012110       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15031176       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
```

```
District/off: 0315-2          User: nsha                    Page 2 of 5                    Date Rcvd: Apr 22, 2019
                              Form ID: pdf900               Total Noticed: 104


15012111       +Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,    707 Grant Street, Suite 2200,
                 Gulf Tower,    Pittsburgh, PA 15219-1945
15012112       +Pittsburgh Ear Nose and Throat Associate,    344 Forbes Avenue,    Pittsburgh, PA 15222
15012113        Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
15012115        Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
15012116       +Professional Account Management Inc.,    633 West Wisconsin Avenue,    Milwaukee, WI 53203-1920
15012119        Revenue Cycle Solutions, Inc.,    P.O. Box 94609,    Cleveland, OH 44101-4609
15012120       +Rmg Systms,    Po Box 44414,    Eden Prairie, MN 55344-1414
15012121       +S&T Bank,    P.O. Box 190,    Indiana, PA 15701-0190
15036524       +S. James Wallace, Esq.,    Attorney for Peoples Natural Gas,    845 North Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15012125       +State Collection Ser,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
15012126       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15012127        Target,    Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
15012128        Target National Bank,    PO BOX 59231,    Minneapolis, MN 55459-0231
15036532       +The Municipal Authority Of Oakmont,    721 Allegheny Ave.,    Oakmont, PA 15139-1901
15012129        The Municipal Authority of the,    Borough of Oakmont,    Water Department,    PO Box 73,
                 Oakmont, PA 15139-0073
15036534       +The Municipal Authority of the Borough,    of Oakmont Water Department,    721 Allegheny Avenue,
                 Oakmont, PA 15139-1901
15012130       +The Municipal Authority of the Borough,    of Oakmont Water Department,    44 Clinton Street,
                 Greenville, PA 16125-2281
15012131       +The Western Pennsylvania Hospital,    PO Box 951960,    Cleveland, OH 44193-0021
15012133        UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
15036539       +UPMC Health Services,    2 Hot Metal Street,    Room 386,    Pittsburgh, PA 15203-2348
15012134        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
15012136        UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
15012137       +Vengroff, Williams, & Associates, Inc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
15012142       +WPAHS,    P.O. Box 6770,    Pittsburgh, PA 15212-0770
15012140       +West Penn Forbes Campus,    P.O. Box 73542,    Cleveland, OH 44193-0002
15012141       +West Penn Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793
15012143       +Y.C. Ho, M.D.,    Wood Towers,    810 Wood Street,    Suite 1,    Pittsburgh, PA 15221-2880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Apr 23 2019 02:49:15      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15012043       +E-mail/Text: EBNProcessing@afni.com Apr 23 2019 02:48:36       Afni, Inc.,    P.O. Box 3667,
                 Bloomington, IL 61702-3667
15012051       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2019 02:48:16       Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
15012052       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2019 02:48:16       Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
15036473        E-mail/Text: kburkley@bernsteinlaw.com Apr 23 2019 02:49:15       Duquesne Light,
                 Customer Relations Department,    411 Seventh Avenue,    Pittsburgh, PA 15230
15012058       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 23 2019 02:48:32       Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
15012064       +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 23 2019 02:48:50
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15012067       +E-mail/Text: Bankruptcy.Consumer@dish.com Apr 23 2019 02:48:21       Dish Network,
                 5701 South Santa Fe Drive,    Littleton, CO 80120-1813
15036472       +E-mail/Text: kburkley@bernsteinlaw.com Apr 23 2019 02:49:15      Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15012078       +E-mail/Text: bankruptcies@escallate.com Apr 23 2019 02:47:30       Escallate LLC,
                 5200 Stoneham Road,    North Canton, OH 44720-1584
15012080       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 23 2019 02:47:46       Greentree Servicing,
                 PO Box 6172,    Rapid City, SD 57709-6172
15030913        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2019 02:52:38       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15012091       +E-mail/Text: rcpsbankruptcynotices@parallon.com Apr 23 2019 02:49:23       Medicredit Corp,
                 3620 I 70 DR SE STE C,    Columbia, MO 65201-6582
15012092       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2019 02:48:23       Midland Credit Management,
                 8875 Aero Drive,    San Diego, CA 92123-2255
15012097       +E-mail/Text: egssupportservices@alorica.com Apr 23 2019 02:48:37       NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
15012099        E-mail/Text: bankruptcy@mynycb.com Apr 23 2019 02:47:31       New York Community Bank,
                 1801 East 9th Street,    Suite 200,    Cleveland, OH 44114
15012095       +E-mail/Text: Bankruptcies@nragroup.com Apr 23 2019 02:49:26       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
15012114       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2019 02:52:29       Portfolio,
                 120 Corporate Blvd,    Norfolk, VA 23502-4952
15012117       +E-mail/Text: Supportservices@receivablesperformance.com Apr 23 2019 02:49:15
                 Receivables Performance,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15012118       +E-mail/Text: Supportservices@receivablesperformance.com Apr 23 2019 02:49:15
                 Receivables Performance Management LLC,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15012124        E-mail/Text: appebnmailbox@sprint.com Apr 23 2019 02:48:18      Sprint Nextel,    P.O. Box 7949,
                 Overland Park, KS 66207-0949
15012123       +E-mail/Text: appebnmailbox@sprint.com Apr 23 2019 02:48:18       Sprint,    Customer Service,
                 PO Box 8077,    London, KY 40742-8077
```

```
District/off: 0315-2                  User: nsha                    Page 3 of 5                    Date Rcvd: Apr 22, 2019
                                      Form ID: pdf900               Total Noticed: 104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15012135       +E-mail/Text: BankruptcyNotice@upmc.edu Apr 23 2019 02:49:00      UPMC Presbyterian Shadyside,
                 200 Lothrop Street,    Pittsburgh, PA 15213-2536
15012132       +E-mail/Text: ebn@unique-mgmt.com Apr 23 2019 02:48:55      Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
15012138       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 23 2019 02:47:27
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
15012139       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 23 2019 02:47:27
                 Verizon Wireless,    1 Verizon Pl,   Alpharetta, GA 30004-8510
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15036451*      +AR Resources,   1777 Sentry Pkwy West,    Blue Bell, PA 19422-2206
15036455*       AV Medical Imaging,    7 Acee Drive,   Natrona Heights, PA 15065-9700
15036444*      +Afni, Inc.,   P.O. Box 3667,    Bloomington, IL 61702-3667
15036445*      +Alexandra T. Garcia,    123 South Broad Street, Suite 1400,   Philadelphia, PA 19109-1060
15036447*       Alle-Kiski Medical Center,    1301 Carlisle Street,   ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
15036446*      +Alle-Kiski Medical Center,    PO Box 951871,   Cleveland, OH 44193-0020
15036448*       Allegheny Radiology Associates, LT,    P O Box 49,   Pittsburgh, PA 15230-0049
15036449*      +Alliance Cardiology Group, PC,    Forest Hills Plaza,   Suite 216,    21 Yost Boulevard,
                 Pittsburgh, PA 15221-5283
15036450*      +Almar Radiologists, Inc.,    400 Penn Center Boulevard,   Suite 555,    Pittsburgh, PA 15235-5610
15036452*      +Asset Acceptance LLC,    PO Box 2036,   Warren, MI 48090-2036
15036453*      +Asset Acceptance Llc,    Po Box 1630,   Warren, MI 48090-1630
15036454*      +Atg Credit,   1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
15036456*       CBCS,   PO Box 165025,   Columbus, OH 43216
15036458*      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Coll Svc Ctr,     250 Mt Lebanon Blv Suite 420,
                 Pittsburgh, PA 15122)
15036457*      +Central Tax Bureau,    600 West Railroad Avenue,   Verona, PA 15147-1140
15036459*      +Collection Service Center,    839 5th Avenue,   New Kensington, PA 15068-6303
15036460*      +Collection Service Center, Inc.,    839 5th Avenue,   PO Box 560,
                 New Kensington, PA 15068-0560
15036461*      +Collection Service Center, Inc.,    Po Box 68,   Altoona, PA 16603-0068
15036462*      +Columbia House,   Customer Service Center,    PO Box 1114,   1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
15036463*      +Commonwealth of Pennsylvania,    Department of Labor and Industry,    255 Elm Street,
                 Oil City, PA 16301-1467
15036464*       Computer Credit, Inc.,    640 West Fourth Street,   Post Office Box 5238,
                 Winston-Salem, NC 27113-5238
15036465*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15012065*      +Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
15036466*      +Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
15036467*       Delatorre Orthotics & Prosthetics, Inc.,    PO Box 644574,   Pittsburgh, PA 15264-8574
15036469*      +Dish Network,   PO Box 3097,    Bloomington, IL 61702-3097
15036468*      +Dish Network,   5701 South Santa Fe Drive,    Littleton, CO 80120-1813
15036471*      +Dominion Retail,    875 Greentree Road,   Parkway Center,   Pittsburgh, PA 15220-3613
15036470*      +Dominion Retail,    Po Box 298,   Pittsburgh, PA 15230-0298
15036474*      +Duquesne Light,    520 East Main Street,   Carnegie, PA 15106-2051
15036475*       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
15036476*      +Duquesne Light Company,    708 Smithfield Street,   Pittsburgh, PA 15222-3924
15036480*      +ER Solutions,   800 Southwest 39th Street,    Renton, WA 98057-4927
15036477*       Emp of Alle Kiski LTD,    P.O. Box 182554,   Columbus, OH 43218-2554
15036478*      +Emp of Allegheny County LTD,    P.O. Box 182554,   Columbus, OH 43218-2554
15036479*      +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive,
                 2nd Floor,   Pittsburgh, PA 15212-5860
15036481*      +Escallate LLC,    5200 Stoneham Road,   North Canton, OH 44720-1584
15036482*      +Forbes Regional Hospital,    P.O. Box 951820,   Cleveland, OH 44193-0020
15036483*      +Greentree Servicing,    PO Box 6172,   Rapid City, SD 57709-6172
15036484*       Guardian Protection Services,    PO Box 747003,   Pittsburgh, PA 15274
15036485*      +I C System,   Po Box 64378,    Saint Paul, MN 55164-0378
15036486*      +James R. Wood, Esquire,    1000 Sandy Hill Road, Suite 150,   Norristown, PA 19401-4181
15036487*      +Jennifer L. Cerce, Esquire,    Lawrence J. Maiello, Esquire,   Maiello, Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
15036488*      +Kevin H. Buraks, Esquire,    Portnoff Law Associates, Ltd.,   1000 Sandy Hill Road,   Suite 150,
                 Norristown, PA 19401-4181
15036489*      +Law Offices of Charles J. Hilton & Assoc,    Attorneys at Law,   Oakmont Station Two,
                 527 Cedar Way, Suite 203,    Oakmont, PA 15139-2068
15036493*      +MCT Cardiology Med Assoc PC,    Forest Hills Plaza,   21 Yost Boulevard,   Suite 216,
                 Pittsburgh, PA 15221-5283
15036490*      +Maiello, Brungo & Maiello, LLP,    One Churchill Park,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
15036491*      +Maiello, Brungo, & Maiello, LLP,    Foxpointe II,   100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
```

```
District/off: 0315-2                  User: nsha                    Page 4 of 5                    Date Rcvd: Apr 22, 2019
                                      Form ID: pdf900               Total Noticed: 104


                ***** BYPASSED RECIPIENTS (continued) *****
15036492*        +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                   Philadelphia, PA 19109-1031
15036494*        +Medicredit Corp,    3620 I 70 DR SE STE C,    Columbia, MO 65201-6582
15036495*        +Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2255
15036496*        +Municipality of Penn Hills,    c/o Central Tax Bureau of PA, Inc.,    600 West Railroad Avenue,
                   Verona, PA 15147-1140
15036497*         Municipality of Penn Hills EMS,    12445 Frankstown Road,    Pittsburgh, PA 15235
15036499*         NCO Financial,    Po Box 41466,    Philadelphia, PA 19101
15036500*        +NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2308
15036501*        +NCO Financial,    605 West Edison Road,    Suite K,    Mishawaka, IN 46545-8823
15036502*       ++NEW YORK COMMUNITY BANK,    ATTN BANKRUPTCY DEPT,    1801 E 9TH ST,    CLEVELAND OH 44114-3107
                   (address filed with court: New York Community Bank,    1801 East 9th Street,    Suite 200,
                   Cleveland, OH 44114)
15036498*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
15036503*        +Northeast Credit & C,    960 N Main Ave,    Scranton, PA 18508-2126
15036505*        +OHA,   Po Box 643042,    Pittsburgh, PA 15264-3042
15036504*         Oakmont Water Authority,    P.O. Box 73,    Oakmont, PA 15139-0073
15036506*        +Orthopedic Association fo Pittsburgh, In,    2550 Mosside Boulevard,    Suite 405,
                   Monroeville, PA 15146-3533
15036507*        +Orthopedic Association of Pittsburgh,    2550 Mosside Boulevard,    Suite 405,
                   Monroeville, PA 15146-3533
15036508*        +Penn Credit Coporation,    PO Box 988,    Harrisburg, PA 17108-0988
15036509*        +Penn Hills,   Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036510*         Penn Hills School District,    PO Box 643834,    Pittsburgh, PA 15264-3834
15036511*        +Penn Hills Sewage,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036512*        +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                   Pittsburgh, PA 15212-5866
15036513*        +Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,    707 Grant Street, Suite 2200,
                   Gulf Tower,    Pittsburgh, PA 15219-1945
15036514*        +Pittsburgh Ear Nose and Throat Associate,    344 Forbes Avenue,    Pittsburgh, PA 15222
15036515*         Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
15036516*        +Portfolio,    120 Corporate Blvd,    Norfolk, VA 23502-4952
15036517*         Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
15036518*        +Professional Account Management Inc.,    633 West Wisconsin Avenue,    Milwaukee, WI 53203-1920
15036519*        +Receivables Performance,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15036520*        +Receivables Performance Management LLC,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15036521*         Revenue Cycle Solutions, Inc.,    P.O. Box 94609,    Cleveland, OH 44101-4609
15036522*        +Rmg Systms,    Po Box 44414,    Eden Prairie, MN 55344-1414
15036523*        +S&T Bank,    P.O. Box 190,    Indiana, PA 15701-0190
15036527*       ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                   (address filed with court: Sprint Nextel,    P.O. Box 7949,    Overland Park, KS 66207-0949)
15036525*        +Security Credit Systems,    PO Box 846,    Buffalo, NY 14240-0846
15036526*        +Sprint,   Customer Service,    PO Box 8077,    London, KY 40742-8077
15036528*        +State Collection Ser,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
15036529*        +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15036530*         Target,   Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
15036531*         Target National Bank,    PO BOX 59231,    Minneapolis, MN 55459-0231
15036533*         The Municipal Authority of the,    Borough of Oakmont,    Water Department,    PO Box 73,
                   Oakmont, PA 15139-0073
15036535*        +The Municipal Authority of the Borough,    of Oakmont Water Department,    PO Box 73,
                   Oakmont, PA 15139-0073
15036536*        +The Western Pennsylvania Hospital,    PO Box 951960,    Cleveland, OH 44193-0021
15036538*         UPMC,   PO Box 371842,    Pittsburgh, PA 15250-7842
15036540*         UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
15036541*        +UPMC Presbyterian Shadyside,    200 Lothrop Street,    Pittsburgh, PA 15213-2536
15036542*         UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
15036537*        +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
15036543*        +Vengroff, Williams, & Associates, Inc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
15036544*        +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
15036545*        +Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
15036548*        +WPAHS,    P.O. Box 6770,    Pittsburgh, PA 15212-0770
15036546*        +West Penn Forbes Campus,    P.O. Box 73542,    Cleveland, OH 44193-0002
15036547*        +West Penn Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793
15036549*        +Y.C. Ho, M.D.,    Wood Towers,    810 Wood Street,    Suite 1,    Pittsburgh, PA 15221-2880
15012060         ##+Collection Service Center, Inc.,    Po Box 68,    Altoona, PA 16603-0068
15012084         ##+Jennifer L. Cerce, Esquire,    Lawrence J. Maiello, Esquire,    Maiello, Brungo & Maiello, LLP,
                   3301 McCrady Road,    Pittsburgh, PA 15235-5137
15012085         ##+Kevin H. Buraks, Esquire,    Portnoff Law Associates, Ltd.,    1000 Sandy Hill Road,    Suite 150,
                   Norristown, PA 19401-4181
15012087         ##+Maiello, Brungo & Maiello, LLP,    One Churchill Park,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
15012098         ##+NCO Financial,    605 West Edison Road,    Suite K,    Mishawaka, IN 46545-8823
15012108         ##+Penn Hills School District,    c/o Maiello Brungo and Maiello,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
15012122         ##+Security Credit Systems,    PO Box 846,    Buffalo, NY 14240-0846
                                                                                             TOTALS: 1, * 102, ## 7
```

```
District/off: 0315-2          User: nsha              Page 5 of 5             Date Rcvd: Apr 22, 2019
                              Form ID: pdf900         Total Noticed: 104
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Keri P. Ebeck     on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Richard  Cain, Sr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```