## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RICHARD CAIN | : | Bankruptcy No. 19-21025 (GLT) |
| HELEN L. CAIN | : | Chapter 13 |
| Debtors. | : | |
| | : | Related to Claim No. 11 |
| CITY OF NEW CASTLE | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| RICHARD CAIN | : | |
| HELEN L. CAIN | : | |
| | : | |
| Respondents. | : | |

## PRAECIPE TO WITHDRAW CLAIM # 11
## OF THE CITY OF NEW CASTLE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 11 of the City of New Castle.

**PORTNOFF LAW ASSOCIATES, LTD.**

By: /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341
Attorney ID 309012, Pennsylvania
Attorney for City of New Castle

Dated: May 13, 2019