UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/21/19 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| RICHARD CAIN | : | Bankruptcy No. 19-21025 (GLT) |
| HELEN L. CAIN | : | Chapter 13 |
| Debtors. | : | |
| | : | Related to Claim No. 11 |
| CITY OF NEW CASTLE | : | |
| | : | Related Dkt. No. 42 |
| Movant, | : | |
| v. | : | |
| | : | |
| RICHARD CAIN | : | |
| HELEN L. CAIN | : | |
| | : | |
| Respondents. | : | |

NOTICE **TO WITHDRAW CLAIM # 11
OF THE CITY OF NEW CASTLE**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 11 of the City of New Castle.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:   /s/ James R. Wood, Esquire
        James R. Wood, Esquire
        2700 Horizon Drive, Suite 100
        King of Prussia, PA 19406
        (484) 690-9341
        Attorney ID 309012, Pennsylvania
        Attorney for City of New Castle

Dated:  May 13, 2019

SO ORDERED this 21st day of May 2019

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                           Case No. 19-21025-GLT
Richard Cain                                                     Chapter 13
Helen L. Cain
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin                   Page 1 of 1                  Date Rcvd: May 21, 2019
                               Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
db/jdb         +Richard Cain, Sr.,    Helen L. Cain,   6833 Saltsburg Road,    Pittsburgh, PA 15235-2231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor    City of New Castle jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Richard  Cain, Sr. ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10