Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard Cain Sr.**
**Helen L. Cain**
**aka Helen L. DeMocko**
   Debtor(s)

Bankruptcy Case No.: 19–21025–GLT
Issued Per 9/26/2019 Proceeding
Chapter: 13
Docket No.: 52 – 30
Concil. Conf.: September 26, 2019 at 10:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 19, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,167.00 as of October, 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 26, 2019 at 10:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 14 of Ditech, Claim No. 10 of Penn Hills Swg and Claim No. 1 of Penn Hills EIT (SD and Munic) .

☑ H. Additional Terms: If household income increases by 10% or more over most recent sch I, Debtor(s) shall file amended Sch I. Any indicated increase in disposable income (and UNS POT is retroactive to date of increase.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 26, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 19-21025-GLT
Richard Cain                                                            Chapter 13
Helen L. Cain
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 5                  Date Rcvd: Sep 26, 2019
                              Form ID: 149                Total Noticed: 114


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db/jdb         +Richard Cain, Sr.,    Helen L. Cain,    6833 Saltsburg Road,    Pittsburgh, PA 15235-2231
cr             +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
15012050       +AR Resources,    1777 Sentry Pkwy West,    Blue Bell, PA 19422-2206
15012054        AV Medical Imaging,    7 Acee Drive,    Natrona Heights, PA 15065-9700
15012044       +Alexandra T. Garcia,    123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
15012046        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
15012045       +Alle-Kiski Medical Center,    PO Box 951871,    Cleveland, OH 44193-0020
15012047        Allegheny Radiology Associates, LT,    P O Box 49,    Pittsburgh, PA 15230-0049
15012048       +Alliance Cardiology Group, PC,    Forest Hills Plaza,    Suite 216,   21 Yost Boulevard,
                 Pittsburgh, PA 15221-5283
15012049       +Almar Radiologists, Inc.,    400 Penn Center Boulevard,    Suite 555,   Pittsburgh, PA 15235-5610
15012053       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
15012057      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court:   Coll Svc Ctr,    250 Mt Lebanon Blv Suite 420,
                 Pittsburgh, PA 15122)
15012056       +Central Tax Bureau,    600 West Railroad Avenue,    Verona, PA 15147-1140
15051505       +City of New Castle,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
15012059       +Collection Service Center, Inc.,    839 5th Avenue,    PO Box 560,
                 New Kensington, PA 15068-0560
15012061       +Columbia House,    Customer Service Center,    PO Box 1114,   1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
15012062       +Commonwealth of Pennsylvania,    Department of Labor and Industry,    255 Elm Street,
                 Oil City, PA 16301-1467
15012063        Computer Credit, Inc.,    640 West Fourth Street,    Post Office Box 5238,
                 Winston-Salem, NC 27113-5238
15012066        Delatorre Orthotics & Prosthetics, Inc.,    PO Box 644574,    Pittsburgh, PA 15264-8574
15012068       +Dish Network,    PO Box 3097,   Bloomington, IL 61702-3097
15058281        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
15012069       +Dominion Retail,    Po Box 298,   Pittsburgh, PA 15230-0298
15012070       +Dominion Retail,    875 Greentree Road,    Parkway Center,    Pittsburgh, PA 15220-3613
15012071       +Duquesne Light,    520 East Main Street,    Carnegie, PA 15106-2051
15012072        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
15012073       +Duquesne Light Company,    708 Smithfield Street,    Pittsburgh, PA 15222-3924
15012077       +ER Solutions,    800 Southwest 39th Street,    Renton, WA 98057-4927
15012074        Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012075       +Emp of Allegheny County LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15012076       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 2nd Floor,   Pittsburgh, PA 15212-5860
15012079       +Forbes Regional Hospital,    P.O. Box 951820,    Cleveland, OH 44193-0020
15012081        Guardian Protection Services,    PO Box 747003,    Pittsburgh, PA 15274
15012082       +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
15012083       +James R. Wood, Esquire,    1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
15012084       +Jennifer L. Cerce, Esquire,    Lawrence J. Maiello, Esquire,    Maiello, Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
15012086       +Law Offices of Charles J. Hilton & Assoc,    Attorneys at Law,    Oakmont Station Two,
                 527 Cedar Way, Suite 203,    Oakmont, PA 15139-2068
15012090       +MCT Cardiology Med Assoc PC,    Forest Hills Plaza,    21 Yost Boulevard,    Suite 216,
                 Pittsburgh, PA 15221-5283
15012087       +Maiello, Brungo & Maiello, LLP,    One Churchill Park,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
15012088       +Maiello, Brungo, & Maiello, LLP,    Foxpointe II,    100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012089       +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
15012093       +Municipality of Penn Hills,    c/o Central Tax Bureau of PA, Inc.,    600 West Railroad Avenue,
                 Verona, PA 15147-1140
15051504       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
15012094        Municipality of Penn Hills EMS,    12445 Frankstown Road,    Pittsburgh, PA 15235
15012096        NCO Financial,    Po Box 41466,   Philadelphia, PA 19101
15012100       +Northeast Credit & C,    960 N Main Ave,    Scranton, PA 18508-2126
15012102       +OHA,   Po Box 643042,    Pittsburgh, PA 15264-3042
15012101       +Oakmont Water Authority,    P.O. Box 73,    Oakmont, PA 15139-0073
15012103       +Orthopedic Association fo Pittsburgh, In,    2550 Mosside Boulevard,    Suite 405,
                 Monroeville, PA 15146-3533
15012104       +Orthopedic Association of Pittsburgh,    2550 Mosside Boulevard,    Suite 405,
                 Monroeville, PA 15146-3533
15012106       +Penn Hills,    Maiello, Brungo & Maiello, LLP,    Foxpointe II,   100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
```

```
District/off: 0315-2            User: dbas              Page 2 of 5               Date Rcvd: Sep 26, 2019
                                Form ID: 149            Total Noticed: 114

15012108       +Penn Hills School District,   c/o Maiello Brungo and Maiello,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
15012107        Penn Hills School District,   PO Box 643834,   Pittsburgh, PA 15264-3834
15012109       +Penn Hills Sewage,   Maiello, Brungo & Maiello, LLP,   Foxpointe II,   100 Purity Road, Ste. 3,
                 Pittsburgh, PA 15235-4441
15012110       +Peoples Gas Bankruptcy Dept.,   375 N Shore Drive Ste 600,   Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15031176       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15012111       +Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,   707 Grant Street, Suite 2200,
                 Gulf Tower,   Pittsburgh, PA 15219-1945
15012112       +Pittsburgh Ear Nose and Throat Associate,   344 Forbes Avenue,   Pittsburgh, PA 15222
15012113        Pittsburgh Parking Court,   P.O. Box 640,   Pittsburgh, PA 15230-0640
15012115        Portnoff Law Associates,   PO Box 3020,   Norristown, PA 19404-3020
15012116       +Professional Account Management Inc.,   633 West Wisconsin Avenue,   Milwaukee, WI 53203-1920
15012119        Revenue Cycle Solutions, Inc.,   P.O. Box 94609,   Cleveland, OH 44101-4609
15012120       +Rmg Systms,   Po Box 44414,   Eden Prairie, MN 55344-1414
15012121       +S&T Bank,   P.O. Box 190,   Indiana, PA 15701-0190
15036524       +S. James Wallace, Esq.,   Attorney for Peoples Natural Gas,   845 North Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15012125       +State Collection Ser,   2509 S. Stoughton Rd.,   Madison, WI 53716-3314
15012126       +State Collection Servi,   2509 S Stoughton Rd,   Madison, WI 53716-3314
15012127        Target,   Retailers National Bank,   P.O. Box 59231,   Minneapolis, MN 55459-0231
15012128        Target National Bank,   PO BOX 59231,   Minneapolis, MN 55459-0231
15036532       +The Municipal Authority Of Oakmont,   721 Allegheny Ave,   Oakmont, PA 15139-1901
15012129        The Municipal Authority of the,   Borough of Oakmont,   Water Department,   PO Box 73,
                 Oakmont, PA 15139-0073
15036534       +The Municipal Authority of the Borough,   of Oakmont Water Department,   721 Allegheny Avenue,
                 Oakmont, PA 15139-1901
15012130       +The Municipal Authority of the Borough,   of Oakmont Water Department,   44 Clinton Street,
                 Greenville, PA 16125-2281
15012131       +The Western Pennsylvania Hospital,   PO Box 951960,   Cleveland, OH 44193-0021
15012133        UPMC,   PO Box 371842,   Pittsburgh, PA 15250-7842
15046958        UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
15036539       +UPMC Health Services,   2 Hot Metal Street,   Room 386,   Pittsburgh, PA 15203-2348
15046957        UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
15012134        UPMC Physician Services,   P.O. Box 371980,   Pittsburgh, PA 15250-7980
15012136        UPMC St. Margaret,   PO Box 360381,   Pittsburgh, PA 15251-6381
15012137       +Vengroff, Williams, & Associates, Inc.,   P.O. Box 4155,   Sarasota, FL 34230-4155
15012142       +WPAHS,   P.O. Box 6770,   Pittsburgh, PA 15212-0770
15012140       +West Penn Forbes Campus,   P.O. Box 73542,   Cleveland, OH 44193-0002
15012141       +West Penn Hospital,   4800 Friendship Avenue,   Pittsburgh, PA 15224-1793
15012143       +Y.C. Ho, M.D.,   Wood Towers,   810 Wood Street,   Suite 1,   Pittsburgh, PA 15221-2880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15012043       +E-mail/Text: EBNProcessing@afni.com Sep 27 2019 02:46:32     Afni, Inc.,   P.O. Box 3667,
                 Bloomington, IL 61702-3667
15012051       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 27 2019 02:46:15     Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
15012052       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 27 2019 02:46:15     Asset Acceptance Llc,
                 Po Box 1630,   Warren, MI 48090-1630
15038216       +E-mail/Text: bnc@atlasacq.com Sep 27 2019 02:45:35     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
15036473        E-mail/Text: kburkley@bernsteinlaw.com Sep 27 2019 02:46:57     Duquesne Light,
                 Customer Relations Department,   411 Seventh Avenue,   Pittsburgh, PA 15230
15012055        E-mail/Text: CBCSMail@CBCSNational.com Sep 27 2019 02:46:23     CBCS,   PO Box 165025,
                 Columbus, OH 43216
15012058       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 27 2019 02:46:27     Collection Service Center,
                 839 5th Avenue,   New Kensington, PA 15068-6303
15012064       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 27 2019 02:46:47
                 Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15012067       +E-mail/Text: Bankruptcy.Consumer@dish.com Sep 27 2019 02:46:20     Dish Network,
                 5701 South Santa Fe Drive,   Littleton, CO 80120-1813
15036472       +E-mail/Text: kburkley@bernsteinlaw.com Sep 27 2019 02:46:57     Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,   707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15052286       +E-mail/Text: kburkley@bernsteinlaw.com Sep 27 2019 02:46:57     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15012077       +E-mail/Text: convergent@ebn.phinsolutions.com Sep 27 2019 02:46:48     ER Solutions,
                 800 Southwest 39th Street,   Renton, WA 98057-4927
15012078       +E-mail/Text: bankruptcies@escallate.com Sep 27 2019 02:45:31     Escallate LLC,
                 5200 Stoneham Road,   North Canton, OH 44720-1584
15012080       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2019 02:45:46     Greentree Servicing,
                 PO Box 6172,   Rapid City, SD 57709-6172
15030913        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:02:30     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15012091       +E-mail/Text: rcpsbankruptcynotices@parallon.com Sep 27 2019 02:47:07     Medicredit Corp,
                 3620 I 70 DR SE STE C,   Columbia, MO 65201-6582
```

```
District/off: 0315-2           User: dbas                   Page 3 of 5                   Date Rcvd: Sep 26, 2019
                               Form ID: 149                 Total Noticed: 114


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15012092      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 02:46:20     Midland Credit Management,
               8875 Aero Drive,    San Diego, CA 92123-2255
15012097      +E-mail/Text: egssupportservices@alorica.com Sep 27 2019 02:46:35     NCO Financial,
               507 Prudential Road,    Horsham, PA 19044-2308
15012099       E-mail/Text: bankruptcy@mynycb.com Sep 27 2019 02:45:32     New York Community Bank,
               1801 East 9th Street,    Suite 200,    Cleveland, OH 44114
15012095      +E-mail/Text: Bankruptcies@nragroup.com Sep 27 2019 02:47:10     National Recovery Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
15012114      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 03:13:51    Portfolio,
               120 Corporate Blvd,    Norfolk, VA 23502-4952
15012117      +E-mail/Text: Supportservices@receivablesperformance.com Sep 27 2019 02:47:02
               Receivables Performance,    20816 44th Avenue West,    Lynnwood, WA 98036-7744
15012118      +E-mail/Text: Supportservices@receivablesperformance.com Sep 27 2019 02:47:02
               Receivables Performance Management LLC,     20816 44th Avenue West,    Lynnwood, WA 98036-7744
15058270       E-mail/Text: appebnmailbox@sprint.com Sep 27 2019 02:46:16     Sprint Corp,
               Attention Bankruptcy,    PO Box 7949,    Overland Park,    KS 66207-0949
15012124       E-mail/Text: appebnmailbox@sprint.com Sep 27 2019 02:46:16     Sprint Nextel,    P.O. Box 7949,
               Overland Park, KS 66207-0949
15012123      +E-mail/Text: appebnmailbox@sprint.com Sep 27 2019 02:46:16     Sprint,    Customer Service,
               PO Box 8077,    London, KY 40742-8077
15012135      +E-mail/Text: BankruptcyNotice@upmc.edu Sep 27 2019 02:46:54     UPMC Presbyterian Shadyside,
               200 Lothrop Street,    Pittsburgh, PA 15213-2536
15012132      +E-mail/Text: ebn@unique-mgmt.com Sep 27 2019 02:46:50     Unique National Collec,
               119 E Maple St,    Jeffersonville, IN 47130-3439
15012138      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 02:45:25
               Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
15050975       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2019 03:02:59     Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15012139      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 02:45:25
               Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               DITECH FINANCIAL LLC
cr*             +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*             +City of New Castle,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*             +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*             +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15036451*       +AR Resources,    1777 Sentry Pkwy West,    Blue Bell, PA 19422-2206
15036455*        AV Medical Imaging,    7 Acee Drive,    Natrona Heights, PA 15065-9700
15036444*       +Afni, Inc.,    P.O. Box 3667,    Bloomington, IL 61702-3667
15036445*       +Alexandra T. Garcia,    123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
15036447*        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
15036446*       +Alle-Kiski Medical Center,    PO Box 951871,    Cleveland, OH 44193-0020
15036448*        Allegheny Radiology Associates, LT,    P O Box 49,    Pittsburgh, PA 15230-0049
15036449*       +Alliance Cardiology Group, PC,    Forest Hills Plaza,    Suite 216,    21 Yost Boulevard,
                 Pittsburgh, PA 15221-5283
15036450*       +Almar Radiologists, Inc.,    400 Penn Center Boulevard,    Suite 555,    Pittsburgh, PA 15235-5610
15036452*       +Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
15036453*       +Asset Acceptance Llc,    Po Box 1630,    Warren, MI 48090-1630
15036454*       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
15051124*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
15036456*        CBCS,    PO Box 165025,    Columbus, OH 43216
15036458*      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Coll Svc Ctr,    250 Mt Lebanon Blv Suite 420,
                 Pittsburgh, PA 15122)
15036457*       +Central Tax Bureau,    600 West Railroad Avenue,    Verona, PA 15147-1140
15051506*       +City of New Castle,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
15036459*       +Collection Service Center,    839 5th Avenue,    New Kensington, PA 15068-6303
15036460*       +Collection Service Center, Inc.,    839 5th Avenue,    PO Box 560,
                 New Kensington, PA 15068-0560
15036461*       +Collection Service Center, Inc.,    Po Box 68,    Altoona, PA 16603-0068
15036462*       +Columbia House,    Customer Service Center,    PO Box 1114,    1400 N. Fruitridge Avenue,
                 Terre Haute, IN 47804-1776
15036463*       +Commonwealth of Pennsylvania,    Department of Labor and Industry,    255 Elm Street,
                 Oil City, PA 16301-1467
15036464*        Computer Credit, Inc.,    640 West Fourth Street,    Post Office Box 5238,
                 Winston-Salem, NC 27113-5238
15036465*       +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15012065*       +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15036466*       +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
```

```
District/off: 0315-2          User: dbas                  Page 4 of 5                   Date Rcvd: Sep 26, 2019
                              Form ID: 149                Total Noticed: 114


            ***** BYPASSED RECIPIENTS (continued) *****
15036467*         Delatorre Orthotics & Prosthetics, Inc.,    PO Box 644574,    Pittsburgh, PA 15264-8574
15036469*        +Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
15036468*        +Dish Network,    5701 South Santa Fe Drive,     Littleton, CO 80120-1813
15036471*        +Dominion Retail,    875 Greentree Road,    Parkway Center,    Pittsburgh, PA 15220-3613
15036470*        +Dominion Retail,    Po Box 298,    Pittsburgh, PA 15230-0298
15036474*        +Duquesne Light,    520 East Main Street,    Carnegie, PA 15106-2051
15036475*         Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,     Bernstein Law Firm, P.C.,
                   Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
15036476*        +Duquesne Light Company,    708 Smithfield Street,     Pittsburgh, PA 15222-3924
15036480*        +ER Solutions,    800 Southwest 39th Street,     Renton, WA 98057-4927
15036477*         Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
15036478*        +Emp of Allegheny County LTD,    P.O. Box 182554,     Columbus, OH 43218-2554
15036479*        +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive,
                   2nd Floor,    Pittsburgh, PA 15212-5860
15036481*        +Escallate LLC,    5200 Stoneham Road,    North Canton, OH 44720-1584
15036482*        +Forbes Regional Hospital,    P.O. Box 951820,     Cleveland, OH 44193-0020
15036483*        +Greentree Servicing,    PO Box 6172,    Rapid City, SD 57709-6172
15036484*         Guardian Protection Services,    PO Box 747003,     Pittsburgh, PA 15274
15036485*        +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
15036486*        +James R. Wood, Esquire,    1000 Sandy Hill Road, Suite 150,     Norristown, PA 19401-4181
15036487*        +Jennifer L. Cerce, Esquire,    Lawrence J. Maiello, Esquire,     Maiello, Brungo & Maiello, LLP,
                   3301 McCrady Road,    Pittsburgh, PA 15235-5137
15036488*        +Kevin H. Buraks, Esquire,    Portnoff Law Associates, Ltd.,     1000 Sandy Hill Road,    Suite 150,
                   Norristown, PA 19401-4181
15036489*        +Law Offices of Charles J. Hilton & Assoc,     Attorneys at Law,    Oakmont Station Two,
                   527 Cedar Way, Suite 203,    Oakmont, PA 15139-2068
15036493*        +MCT Cardiology Med Assoc PC,    Forest Hills Plaza,     21 Yost Boulevard,    Suite 216,
                   Pittsburgh, PA 15221-5283
15036490*        +Maiello, Brungo & Maiello, LLP,    One Churchill Park,     3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
15036491*        +Maiello, Brungo, & Maiello, LLP,    Foxpointe II,     100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036492*        +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,     Suite 2080,
                   Philadelphia, PA 19109-1031
15036494*        +Medicredit Corp,    3620 I 70 DR SE STE C,    Columbia, MO 65201-6582
15036495*        +Midland Credit Management,    8875 Aero Drive,     San Diego, CA 92123-2255
15036496*        +Municipality of Penn Hills,    c/o Central Tax Bureau of PA, Inc.,     600 West Railroad Avenue,
                   Verona, PA 15147-1140
15036497*         Municipality of Penn Hills EMS,    12445 Frankstown Road,     Pittsburgh, PA 15235
15036499*         NCO Financial,    Po Box 41466,    Philadelphia, PA 19101
15036500*        +NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2308
15036501*        +NCO Financial,    605 West Edison Road,    Suite K,    Mishawaka, IN 46545-8823
15036502*        ++NEW YORK COMMUNITY BANK,    ATTN BANKRUPTCY DEPT,     1801 E 9TH ST,    CLEVELAND OH 44114-3107
                  (address filed with court: New York Community Bank,      1801 East 9th Street,    Suite 200,
                   Cleveland, OH 44114)
15036498*        +National Recovery Agency,    2491 Paxton Street,     Harrisburg, PA 17111-1036
15036503*        +Northeast Credit & C,    960 N Main Ave,    Scranton, PA 18508-2126
15036505*        +OHA,    Po Box 643042,    Pittsburgh, PA 15264-3042
15036504*         Oakmont Water Authority,    P.O. Box 73,    Oakmont, PA 15139-0073
15036506*        +Orthopedic Association fo Pittsburgh, In,     2550 Mosside Boulevard,    Suite 405,
                   Monroeville, PA 15146-3533
15036507*        +Orthopedic Association of Pittsburgh,     2550 Mosside Boulevard,    Suite 405,
                   Monroeville, PA 15146-3533
15036508*        +Penn Credit Coporation,    PO Box 988,    Harrisburg, PA 17108-0988
15036509*        +Penn Hills,    Maiello, Brungo & Maiello, LLP,     Foxpointe II,    100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036510*         Penn Hills School District,    PO Box 643834,     Pittsburgh, PA 15264-3834
15036511*        +Penn Hills Sewage,    Maiello, Brungo & Maiello, LLP,     Foxpointe II,    100 Purity Road, Ste. 3,
                   Pittsburgh, PA 15235-4441
15036512*        +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,     Attn: Dawn Linder,
                   Pittsburgh, PA 15212-5866
15036513*        +Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,     707 Grant Street, Suite 2200,
                   Gulf Tower,    Pittsburgh, PA 15219-1945
15036514*        +Pittsburgh Ear Nose and Throat Associate,     344 Forbes Avenue,    Pittsburgh, PA 15222
15036515*         Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
15036516*        +Portfolio,    120 Corporate Blvd,    Norfolk, VA 23502-4952
15036517*         Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
15036518*        +Professional Account Management Inc.,    633 West Wisconsin Avenue,     Milwaukee, WI 53203-1920
15036519*        +Receivables Performance,    20816 44th Avenue West,     Lynnwood, WA 98036-7744
15036520*        +Receivables Performance Management LLC,     20816 44th Avenue West,    Lynnwood, WA 98036-7744
15036521*         Revenue Cycle Solutions, Inc.,    P.O. Box 94609,     Cleveland, OH 44101-4609
15036522*        +Rmg Systms,    Po Box 44414,    Eden Prairie, MN 55344-1414
15036523*        +S&T Bank,    P.O. Box 190,    Indiana, PA 15701-0190
15036527*        ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,     PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                  (address filed with court: Sprint Nextel,      P.O. Box 7949,   Overland Park, KS 66207-0949)
15036525*        +Security Credit Systems,    PO Box 846,    Buffalo, NY 14240-0846
15036526*        +Sprint,    Customer Service,    PO Box 8077,    London, KY 40742-8077
15036528*        +State Collection Ser,    2509 S. Stoughton Rd.,     Madison, WI 53716-3314
```

```
District/off: 0315-2          User: dbas              Page 5 of 5              Date Rcvd: Sep 26, 2019
                              Form ID: 149            Total Noticed: 114


              ***** BYPASSED RECIPIENTS (continued) *****
15036529*        +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15036530*         Target,    Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
15036531*         Target National Bank,    PO BOX 59231,    Minneapolis, MN 55459-0231
15036533*         The Municipal Authority of the,    Borough of Oakmont,    Water Department,    PO Box 73,
                   Oakmont, PA 15139-0073
15036535*        +The Municipal Authority of the Borough,    of Oakmont Water Department,    PO Box 73,
                   Oakmont, PA 15139-0073
15036536*        +The Western Pennsylvania Hospital,    PO Box 951960,    Cleveland, OH 44193-0021
15036538*         UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
15036540*         UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
15036541*        +UPMC Presbyterian Shadyside,    200 Lothrop Street,    Pittsburgh, PA 15213-2536
15036542*         UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
15036537*        +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
15036543*        +Vengroff, Williams, & Associates, Inc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
15036544*        +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
15036545*        +Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
15036548*        +WPAHS,    P.O. Box 6770,    Pittsburgh, PA 15212-0770
15036546*        +West Penn Forbes Campus,    P.O. Box 73542,    Cleveland, OH 44193-0002
15036547*        +West Penn Hospital,    4800 Friendship Avenue,    Pittsburgh, PA 15224-1793
15036549*        +Y.C. Ho, M.D.,    Wood Towers,    810 Wood Street,    Suite 1,    Pittsburgh, PA 15221-2880
15012060       ##+Collection Service Center, Inc.,    Po Box 68,    Altoona, PA 16603-0068
15012085       ##+Kevin H. Buraks, Esquire,    Portnoff Law Associates, Ltd.,    1000 Sandy Hill Road,    Suite 150,
                   Norristown, PA 19401-4181
15012098       ##+NCO Financial,    605 West Edison Road,    Suite K,    Mishawaka, IN 46545-8823
15012105       ##+Penn Credit Coporation,    PO Box 988,    Harrisburg, PA 17108-0988
15012122       ##+Security Credit Systems,    PO Box 846,    Buffalo, NY 14240-0846
                                                                                              TOTALS: 1, * 108, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              James R. Wood    on behalf of Creditor    City of New Castle jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard Cain, Sr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 10
```