# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-21025-GLT |
|     Richard Cain, Sr., | : | CHAPTER 13 |
|     Helen L. Cain, | : | |
|         Debtors | : | |
| | : | Related to Doc. No. 69, 74 |
|     Richard Cain, Sr., | : | |
|     Helen L. Cain, | : | Concil. Conf.: |
|         Movants | : | June 25, 2020 at 10:00 AM |
| | : | |
|     vs. | : | |
| | : | |
|     Peoples Natural Gas Co., LLC | : | |
|     Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|         Respondents | : | |

**<u>CERTIFICATE OF SERVICE OF ORDER DATED APRIL 1, 2020 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED MARCH 18, 2020</u>**

    I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated April 1, 2020, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated March 18, 2020, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: <u>April 3, 2020</u>

        By:    <u>/s/ Sharla Munroe</u>
                Sharla Munroe, Paralegal
                McElrath Legal Holdings, LLC
                1641 Saw Mill Run Blvd
                Pittsburgh, PA 15210
                Tel: 412.765.3606
                Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Afni, Inc.
P.O. Box 3667
Bloomington, IL 61702

Alexandra T. Garcia
123 South Broad Street, Suite 1400
Philadelphia, PA 19109

Alle-Kiski Medical Center
PO Box 951871
Cleveland, OH 44193

Alle-Kiski Medical Center
1301 Carlisle Street
ATTN: CINDY SCHAMP
Natrona Heights, PA 15065-1192

Allegheny Radiology Associates, LT
P O Box 49
Pittsburgh, PA 15230-0049

Alliance Cardiology Group, PC
Forest Hills Plaza
Suite 216
21 Yost Boulevard

Pittsburgh, PA 15221

Almar Radiologists, Inc.
400 Penn Center Boulevard
Suite 555
Pittsburgh, PA 15235

AR Resources
1777 Sentry Pkwy West
Blue Bell, PA 19422

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

Asset Acceptance Llc
Po Box 1630
Warren, MI 48090

Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622

AV Medical Imaging
7 Acee Drive
Natrona Heights, PA 15065-9700

CBCS

PO Box 165025
Columbus, OH 43216

Central Tax Bureau
600 West Railroad Avenue
Verona, PA 15147

Coll Svc Ctr
250 Mt Lebanon Blv Suite 420
Pittsburgh, PA 15122

Collection Service Center
839 5th Avenue
New Kensington, PA 15068

Collection Service Center, Inc.
839 5th Avenue
PO Box 560
New Kensington, PA 15068

Collection Service Center, Inc.
Po Box 68
Altoona, PA 16603

Columbia House
Customer Service Center

PO Box 1114
1400 N. Fruitridge Avenue
Terre Haute, IN 47811

Commonwealth of
Pennsylvania
Department of Labor and
Industry
255 Elm Street
Oil City, PA 16301

Computer Credit, Inc.
640 West Fourth Street
Post Office Box 5238
Winston-Salem, NC 27113-5238

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Credit Management
Company
2121 Noblestown Road
Pittsburgh, PA 15205

Delatorre Orthotics &
Prosthetics, Inc.
PO Box 644574
Pittsburgh, PA 15264-8574

Dish Network
5701 South Santa Fe Drive
Littleton, CO 80120

Dish Network
PO Box 3097
Bloomington, IL 61702

Dominion Retail
Po Box 298
Pittsburgh, PA 15230

Dominion Retail
875 Greentree Road
Parkway Center
Pittsburgh, PA 15220

Duquesne Light
520 East Main Street
Carnegie, PA 15106

Duquesne Light Company
c/o Peter J. Ashcroft, Esquire
Bernstein Law Firm, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Duquesne Light Company
708 Smithfield Street
Pittsburgh, PA 15219

Emp of Alle Kiski LTD
P.O. Box 182554
Columbus, OH 43218-2554

Emp of Allegheny County
LTD
P.O. Box 182554
Columbus, OH 43218

Equitable Gas Bankruptcy
Department
Attn: Judy Gawlowski
225 North Shore Drive
2nd Floor
Pittsburgh, PA 15212

ER Solutions
800 Southwest 39th Street
Renton, WA 98057

Escallate LLC
5200 Stoneham Road
North Canton, OH 44720

Forbes Regional Hospital
P.O. Box 951820
Cleveland, OH 44193

Greentree Servicing
PO Box 6172
Rapid City, SD 57709

Guardian Protection Services
PO Box 747003
Pittsburgh, PA 15274

I C System
Po Box 64378
Saint Paul, MN 55164

James R. Wood, Esquire
1000 Sandy Hill Road, Suite 150
Norristown, PA 19401

Jennifer L. Cerce, Esquire
Lawrence J. Maiello, Esquire
Maiello, Brungo & Maiello, LLP
3301 McCrady Road
Pittsburgh, PA 15235

Kevin H. Buraks, Esquire
Portnoff Law Associates, Ltd.
1000 Sandy Hill Road
Suite 150
Norristown, PA 19401

Law Offices of Charles J.
Hilton & Assoc
Attorneys at Law
Oakmont Station Two
527 Cedar Way, Suite 203
Oakmont, PA 15139

Maiello, Brungo & Maiello, LLP
One Churchill Park
3301 McCrady Road
Pittsburgh, PA 15235

Maiello, Brungo, & Maiello, LLP
Foxpointe II
100 Purity Road, Ste. 3
Pittsburgh, PA 15235

McCabe, Weisberg and
Conway, P.C.
123 South Broad Street
Suite 2080
Philadelphia, PA 19109

MCT Cardiology Med Assoc
PC
Forest Hills Plaza
21 Yost Boulevard
Suite 216
Pittsburgh, PA 15221

Medicredit Corp
3620 I 70 DR SE STE C
Columbia, MO 65201

Midland Credit Management
8875 Aero Drive
San Diego, CA 92123

Municipality of Penn Hills
c/o Central Tax Bureau of
PA, Inc.
600 West Railroad Avenue
Verona, PA 15147

Municipality of Penn Hills
EMS
12445 Frankstown Road
Pittsburgh, PA 15235

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

NCO Financial
Po Box 41466
Philadelphia, PA 19101

NCO Financial
507 Prudential Road
Horsham, PA 19044

NCO Financial
605 West Edison Road
Suite K
Mishawaka, IN 46545

New York Community Bank
1801 East 9th Street
Suite 200
Cleveland, OH 44114

Northeast Credit & C
960 N Main Ave
Scranton, PA 18508

Oakmont Water Authority
P.O. Box 73
Oakmont, PA 15139-0073

OHA
Po Box 643042
Pittsburgh, PA 15264

Orthopedic Association fo
Pittsburgh, In
2550 Mosside Boulevard
Suite 405
Monroeville, PA 15146

Orthopedic Association of
Pittsburgh
2550 Mosside Boulevard
Suite 405
Monroeville, PA 15146

Penn Credit Coporation
PO Box 988
Harrisburg, PA 17106

Penn Hills
Maiello, Brungo & Maiello,
LLP
Foxpointe II
100 Purity Road, Ste. 3
Pittsburgh, PA 15235

Penn Hills School District
PO Box 643834
Pittsburgh, PA 15264-3834

Penn Hills School District
c/o Maiello Brungo and
Maiello
3301 McCrady Road
Pittsburgh, PA 15235

Penn Hills Sewage
Maiello, Brungo & Maiello,
LLP
Foxpointe II
100 Purity Road, Ste. 3
Pittsburgh, PA 15235

Peoples Gas Bankruptcy
Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Peter J. Ashcroft, Esquire
Bernstein Law Firm, P.C.
707 Grant Street, Suite 2200
Gulf Tower
Pittsburgh, PA 15219

Pittsburg Ear Nose and
Throat Associate
344 Forbes Avenue
Pittsburgh, PA 15213

Pittsburgh Parking Court
P.O. Box 640
Pittsburgh, PA 15230-0640

Portfolio
120 Corporate Blvd
Norfolk, VA 23502

Portnoff Law Associates
PO Box 3020
Norristown, PA 19404-3020

Professional Account
Management Inc.
633 West Wisconsin Avenue
Milwaukee, WI 53203

Receivables Performance
20816 44th Avenue West
Lynnwood, WA 98036

Receivables Performance
Management LLC
20816 44th Avenue West
Lynnwood, WA 98036

Revenue Cycle Solutions,
Inc.
P.O. Box 94609
Cleveland, OH 44101-4609

Rmg Systms
Po Box 44414
Eden Prairie, MN 55344

S&T Bank
P.O. Box 190
Indiana, PA 15701

Security Credit Systems
PO Box 846
Buffalo, NY 14240

Sprint Customer Service
PO Box 8077
London, KY 40742

Sprint Nextel
P.O. Box 7949
Overland Park, KS 66207-0949

State Collection Ser
2509 S. Stoughton Rd.
Madison, WI 53716

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716

Target
Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

Target National Bank
PO BOX 59231
Minneapolis, MN 55459-0231

The Municipal Authority of the
Borough of Oakmont
Water Department
PO Box 73
Oakmont, PA 15139-0073

The Municipal Authority of the Borough
of Oakmont Water Department
44 Clinton Street
Greenville, PA 16125

The Western Pennsylvania Hospital
PO Box 951960
Cleveland, OH 44193

Unique National Collec
119 E Maple St
Jeffersonville, IN 47130

UPMC
PO Box 371842
Pittsburgh, PA 15250-7842

UPMC Physician Services
P.O. Box 371980
Pittsburgh, PA 15250-7980

UPMC Presbyterian Shadyside
200 Lothrop Street
Pittsburgh, PA 15213

UPMC St. Margaret
PO Box 360381
Pittsburgh, PA 15251-6381

Vengroff, Williams, & Associates, Inc.
P.O. Box 4155
Sarasota, FL 34230

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304

Verizon Wireless
1 Verizon Pl
Alpharetta, GA 30004

West Penn Forbes Campus
P.O. Box 73542
Cleveland, OH 44193

West Penn Hospital
4800 Friendship Avenue
Pittsburgh, PA 15224

WPAHS
P.O. Box 6770
Pittsburgh, PA 15212

Y.C. Ho, M.D.
Wood Towers
810 Wood Street
Suite 1
Pittsburgh, PA 15221