**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard Cain Sr.**
**Helen L. Cain**
**aka Helen L. DeMocko**
  Debtor(s)

Bankruptcy Case No.: 19−21025−GLT
Related to Docket No. 83
Chapter: 13
Docket No.: 84 − 83
Concil. Conf.: January 21, 2021 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 14, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 13, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21025-GLT |
| Richard Cain | Chapter 13 |
| Helen L. Cain | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: hthu | Page 1 of 7 |
| Date Rcvd: Oct 13, 2020 | Form ID: 213 | Total Noticed: 117 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Cain, Sr., Helen L. Cain, 6833 Saltsburg Road, Pittsburgh, PA 15235-2231 |
| cr | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15012050 | + | AR Resources, 1777 Sentry Pkwy West, Blue Bell, PA 19422-2206 |
| 15012054 | | AV Medical Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 15012044 | + | Alexandra T. Garcia, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15012046 | | Alle-Kiski Medical Center, 1301 Carlisle Street, ATTN: CINDY SCHAMP, Natrona Heights, PA 15065-1192 |
| 15012045 | + | Alle-Kiski Medical Center, PO Box 951871, Cleveland, OH 44193-0020 |
| 15012047 | | Allegheny Radiology Associates, LT, P O Box 49, Pittsburgh, PA 15230-0049 |
| 15012048 | + | Alliance Cardiology Group, PC, Forest Hills Plaza, Suite 216, 21 Yost Boulevard, Pittsburgh, PA 15221-5283 |
| 15012049 | + | Almar Radiologists, Inc., 400 Penn Center Boulevard, Suite 555, Pittsburgh, PA 15235-5610 |
| 15012053 | + | Atg Credit, 1700 W Cortland St Ste 2, Chicago, IL 60622-1131 |
| 15012057 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Coll Svc Ctr, 250 Mt Lebanon Blv Suite 420, Pittsburgh, PA 15122 |
| 15012056 | + | Central Tax Bureau, 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051505 | + | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15012059 | + | Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15012061 | + | Columbia House, Customer Service Center, PO Box 1114, 1400 N. Fruitridge Avenue, Terre Haute, IN 47804-1776 |
| 15012062 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, 255 Elm Street, Oil City, PA 16301-1467 |
| 15012063 | | Computer Credit, Inc., 640 West Fourth Street, Post Office Box 5238, Winston-Salem, NC 27113-5238 |
| 15012066 | | Delatorre Orthotics & Prosthetics, Inc., PO Box 644574, Pittsburgh, PA 15264-8574 |
| 15012068 | + | Dish Network, PO Box 3097, Bloomington, IL 61702-3097 |
| 15058281 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15012070 | + | Dominion Retail, 875 Greentree Road, Parkway Center, Pittsburgh, PA 15220-3613 |
| 15012069 | + | Dominion Retail, Po Box 298, Pittsburgh, PA 15230-0298 |
| 15012071 | + | Duquesne Light, 520 East Main Street, Carnegie, PA 15106-2051 |
| 15012072 | | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219 |
| 15012073 | + | Duquesne Light Company, 708 Smithfield Street, Pittsburgh, PA 15222-3924 |
| 15012074 | | Emp of Alle Kiski LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15012075 | + | Emp of Allegheny County LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15012076 | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive, 2nd Floor, Pittsburgh, PA 15212-5860 |
| 15012078 | #+ | Escallate LLC, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 15012079 | + | Forbes Regional Hospital, P.O. Box 951820, Cleveland, OH 44193-0020 |
| 15012080 | + | Greentree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 15012081 | | Guardian Protection Services, PO Box 747003, Pittsburgh, PA 15274 |
| 15012082 | + | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15012083 | | James R. Wood, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15012084 | + | Jennifer L. Cerce, Esquire, Lawrence J. Maiello, Esquire, Maiello, Brungo & Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012085 | | Kevin H. Buraks, Esquire, Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15012086 | + | Law Offices of Charles J. Hilton & Assoc, Attorneys at Law, Oakmont Station Two, 527 Cedar Way, Suite 203, Oakmont, PA 15139-2068 |

| | | |
|---|---|---|
| 15012090 | + | MCT Cardiology Med Assoc PC, Forest Hills Plaza, 21 Yost Boulevard, Suite 216, Pittsburgh, PA 15221-5283 |
| 15012087 | + | Maiello, Brungo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012088 | + | Maiello, Brungo, & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012089 | + | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 15012093 | + | Municipality of Penn Hills, c/o Central Tax Bureau of PA, Inc., 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051504 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15012094 | | Municipality of Penn Hills EMS, 12445 Frankstown Road, Pittsburgh, PA 15235 |
| 15012096 | | NCO Financial, Po Box 41466, Philadelphia, PA 19101 |
| 15012098 | + | NCO Financial, 605 West Edison Road, Suite K, Mishawaka, IN 46545-8823 |
| 15184837 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15012100 | + | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15012102 | + | OHA, Po Box 643042, Pittsburgh, PA 15264-3042 |
| 15012101 | + | Oakmont Water Authority, P.O. Box 73, Oakmont, PA 15139-0073 |
| 15012103 | + | Orthopedic Association fo Pittsburgh, In, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15012104 | + | Orthopedic Association of Pittsburgh, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15012106 | + | Penn Hills, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012108 | + | Penn Hills School District, c/o Maiello Brungo and Maiello, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012107 | | Penn Hills School District, PO Box 643834, Pittsburgh, PA 15264-3834 |
| 15012109 | + | Penn Hills Sewage, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012110 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15031176 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15012111 | + | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15012112 | + | Pittsburgh Ear Nose and Throat Associate, 344 Forbes Avenue, Pittsburgh, PA 15222 |
| 15012113 | | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 15012115 | | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 15012116 | + | Professional Account Management Inc., 633 West Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 15012119 | | Revenue Cycle Solutions, Inc., P.O. Box 94609, Cleveland, OH 44101-4609 |
| 15012121 | + | S&T Bank, P.O. Box 190, Indiana, PA 15701-0190 |
| 15036524 | + | S. James Wallace, Esq., Attorney for Peoples Natural Gas, 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15012125 | ++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314 address filed with court:, State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15012126 | ++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314 address filed with court:, State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15012127 | | Target, Retailers National Bank, P.O. Box 59231, Minneapolis, MN 55459-0231 |
| 15012128 | | Target National Bank, PO BOX 59231, Minneapolis, MN 55459-0231 |
| 15036532 | + | The Municipal Authority Of Oakmont, 721 Allegheny Ave, Oakmont, PA 15139-1901 |
| 15012129 | | The Municipal Authority of the, Borough of Oakmont, Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036534 | + | The Municipal Authority of the Borough, of Oakmont Water Department, 721 Allegheny Avenue, Oakmont, PA 15139-1901 |
| 15012130 | + | The Municipal Authority of the Borough of Oakmont Water Department, 44 Clinton Street, Greenville, PA 16125-2281 |
| 15012131 | + | The Western Pennsylvania Hospital, PO Box 951960, Cleveland, OH 44193-0021 |
| 15012133 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15036539 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15046958 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012134 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15046957 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012136 | | UPMC St. Margaret, PO Box 360381, Pittsburgh, PA 15251-6381 |
| 15012137 | + | Vengroff, Williams, & Associates, Inc., P.O. Box 4155, Sarasota, FL 34230-4155 |
| 15012142 | + | WPAHS, P.O. Box 6770, Pittsburgh, PA 15212-0770 |
| 15012140 | + | West Penn Forbes Campus, P.O. Box 73542, Cleveland, OH 44193-0002 |
| 15012141 | + | West Penn Hospital, 4800 Friendship Avenue, Pittsburgh, PA 15224-1793 |
| 15012143 | + | Y.C. Ho, M.D., Wood Towers, 810 Wood Street, Suite 1, Pittsburgh, PA 15221-2880 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 15012043 | + | Email/Text: EBNProcessing@afni.com | | |
| | | | Oct 14 2020 03:14:00 | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 15012051 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | | |
| | | | Oct 14 2020 03:13:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15012052 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | | |

| Record # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15038216 | + | Email/Text: bnc@atlasacq.com | Oct 14 2020 03:13:00 | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| | | | Oct 14 2020 03:13:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 15036473 | | Email/Text: kburkley@bernsteinlaw.com | Oct 14 2020 03:14:00 | Duquesne Light, Customer Relations Department, 411 Seventh Avenue, Pittsburgh, PA 15230 |
| 15012055 | | Email/Text: CBCSMail@CBCSNational.com | Oct 14 2020 03:14:00 | CBCS, PO Box 165025, Columbus, OH 43216 |
| 15012058 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 14 2020 03:14:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15012064 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 14 2020 03:14:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15012067 | + | Email/Text: Bankruptcy.Consumer@dish.com | Oct 14 2020 03:14:00 | Dish Network, 5701 South Santa Fe Drive, Littleton, CO 80120-1813 |
| 15036472 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 14 2020 03:14:00 | Duquense Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15052286 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 14 2020 03:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15012077 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 14 2020 03:14:00 | ER Solutions, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 15030913 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2020 03:26:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012091 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Oct 14 2020 03:15:00 | Medicredit Corp, 3620 I 70 DR SE STE C, Columbia, MO 65201-6582 |
| 15012092 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 03:14:00 | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 15012097 | + | Email/Text: egssupportservices@alorica.com | Oct 14 2020 03:14:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15012099 | | Email/Text: bankruptcy@mynycb.com | Oct 14 2020 03:12:00 | New York Community Bank, 1801 East 9th Street, Suite 200, Cleveland, OH 44114 |
| 15012095 | + | Email/Text: Bankruptcies@nragroup.com | Oct 14 2020 03:15:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15012114 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2020 03:27:42 | Portfolio, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15012117 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 14 2020 03:15:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15012118 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 14 2020 03:15:00 | Receivables Performance Management LLC, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15012120 | + | Email/Text: aplin@rmg-systems.com | Oct 14 2020 03:13:00 | Rmg Systms, Po Box 44414, Eden Prairie, MN 55344-1414 |
| 15058270 | | Email/Text: appebnmailbox@sprint.com | Oct 14 2020 03:13:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15012124 | | Email/Text: appebnmailbox@sprint.com | Oct 14 2020 03:13:00 | Sprint Nextel, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15012125 | | Email/Text: amieg@stcol.com | Oct 14 2020 03:13:00 | State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15012126 | | Email/Text: amieg@stcol.com | Oct 14 2020 03:13:00 | State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15012123 | + | Email/Text: appebnmailbox@sprint.com | Oct 14 2020 03:13:00 | Sprint, Customer Service, PO Box 8077, London, |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | KY 40742-8077 |
| 15012135 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 14 2020 03:14:00 | UPMC Presbyterian Shadyside, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15012132 | + | Email/Text: ebn@unique-mgmt.com | Oct 14 2020 03:14:00 | Unique National Collec, 119 E Maple St, Jeffersonville, IN 47130-3439 |
| 15012138 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 14 2020 03:12:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15050975 |  | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 14 2020 03:27:52 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15012139 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 14 2020 03:12:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | DITECH FINANCIAL LLC |
| cr |  | New Residential Mortgage LLC |
| cr | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| cr | *+ | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15036451 | *+ | AR Resources, 1777 Sentry Pkwy West, Blue Bell, PA 19422-2206 |
| 15036455 | * | AV Medical Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 15036444 | *+ | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 15036445 | *+ | Alexandra T. Garcia, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15036447 | * | Alle-Kiski Medical Center, 1301 Carlisle Street, ATTN: CINDY SCHAMP, Natrona Heights, PA 15065-1192 |
| 15036446 | *+ | Alle-Kiski Medical Center, PO Box 951871, Cleveland, OH 44193-0020 |
| 15036448 | * | Allegheny Radiology Associates, LT, P O Box 49, Pittsburgh, PA 15230-0049 |
| 15036449 | *+ | Alliance Cardiology Group, PC, Forest Hills Plaza, Suite 216, 21 Yost Boulevard, Pittsburgh, PA 15221-5283 |
| 15036450 | *+ | Almar Radiologists, Inc., 400 Penn Center Boulevard, Suite 555, Pittsburgh, PA 15235-5610 |
| 15036452 | *+ | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15036453 | *+ | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| 15036454 | *+ | Atg Credit, 1700 W Cortland St Ste 2, Chicago, IL 60622-1131 |
| 15051124 | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 15036456 | * | CBCS, PO Box 165025, Columbus, OH 43216 |
| 15036458 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Coll Svc Ctr, 250 Mt Lebanon Blv Suite 420, Pittsburgh, PA 15122 |
| 15036457 | *+ | Central Tax Bureau, 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051506 | *+ | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15036459 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15036460 | *+ | Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15036461 | *+ | Collection Service Center, Inc., Po Box 68, Altoona, PA 16603-0068 |
| 15036462 | *+ | Columbia House, Customer Service Center, PO Box 1114, 1400 N. Fruitridge Avenue, Terre Haute, IN 47804-1776 |
| 15036463 | *+ | Commonwealth of Pennsylvania, Department of Labor and Industry, 255 Elm Street, Oil City, PA 16301-1467 |
| 15036464 | * | Computer Credit, Inc., 640 West Fourth Street, Post Office Box 5238, Winston-Salem, NC 27113-5238 |
| 15036465 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15012065 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15036466 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15036467 | * | Delatorre Orthotics & Prosthetics, Inc., PO Box 644574, Pittsburgh, PA 15264-8574 |
| 15036469 | *+ | Dish Network, PO Box 3097, Bloomington, IL 61702-3097 |
| 15036468 | *+ | Dish Network, 5701 South Santa Fe Drive, Littleton, CO 80120-1813 |
| 15036471 | *+ | Dominion Retail, 875 Greentree Road, Parkway Center, Pittsburgh, PA 15220-3613 |
| 15036470 | *+ | Dominion Retail, Po Box 298, Pittsburgh, PA 15230-0298 |
| 15036474 | *+ | Duquesne Light, 520 East Main Street, Carnegie, PA 15106-2051 |
| 15036475 | * | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219 |

| | | |
|---|---|---|
| 15036476 | *+ | Duquesne Light Company, 708 Smithfield Street, Pittsburgh, PA 15222-3924 |
| 15036480 | *+ | ER Solutions, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 15036477 | * | Emp of Alle Kiski LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15036478 | *+ | Emp of Allegheny County LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15036479 | *+ | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive, 2nd Floor, Pittsburgh, PA 15212-5860 |
| 15036481 | *+ | Escallate LLC, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 15036482 | *+ | Forbes Regional Hospital, P.O. Box 951820, Cleveland, OH 44193-0020 |
| 15036483 | *+ | Greentree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 15036484 | * | Guardian Protection Services, PO Box 747003, Pittsburgh, PA 15274 |
| 15036485 | *+ | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15036486 | * | James R. Wood, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15036487 | *+ | Jennifer L. Cerce, Esquire, Lawrence J. Maiello, Esquire, Maiello, Brungo & Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15036488 | * | Kevin H. Buraks, Esquire, Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15036489 | *+ | Law Offices of Charles J. Hilton & Assoc, Attorneys at Law, Oakmont Station Two, 527 Cedar Way, Suite 203, Oakmont, PA 15139-2068 |
| 15036493 | *+ | MCT Cardiology Med Assoc PC, Forest Hills Plaza, 21 Yost Boulevard, Suite 216, Pittsburgh, PA 15221-5283 |
| 15036490 | *+ | Maiello, Brungo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15036491 | *+ | Maiello, Brungo, & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036492 | *+ | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 15036494 | *+ | Medicredit Corp, 3620 I 70 DR SE STE C, Columbia, MO 65201-6582 |
| 15036495 | *+ | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 15036496 | *+ | Municipality of Penn Hills, c/o Central Tax Bureau of PA, Inc., 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15036497 | * | Municipality of Penn Hills EMS, 12445 Frankstown Road, Pittsburgh, PA 15235 |
| 15036499 | * | NCO Financial, Po Box 41466, Philadelphia, PA 19101 |
| 15036500 | *+ | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15036501 | *+ | NCO Financial, 605 West Edison Road, Suite K, Mishawaka, IN 46545-8823 |
| 15036502 | *P++ | NEW YORK COMMUNITY BANK, ATTN BANKUPTCY DEPT, 1801 E 9TH ST, CLEVELAND OH 44114-3107, address filed with court:, New York Community Bank, 1801 East 9th Street, Suite 200, Cleveland, OH 44114 |
| 15036498 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15036503 | *+ | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15036505 | *+ | OHA, Po Box 643042, Pittsburgh, PA 15264-3042 |
| 15036504 | * | Oakmont Water Authority, P.O. Box 73, Oakmont, PA 15139-0073 |
| 15036506 | *+ | Orthopedic Association fo Pittsburgh, In, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15036507 | *+ | Orthopedic Association of Pittsburgh, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15036508 | *+ | Penn Credit Coporation, PO Box 988, Harrisburg, PA 17108-0988 |
| 15036509 | *+ | Penn Hills, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036510 | * | Penn Hills School District, PO Box 643834, Pittsburgh, PA 15264-3834 |
| 15036511 | *+ | Penn Hills Sewage, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036512 | *+ | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15036513 | *+ | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15036514 | *+ | Pittsburgh Ear Nose and Throat Associate, 344 Forbes Avenue, Pittsburgh, PA 15222 |
| 15036515 | * | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 15036516 | *+ | Portfolio, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15036517 | * | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 15036518 | *+ | Professional Account Management Inc., 633 West Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 15036519 | *+ | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15036520 | *+ | Receivables Performance Management LLC, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15036521 | * | Revenue Cycle Solutions, Inc., P.O. Box 94609, Cleveland, OH 44101-4609 |
| 15036522 | *+ | Rmg Systms, Po Box 44414, Eden Prairie, MN 55344-1414 |
| 15036523 | *+ | S&T Bank, P.O. Box 190, Indiana, PA 15701-0190 |
| 15036527 | *P++ | SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949, address filed with court:, Sprint Nextel, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15036528 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15036529 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15036525 | *+ | Security Credit Systems, PO Box 846, Buffalo, NY 14240-0846 |
| 15036526 | *+ | Sprint, Customer Service, PO Box 8077, London, KY 40742-8077 |
| 15036530 | * | Target, Retailers National Bank, P.O. Box 59231, Minneapolis, MN 55459-0231 |
| 15036531 | * | Target National Bank, PO BOX 59231, Minneapolis, MN 55459-0231 |
| 15036533 | * | The Municipal Authority of the, Borough of Oakmont, Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036535 | *+ | The Municipal Authority of the Borough, of Oakmont Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036536 | *+ | The Western Pennsylvania Hospital, PO Box 951960, Cleveland, OH 44193-0021 |

| | | |
|---|---|---|
| 15036538 | * | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15036540 | * | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15036541 | *+ | UPMC Presbyterian Shadyside, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15036542 | * | UPMC St. Margaret, PO Box 360381, Pittsburgh, PA 15251-6381 |
| 15036537 | *+ | Unique National Collec, 119 E Maple St, Jeffersonville, IN 47130-3439 |
| 15036543 | *+ | Vengroff, Williams, & Associates, Inc., P.O. Box 4155, Sarasota, FL 34230-4155 |
| 15036544 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15036545 | *+ | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |
| 15036548 | *+ | WPAHS, P.O. Box 6770, Pittsburgh, PA 15212-0770 |
| 15036546 | *+ | West Penn Forbes Campus, P.O. Box 73542, Cleveland, OH 44193-0002 |
| 15036547 | *+ | West Penn Hospital, 4800 Friendship Avenue, Pittsburgh, PA 15224-1793 |
| 15036549 | *+ | Y.C. Ho, M.D., Wood Towers, 810 Wood Street, Suite 1, Pittsburgh, PA 15221-2880 |
| 15012060 | ##+ | Collection Service Center, Inc., Po Box 68, Altoona, PA 16603-0068 |
| 15012105 | ##+ | Penn Credit Coporation, PO Box 988, Harrisburg, PA 17108-0988 |
| 15012122 | ##+ | Security Credit Systems, PO Box 846, Buffalo, NY 14240-0846 |
| jdb | *+ | Helen L. Cain, 6833 Saltsburg Road, Pittsburgh, PA 15235-2231 |

TOTAL: 2 Undeliverable, 109 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

James R. Wood
on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

James R. Wood
on behalf of Creditor City of New Castle jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Richard Cain Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

District/off: 0315-2 User: hthu Page 7 of 7
Date Rcvd: Oct 13, 2020 Form ID: 213 Total Noticed: 117
TOTAL: 10