**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard Cain Sr.**
**Helen L. Cain**
**aka Helen L. DeMocko**
    Debtor(s)

Bankruptcy Case No.: 19−21025−GLT
Issued Per 6/25/2020 Proceeding
Chapter: 13
Docket No.: 85 − 69
Concil. Conf.: January 21, 2021 at 10:00 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.)  PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 18, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $1,260.00 as of July, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☑  B.    The length of the Plan is increased to a total of 84 months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jan. 21, 2021 at 10:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 14 of Ditech with payment changes of record .

☑  H.    Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

Penn Hills Sewage Claim No. 10 governs at the modified terms of the plan.

Peoples Gas to be paid per order of 2/19/20.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.      Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.      Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.      Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.      Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)   *IT IS FURTHER ORDERED THAT:***

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 14, 2020

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 19-21025-GLT

Richard Cain    Chapter 13

Helen L. Cain
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 7

Date Rcvd: Oct 14, 2020    Form ID: 149    Total Noticed: 117

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Cain, Sr., Helen L. Cain, 6833 Saltsburg Road, Pittsburgh, PA 15235-2231 |
| cr | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15012050 | + | AR Resources, 1777 Sentry Pkwy West, Blue Bell, PA 19422-2206 |
| 15012054 | | AV Medical Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 15012044 | + | Alexandra T. Garcia, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15012046 | | Alle-Kiski Medical Center, 1301 Carlisle Street, ATTN: CINDY SCHAMP, Natrona Heights, PA 15065-1192 |
| 15012045 | + | Alle-Kiski Medical Center, P.O. Box 951871, Cleveland, OH 44193-0020 |
| 15012047 | | Allegheny Radiology Associates, LT, P O Box 49, Pittsburgh, PA 15230-0049 |
| 15012048 | + | Alliance Cardiology Group, PC, Forest Hills Plaza, Suite 216, 21 Yost Boulevard, Pittsburgh, PA 15221-5283 |
| 15012049 | + | Almar Radiologists, Inc., 400 Penn Center Boulevard, Suite 555, Pittsburgh, PA 15235-5610 |
| 15012053 | + | Atg Credit, 1700 W Cortland St Ste 2, Chicago, IL 60622-1131 |
| 15012057 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Coll Svc Ctr, 250 Mt Lebanon Blv Suite 420, Pittsburgh, PA 15122 |
| 15012056 | + | Central Tax Bureau, 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051505 | + | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15012059 | + | Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15012061 | + | Columbia House, Customer Service Center, PO Box 1114, 1400 N. Fruitridge Avenue, Terre Haute, IN 47804-1776 |
| 15012062 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, 255 Elm Street, Oil City, PA 16301-1467 |
| 15012063 | | Computer Credit, Inc., 640 West Fourth Street, Post Office Box 5238, Winston-Salem, NC 27113-5238 |
| 15012066 | | Delatorre Orthotics & Prosthetics, Inc., PO Box 644574, Pittsburgh, PA 15264-8574 |
| 15012068 | + | Dish Network, PO Box 3097, Bloomington, IL 61702-3097 |
| 15058281 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15012070 | + | Dominion Retail, 875 Greentree Road, Parkway Center, Pittsburgh, PA 15220-3613 |
| 15012069 | + | Dominion Retail, Po Box 298, Pittsburgh, PA 15230-0298 |
| 15012071 | + | Duquesne Light, 520 East Main Street, Carnegie, PA 15106-2051 |
| 15012072 | | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219 |
| 15012073 | + | Duquesne Light Company, 708 Smithfield Street, Pittsburgh, PA 15222-3924 |
| 15012074 | | Emp of Alle Kiski LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15012075 | + | Emp of Allegheny County LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15012076 | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive, 2nd Floor, Pittsburgh, PA 15212-5860 |
| 15012078 | #+ | Escallate LLC, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 15012079 | + | Forbes Regional Hospital, P.O. Box 951820, Cleveland, OH 44193-0020 |
| 15012080 | + | Greentree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 15012081 | | Guardian Protection Services, PO Box 747003, Pittsburgh, PA 15274 |
| 15012082 | + | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15012083 | | James R. Wood, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15012084 | + | Jennifer L. Cerce, Esquire, Lawrence J. Maiello, Esquire, Maiello, Brungo & Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012085 | | Kevin H. Buraks, Esquire, Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15012086 | + | Law Offices of Charles J. Hilton & Assoc, Attorneys at Law, Oakmont Station Two, 527 Cedar Way, Suite 203, Oakmont, PA 15139-2068 |

District/off: 0315-2                              User: dbas                                    Page 2 of 7
Date Rcvd: Oct 14, 2020                           Form ID: 149                                  Total Noticed: 117

| 15012090 | + | MCT Cardiology Med Assoc PC, Forest Hills Plaza, 21 Yost Boulevard, Suite 216, Pittsburgh, PA 15221-5283 |
|---|---|---|
| 15012087 | + | Maiello, Brungo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012088 | + | Maiello, Brungo, & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012089 | + | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 15051504 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15012093 | + | Municipality of Penn Hills, c/o Central Tax Bureau of PA, Inc., 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15012094 | | Municipality of Penn Hills EMS, 12445 Frankstown Road, Pittsburgh, PA 15235 |
| 15012096 | | NCO Financial, Po Box 41466, Philadelphia, PA 19101 |
| 15012098 | + | NCO Financial, 605 West Edison Road, Suite K, Mishawaka, IN 46545-8823 |
| 15184837 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15012100 | + | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15012102 | + | OHA, Po Box 643042, Pittsburgh, PA 15264-3042 |
| 15012101 | + | Oakmont Water Authority, P.O. Box 73, Oakmont, PA 15139-0073 |
| 15012103 | + | Orthopedic Association fo Pittsburgh, In, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15012104 | + | Orthopedic Association of Pittsburgh, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15012106 | + | Penn Hills, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012108 | + | Penn Hills School District, c/o Maiello Brungo and Maiello, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012107 | | Penn Hills School District, PO Box 643834, Pittsburgh, PA 15264-3834 |
| 15012109 | + | Penn Hills Sewage, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012110 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15031176 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15012111 | + | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15012112 | + | Pittsburgh Ear Nose and Throat Associate, 344 Forbes Avenue, Pittsburgh, PA 15222 |
| 15012113 | | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 15012115 | | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 15012116 | + | Professional Account Management Inc., 633 West Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 15012119 | | Revenue Cycle Solutions, Inc., P.O. Box 94609, Cleveland, OH 44101-4609 |
| 15012121 | + | S&T Bank, P.O. Box 190, Indiana, PA 15701-0190 |
| 15036524 | + | S. James Wallace, Esq., Attorney for Peoples Natural Gas, 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15012125 | ++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314 address filed with court:, State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15012126 | ++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314 address filed with court:, State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15012127 | | Target, Retailers National Bank, P.O. Box 59231, Minneapolis, MN 55459-0231 |
| 15012128 | | Target National Bank, PO BOX 59231, Minneapolis, MN 55459-0231 |
| 15036532 | + | The Municipal Authority Of Oakmont, 721 Allegheny Ave, Oakmont, PA 15139-1901 |
| 15012129 | | The Municipal Authority of the, Borough of Oakmont, Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036534 | + | The Municipal Authority of the, Borough of Oakmont Water Department, 721 Allegheny Avenue, Oakmont, PA 15139-1901 |
| 15012130 | + | The Municipal Authority of the Borough of, Oakmont Water Department, 44 Clinton Street, Greenville, PA 16125-2281 |
| 15012131 | + | The Western Pennsylvania Hospital, PO Box 951960, Cleveland, OH 44193-0021 |
| 15012133 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15036539 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15046958 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15046957 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012134 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15012136 | | UPMC St. Margaret, PO Box 360381, Pittsburgh, PA 15251-6381 |
| 15012137 | + | Vengroff, Williams, & Associates, Inc., P.O. Box 4155, Sarasota, FL 34230-4155 |
| 15012142 | + | WPAHS, P.O. Box 6770, Pittsburgh, PA 15212-0770 |
| 15012140 | + | West Penn Forbes Campus, P.O. Box 73542, Cleveland, OH 44193-0002 |
| 15012141 | + | West Penn Hospital, 4800 Friendship Avenue, Pittsburgh, PA 15224-1793 |
| 15012143 | + | Y.C. Ho, M.D., Wood Towers, 810 Wood Street, Suite 1, Pittsburgh, PA 15221-2880 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15012043 | + | Email/Text: EBNProcessing@afni.com | | |
| | | | Oct 15 2020 03:54:00 | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 15012051 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | | |
| | | | Oct 15 2020 03:54:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15012052 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | | |

District/off: 0315-2                                    User: dbas                                    Page 3 of 7
Date Rcvd: Oct 14, 2020                            Form ID: 149                              Total Noticed: 117

|  |  |  | Oct 15 2020 03:54:00 | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| 15038216 | + | Email/Text: bnc@atlasacq.com | Oct 15 2020 03:42:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 15036473 |  | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2020 03:55:00 | Duquesne Light, Customer Relations Department, 411 Seventh Avenue, Pittsburgh, PA 15230 |
| 15012055 |  | Email/Text: CBCSMail@CBCSNational.com | Oct 15 2020 03:54:00 | CBCS, PO Box 165025, Columbus, OH 43216 |
| 15012058 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 15 2020 03:54:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15012064 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 15 2020 03:54:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15012067 | + | Email/Text: Bankruptcy.Consumer@dish.com | Oct 15 2020 03:54:00 | Dish Network, 5701 South Santa Fe Drive, Littleton, CO 80120-1813 |
| 15036472 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2020 03:55:00 | Duquesne Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15052286 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2020 03:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15012077 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 15 2020 03:54:00 | ER Solutions, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 15030913 |  | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 02:23:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012091 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Oct 15 2020 03:55:00 | Medicredit Corp, 3620 I 70 DR SE STE C, Columbia, MO 65201-6582 |
| 15012092 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2020 03:54:00 | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 15012097 | + | Email/Text: egssupportservices@alorica.com | Oct 15 2020 03:54:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15012099 |  | Email/Text: bankruptcy@mynycb.com | Oct 15 2020 03:41:00 | New York Community Bank, 1801 East 9th Street, Suite 200, Cleveland, OH 44114 |
| 15012095 | + | Email/Text: Bankruptcies@nragroup.com | Oct 15 2020 03:55:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15012114 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2020 02:21:53 | Portfolio, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15012117 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 15 2020 03:55:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15012118 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 15 2020 03:55:00 | Receivables Performance Management LLC, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15012120 | + | Email/Text: aplin@rmg-systems.com | Oct 15 2020 03:41:00 | Rmg Systms, Po Box 44414, Eden Prairie, MN 55344-1414 |
| 15058270 |  | Email/Text: appebnmailbox@sprint.com | Oct 15 2020 03:54:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15012124 |  | Email/Text: appebnmailbox@sprint.com | Oct 15 2020 03:54:00 | Sprint Nextel, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15012125 |  | Email/Text: amieg@stcol.com | Oct 15 2020 03:42:00 | State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15012126 |  | Email/Text: amieg@stcol.com | Oct 15 2020 03:42:00 | State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15012123 | + | Email/Text: appebnmailbox@sprint.com | Oct 15 2020 03:54:00 | Sprint, Customer Service, PO Box 8077, London, |

District/off: 0315-2 | User: dbas | Page 4 of 7
Date Rcvd: Oct 14, 2020 | Form ID: 149 | Total Noticed: 117

|  |  |  |  | KY 40742-8077 |
|---|---|---|---|---|
| 15012135 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
|  |  |  | Oct 15 2020 03:55:00 | UPMC Presbyterian Shadyside, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15012132 | + | Email/Text: ebn@unique-mgmt.com | | |
|  |  |  | Oct 15 2020 03:55:00 | Unique National Collec, 119 E Maple St, Jeffersonville, IN 47130-3439 |
| 15012138 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  |  | Oct 15 2020 03:41:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15050975 |  | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
|  |  |  | Oct 15 2020 02:22:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15012139 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  |  | Oct 15 2020 03:41:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | DITECH FINANCIAL LLC |
| cr |  | New Residential Mortgage LLC |
| cr | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| cr | *+ | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15036451 | *+ | AR Resources, 1777 Sentry Pkwy West, Blue Bell, PA 19422-2206 |
| 15036455 | * | AV Medical Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 15036444 | *+ | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 15036445 | *+ | Alexandra T. Garcia, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15036447 | * | Alle-Kiski Medical Center, 1301 Carlisle Street, ATTN: CINDY SCHAMP, Natrona Heights, PA 15065-1192 |
| 15036446 | *+ | Alle-Kiski Medical Center, PO Box 951871, Cleveland, OH 44193-0020 |
| 15036448 | * | Allegheny Radiology Associates, LT, P O Box 49, Pittsburgh, PA 15230-0049 |
| 15036449 | *+ | Alliance Cardiology Group, PC, Forest Hills Plaza, Suite 216, 21 Yost Boulevard, Pittsburgh, PA 15221-5283 |
| 15036450 | *+ | Almar Radiologists, Inc., 400 Penn Center Boulevard, Suite 555, Pittsburgh, PA 15235-5610 |
| 15036452 | *+ | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15036453 | *+ | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| 15036454 | *+ | Atg Credit, 1700 W Cortland St Ste 2, Chicago, IL 60622-1131 |
| 15051124 | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 15036456 | * | CBCS, PO Box 165025, Columbus, OH 43216 |
| 15036458 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Coll Svc Ctr, 250 Mt Lebanon Blv Suite 420, Pittsburgh, PA 15122 |
| 15036457 | *+ | Central Tax Bureau, 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051506 | *+ | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15036459 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15036460 | *+ | Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15036461 | *+ | Collection Service Center, Inc., Po Box 68, Altoona, PA 16603-0068 |
| 15036462 | *+ | Columbia House, Customer Service Center, PO Box 1114, 1400 N. Fruitridge Avenue, Terre Haute, IN 47804-1776 |
| 15036463 | *+ | Commonwealth of Pennsylvania, Department of Labor and Industry, 255 Elm Street, Oil City, PA 16301-1467 |
| 15036464 | * | Computer Credit, Inc., 640 West Fourth Street, Post Office Box 5238, Winston-Salem, NC 27113-5238 |
| 15036465 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15012065 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15036466 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15036467 | * | Delatorre Orthotics & Prosthetics, Inc., PO Box 644574, Pittsburgh, PA 15264-8574 |
| 15036469 | *+ | Dish Network, PO Box 3097, Bloomington, IL 61702-3097 |
| 15036468 | *+ | Dish Network, 5701 South Santa Fe Drive, Littleton, CO 80120-1813 |
| 15036471 | *+ | Dominion Retail, 875 Greentree Road, Parkway Center, Pittsburgh, PA 15220-3613 |
| 15036470 | *+ | Dominion Retail, Po Box 298, Pittsburgh, PA 15230-0298 |
| 15036474 | *+ | Duquesne Light, 520 East Main Street, Carnegie, PA 15106-2051 |
| 15036475 | * | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219 |

District/off: 0315-2                                    User: dbas                                    Page 5 of 7
Date Rcvd: Oct 14, 2020                                Form ID: 149                                  Total Noticed: 117

| | | |
|---|---|---|
| 15036476 | *+ | Duquesne Light Company, 708 Smithfield Street, Pittsburgh, PA 15222-3924 |
| 15036480 | *+ | ER Solutions, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 15036477 | * | Emp of Alle Kiski LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15036478 | *+ | Emp of Allegheny County LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15036479 | *+ | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive, 2nd Floor, Pittsburgh, PA 15212-5860 |
| 15036481 | *+ | Escallate LLC, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 15036482 | *+ | Forbes Regional Hospital, P.O. Box 951820, Cleveland, OH 44193-0020 |
| 15036483 | *+ | Greentree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 15036484 | * | Guardian Protection Services, PO Box 747003, Pittsburgh, PA 15274 |
| 15036485 | *+ | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15036486 | * | James R. Wood, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15036487 | *+ | Jennifer L. Cerce, Esquire, Lawrence J. Maiello, Esquire, Maiello, Brungo & Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15036488 | * | Kevin H. Buraks, Esquire, Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15036489 | *+ | Law Offices of Charles J. Hilton & Assoc, Attorneys at Law, Oakmont Station Two, 527 Cedar Way, Suite 203, Oakmont, PA 15139-2068 |
| 15036493 | *+ | MCT Cardiology Med Assoc PC, Forest Hills Plaza, 21 Yost Boulevard, Suite 216, Pittsburgh, PA 15221-5283 |
| 15036490 | *+ | Maiello, Brungo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15036491 | *+ | Maiello, Brungo, & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036492 | *+ | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 15036494 | *+ | Medicredit Corp, 3620 I 70 DR SE STE C, Columbia, MO 65201-6582 |
| 15036495 | *+ | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 15036496 | *+ | Municipality of Penn Hills, c/o Central Tax Bureau of PA, Inc., 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15036497 | * | Municipality of Penn Hills EMS, 12445 Frankstown Road, Pittsburgh, PA 15235 |
| 15036499 | * | NCO Financial, Po Box 41466, Philadelphia, PA 19101 |
| 15036500 | *+ | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15036501 | *+ | NCO Financial, 605 West Edison Road, Suite K, Mishawaka, IN 46545-8823 |
| 15036502 | *P++ | NEW YORK COMMUNITY BANK, ATTN BANKUPTCY DEPT, 1801 E 9TH ST, CLEVELAND OH 44114-3107, address filed with court:, New York Community Bank, 1801 East 9th Street, Suite 200, Cleveland, OH 44114 |
| 15036498 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15036503 | *+ | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15036505 | *+ | OHA, Po Box 643042, Pittsburgh, PA 15264-3042 |
| 15036504 | * | Oakmont Water Authority, P.O. Box 73, Oakmont, PA 15139-0073 |
| 15036506 | *+ | Orthopedic Association fo Pittsburgh, In, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15036507 | *+ | Orthopedic Association of Pittsburgh, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15036508 | *+ | Penn Credit Coporation, PO Box 988, Harrisburg, PA 17108-0988 |
| 15036509 | *+ | Penn Hills, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036510 | * | Penn Hills School District, PO Box 643834, Pittsburgh, PA 15264-3834 |
| 15036511 | *+ | Penn Hills Sewage, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036512 | *+ | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15036513 | *+ | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15036514 | *+ | Pittsburgh Ear Nose and Throat Associate, 344 Forbes Avenue, Pittsburgh, PA 15222 |
| 15036515 | * | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 15036516 | *+ | Portfolio, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15036517 | * | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 15036518 | *+ | Professional Account Management Inc., 633 West Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 15036519 | *+ | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15036520 | *+ | Receivables Performance Management LLC, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15036521 | * | Revenue Cycle Solutions, Inc., P.O. Box 94609, Cleveland, OH 44101-4609 |
| 15036522 | *+ | Rmg Systms, Po Box 44414, Eden Prairie, MN 55344-1414 |
| 15036523 | *+ | S&T Bank, P.O. Box 190, Indiana, PA 15701-0190 |
| 15036527 | *P++ | SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949, address filed with court:, Sprint Nextel, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15036528 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15036529 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15036525 | *+ | Security Credit Systems, PO Box 846, Buffalo, NY 14240-0846 |
| 15036526 | *+ | Sprint, Customer Service, PO Box 8077, London, KY 40742-8077 |
| 15036530 | * | Target, Retailers National Bank, P.O. Box 59231, Minneapolis, MN 55459-0231 |
| 15036531 | * | Target National Bank, PO BOX 59231, Minneapolis, MN 55459-0231 |
| 15036533 | * | The Municipal Authority of the, Borough of Oakmont, Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036535 | *+ | The Municipal Authority of the Borough, of Oakmont Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036536 | *+ | The Western Pennsylvania Hospital, PO Box 951960, Cleveland, OH 44193-0021 |

District/off: 0315-2

Date Rcvd: Oct 14, 2020

User: dbas

Form ID: 149

Page 6 of 7

Total Noticed: 117

| 15036538 | * | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15036540 | * | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15036541 | *+ | UPMC Presbyterian Shadyside, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15036542 | * | UPMC St. Margaret, PO Box 360381, Pittsburgh, PA 15251-6381 |
| 15036537 | *+ | Unique National Collec, 119 E Maple St, Jeffersonville, IN 47130-3439 |
| 15036543 | *+ | Vengroff, Williams, & Associates, Inc., P.O. Box 4155, Sarasota, FL 34230-4155 |
| 15036544 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15036545 | *+ | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |
| 15036548 | *+ | WPAHS, P.O. Box 6770, Pittsburgh, PA 15212-0770 |
| 15036546 | *+ | West Penn Forbes Campus, P.O. Box 73542, Cleveland, OH 44193-0002 |
| 15036547 | *+ | West Penn Hospital, 4800 Friendship Avenue, Pittsburgh, PA 15224-1793 |
| 15036549 | *+ | Y.C. Ho, M.D., Wood Towers, 810 Wood Street, Suite 1, Pittsburgh, PA 15221-2880 |
| 15012060 | ##+ | Collection Service Center, Inc., Po Box 68, Altoona, PA 16603-0068 |
| 15012105 | ##+ | Penn Credit Coporation, PO Box 988, Harrisburg, PA 17108-0988 |
| 15012122 | ##+ | Security Credit Systems, PO Box 846, Buffalo, NY 14240-0846 |
| jdb | *+ | Helen L. Cain, 6833 Saltsburg Road, Pittsburgh, PA 15235-2231 |

TOTAL: 2 Undeliverable, 109 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com  jwood@ecf.inforupcy.com |
| James R. Wood | on behalf of Creditor City of New Castle jwood@portnoffonline.com  jwood@ecf.inforupcy.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Richard Cain  Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

District/off: 0315-2                          User: dbas                                Page 7 of 7
Date Rcvd: Oct 14, 2020                        Form ID: 149                        Total Noticed: 117
TOTAL: 10