Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard Cain Sr.** | : | Case No. 19−21025−GLT |
| **Helen L. Cain** | : | Chapter: 13 |
| **aka Helen L. DeMocko** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 83 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 5th of January, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21025-GLT |
| Richard Cain | Chapter 13 |
| Helen L. Cain | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 7 |
| Date Rcvd: Jan 05, 2021 | Form ID: 309 | Total Noticed: 120 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Cain, Sr., Helen L. Cain, 6833 Saltsburg Road, Pittsburgh, PA 15235-2231 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15012050 | + | AR Resources, 1777 Sentry Pkwy West, Blue Bell, PA 19422-2206 |
| 15012054 | | AV Medical Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 15012044 | + | Alexandra T. Garcia, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15012046 | | Alle-Kiski Medical Center, 1301 Carlisle Street, ATTN: CINDY SCHAMP, Natrona Heights, PA 15065-1192 |
| 15012045 | + | Alle-Kiski Medical Center, PO Box 951871, Cleveland, OH 44193-0020 |
| 15012047 | | Allegheny Radiology Associates, LT, P O Box 49, Pittsburgh, PA 15230-0049 |
| 15012048 | + | Alliance Cardiology Group, PC, Forest Hills Plaza, Suite 216, 21 Yost Boulevard, Pittsburgh, PA 15221-5283 |
| 15012049 | + | Almar Radiologists, Inc., 400 Penn Center Boulevard, Suite 555, Pittsburgh, PA 15235-5610 |
| 15012053 | + | Atg Credit, 1700 W Cortland St Ste 2, Chicago, IL 60622-1131 |
| 15012057 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Coll Svc Ctr, 250 Mt Lebanon Blv Suite 420, Pittsburgh, PA 15122 |
| 15012056 | + | Central Tax Bureau, 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051505 | + | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15012059 | + | Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15012060 | + | Collection Service Center, Inc., Po Box 68, Altoona, PA 16603-0068 |
| 15012061 | + | Columbia House, Customer Service Center, PO Box 1114, 1400 N. Fruitridge Avenue, Terre Haute, IN 47804-1776 |
| 15012062 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, 255 Elm Street, Oil City, PA 16301-1467 |
| 15012063 | | Computer Credit, Inc., 640 West Fourth Street, Post Office Box 5238, Winston-Salem, NC 27113-5238 |
| 15012066 | | Delatorre Orthotics & Prosthetics, Inc., PO Box 644574, Pittsburgh, PA 15264-8574 |
| 15012068 | + | Dish Network, PO Box 3097, Bloomington, IL 61702-3097 |
| 15058281 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15012070 | + | Dominion Retail, 875 Greentree Road, Parkway Center, Pittsburgh, PA 15220-3613 |
| 15012069 | + | Dominion Retail, Po Box 298, Pittsburgh, PA 15230-0298 |
| 15012071 | + | Duquesne Light, 520 East Main Street, Carnegie, PA 15106-2051 |
| 15012072 | | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219 |
| 15012073 | + | Duquesne Light Company, 708 Smithfield Street, Pittsburgh, PA 15222-3924 |
| 15012074 | | Emp of Alle Kiski LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15012075 | + | Emp of Allegheny County LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15012076 | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive, 2nd Floor, Pittsburgh, PA 15212-5860 |
| 15012078 | #+ | Escallate LLC, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 15012079 | + | Forbes Regional Hospital, P.O. Box 951820, Cleveland, OH 44193-0020 |
| 15012080 | + | Greentree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 15012081 | | Guardian Protection Services, PO Box 747003, Pittsburgh, PA 15274 |
| 15012083 | | James R. Wood, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15012084 | + | Jennifer L. Cerce, Esquire, Lawrence J. Maiello, Esquire, Maiello, Brungo & Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012085 | | Kevin H. Buraks, Esquire, Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |

Case 19-21025-GLT    Doc 91    Filed 01/07/21    Entered 01/08/21 00:47:25    Desc Imaged
                              Certificate of Notice    Page 3 of 8

| District/off: 0315-2 | User: dbas | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 309 | Total Noticed: 120 |

| | | |
|---|---|---|
| 15012086 | + | Law Offices of Charles J. Hilton & Assoc, Attorneys at Law, Oakmont Station Two, 527 Cedar Way, Suite 203, Oakmont, PA 15139-2068 |
| 15012090 | + | MCT Cardiology Med Assoc PC, Forest Hills Plaza, 21 Yost Boulevard, Suite 216, Pittsburgh, PA 15221-5283 |
| 15012087 | + | Maiello, Brungo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012088 | + | Maiello, Brungo, & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012089 | + | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 15012093 | + | Municipality of Penn Hills, c/o Central Tax Bureau of PA, Inc., 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051504 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15012094 | | Municipality of Penn Hills EMS, 12445 Frankstown Road, Pittsburgh, PA 15235 |
| 15012096 | | NCO Financial, Po Box 41466, Philadelphia, PA 19101 |
| 15012098 | + | NCO Financial, 605 West Edison Road, Suite K, Mishawaka, IN 46545-8823 |
| 15184837 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15012100 | + | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15012102 | + | OHA, Po Box 643042, Pittsburgh, PA 15264-3042 |
| 15012101 | + | Oakmont Water Authority, P.O. Box 73, Oakmont, PA 15139-0073 |
| 15012103 | + | Orthopedic Association fo Pittsburgh, In, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15012104 | + | Orthopedic Association of Pittsburgh, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15012106 | + | Penn Hills, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012108 | + | Penn Hills School District, c/o Maiello Brungo and Maiello, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15012107 | | Penn Hills School District, PO Box 643834, Pittsburgh, PA 15264-3834 |
| 15012109 | + | Penn Hills Sewage, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15012110 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15031176 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15012111 | + | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15012112 | + | Pittsburgh Ear Nose and Throat Associate, 344 Forbes Avenue, Pittsburgh, PA 15222 |
| 15012113 | | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 15012115 | | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 15012116 | + | Professional Account Management Inc., 633 West Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 15012119 | | Revenue Cycle Solutions, Inc., P.O. Box 94609, Cleveland, OH 44101-4609 |
| 15012120 | + | Rmg Systms, Po Box 44414, Eden Prairie, MN 55344-1414 |
| 15012121 | + | S&T Bank, P.O. Box 190, Indiana, PA 15701-0190 |
| 15036524 | + | S. James Wallace, Esq., Attorney for Peoples Natural Gas, 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15036532 | + | The Municipal Authority Of Oakmont, 721 Allegheny Ave, Oakmont, PA 15139-1901 |
| 15012129 | | The Municipal Authority of the, Borough of Oakmont, Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036534 | + | The Municipal Authority of the Borough, of Oakmont Water Department, 721 Allegheny Avenue, Oakmont, PA 15139-1901 |
| 15012130 | + | The Municipal Authority of the Borough, of Oakmont Water Department, 44 Clinton Street, Greenville, PA 16125-2281 |
| 15012131 | + | The Western Pennsylvania Hospital, PO Box 951960, Cleveland, OH 44193-0021 |
| 15012133 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15046958 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15036539 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15012134 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15046957 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012136 | | UPMC St. Margaret, PO Box 360381, Pittsburgh, PA 15251-6381 |
| 15012137 | + | Vengroff, Williams, & Associates, Inc., P.O. Box 4155, Sarasota, FL 34230-4155 |
| 15012142 | + | WPAHS, P.O. Box 6770, Pittsburgh, PA 15212-0770 |
| 15012140 | + | West Penn Forbes Campus, P.O. Box 73542, Cleveland, OH 44193-0002 |
| 15012141 | + | West Penn Hospital, 4800 Friendship Avenue, Pittsburgh, PA 15224-1793 |
| 15012143 | + | Y.C. Ho, M.D., Wood Towers, 810 Wood Street, Suite 1, Pittsburgh, PA 15221-2880 |

TOTAL: 85

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| cr | EDI: ATLASACQU | Jan 06 2021 05:48:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15038216 | EDI: ATLASACQU | Jan 06 2021 05:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15012043 | + EDI: AFNIRECOVERY.COM | Jan 06 2021 05:48:00 | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 15012051 | + EDI: ACCE.COM | Jan 06 2021 05:48:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |

Case 19-21025-GLT    Doc 91    Filed 01/07/21    Entered 01/08/21 00:47:25    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0315-2 | User: dbas | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 309 | Total Noticed: 120 |

| | | | | |
|---|---|---|---|---|
| 15012052 | + | EDI: ACCE.COM | Jan 06 2021 05:48:00 | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| 15036473 | | Email/Text: kburkley@bernsteinlaw.com | Jan 06 2021 02:42:00 | Duquesne Light, Customer Relations Department, 411 Seventh Avenue, Pittsburgh, PA 15230 |
| 15012055 | | EDI: CBCSI.COM | Jan 06 2021 05:48:00 | CBCS, PO Box 165025, Columbus, OH 43216 |
| 15012058 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 06 2021 02:42:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15012064 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 06 2021 02:42:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15012067 | + | EDI: ESSL.COM | Jan 06 2021 05:48:00 | Dish Network, 5701 South Santa Fe Drive, Littleton, CO 80120-1813 |
| 15036472 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 06 2021 02:42:00 | Duquesne Light Company, c/o Keri P. Ebeck Bernstien & Burkley PC, 707 Grant Street Ste. 2200, Pittsburgh, PA 15219-1945 |
| 15052286 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 06 2021 02:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15012077 | + | EDI: CONVERGENT.COM | Jan 06 2021 05:48:00 | ER Solutions, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 15012082 | + | EDI: IIC9.COM | Jan 06 2021 05:48:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15030913 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:16:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012091 | + | EDI: PARALONMEDCREDT | Jan 06 2021 05:48:00 | Medicredit Corp, 3620 I 70 DR SE STE C, Columbia, MO 65201-6582 |
| 15012092 | + | EDI: MID8.COM | Jan 06 2021 05:48:00 | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 15012097 | + | Email/Text: egssupportservices@alorica.com | Jan 06 2021 02:42:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15012099 | | Email/Text: bankruptcy@mynycb.com | Jan 06 2021 02:40:00 | New York Community Bank, 1801 East 9th Street, Suite 200, Cleveland, OH 44114 |
| 15012095 | + | Email/Text: Bankruptcies@nragroup.com | Jan 06 2021 02:42:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15012114 | + | EDI: PRA.COM | Jan 06 2021 05:48:00 | Portfolio, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15012117 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 06 2021 02:42:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15012118 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 06 2021 02:42:00 | Receivables Performance Management LLC, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15058270 | | EDI: NEXTEL.COM | Jan 06 2021 05:48:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15012124 | | EDI: NEXTEL.COM | Jan 06 2021 05:48:00 | Sprint Nextel, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15012125 | | Email/Text: amieg@stcol.com | Jan 06 2021 02:40:00 | State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15012126 | | Email/Text: amieg@stcol.com | Jan 06 2021 02:40:00 | State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15012123 | + | EDI: NEXTEL.COM | Jan 06 2021 05:48:00 | Sprint, Customer Service, PO Box 8077, London, KY 40742-8077 |
| 15012127 | | EDI: WTRRNBANK.COM | | |

Case 19-21025-GLT    Doc 91    Filed 01/07/21    Entered 01/08/21 00:47:25    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: dbas | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 309 | Total Noticed: 120 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 06 2021 05:48:00 | Target, Retailers National Bank, P.O. Box 59231, Minneapolis, MN 55459-0231 |
| 15012128 | | EDI: WTRRNBANK.COM | | |
| | | | Jan 06 2021 05:48:00 | Target National Bank, PO BOX 59231, Minneapolis, MN 55459-0231 |
| 15012135 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Jan 06 2021 02:42:00 | UPMC Presbyterian Shadyside, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15012132 | + | Email/Text: ebn@unique-mgmt.com | | |
| | | | Jan 06 2021 02:42:00 | Unique National Collec, 119 E Maple St, Jeffersonville, IN 47130-3439 |
| 15012138 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jan 06 2021 05:43:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15050975 | | EDI: AIS.COM | | |
| | | | Jan 06 2021 05:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15012139 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jan 06 2021 05:43:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15036451 | *+ | AR Resources, 1777 Sentry Pkwy West, Blue Bell, PA 19422-2206 |
| 15051124 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15036455 | * | AV Medical Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 15036444 | *+ | Afni, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 15036445 | *+ | Alexandra T. Garcia, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15036447 | * | Alle-Kiski Medical Center, 1301 Carlisle Street, ATTN: CINDY SCHAMP, Natrona Heights, PA 15065-1192 |
| 15036446 | *+ | Alle-Kiski Medical Center, PO Box 951871, Cleveland, OH 44193-0020 |
| 15036448 | * | Allegheny Radiology Associates, LT, P O Box 49, Pittsburgh, PA 15230-0049 |
| 15036449 | *+ | Alliance Cardiology Group, PC, Forest Hills Plaza, Suite 216, 21 Yost Boulevard, Pittsburgh, PA 15221-5283 |
| 15036450 | *+ | Almar Radiologists, Inc., 400 Penn Center Boulevard, Suite 555, Pittsburgh, PA 15235-5610 |
| 15036452 | *+ | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15036453 | *+ | Asset Acceptance Llc, Po Box 1630, Warren, MI 48090-1630 |
| 15036454 | *+ | Atg Credit, 1700 W Cortland St Ste 2, Chicago, IL 60622-1131 |
| 15036456 | * | CBCS, PO Box 165025, Columbus, OH 43216 |
| 15036458 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Coll Svc Ctr, 250 Mt Lebanon Blv Suite 420, Pittsburgh, PA 15122 |
| 15036457 | *+ | Central Tax Bureau, 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15051506 | *+ | City of New Castle, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15036459 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15036460 | *+ | Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15036461 | *+ | Collection Service Center, Inc., Po Box 68, Altoona, PA 16603-0068 |
| 15036462 | *+ | Columbia House, Customer Service Center, PO Box 1114, 1400 N. Fruitridge Avenue, Terre Haute, IN 47804-1776 |
| 15036463 | *+ | Commonwealth of Pennsylvania, Department of Labor and Industry, 255 Elm Street, Oil City, PA 16301-1467 |
| 15036464 | * | Computer Credit, Inc., 640 West Fourth Street, Post Office Box 5238, Winston-Salem, NC 27113-5238 |
| 15036465 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15012065 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15036466 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15036467 | * | Delatorre Orthotics & Prosthetics, Inc., PO Box 644574, Pittsburgh, PA 15264-8574 |
| 15036469 | *+ | Dish Network, PO Box 3097, Bloomington, IL 61702-3097 |
| 15036468 | *+ | Dish Network, 5701 South Santa Fe Drive, Littleton, CO 80120-1813 |
| 15036471 | *+ | Dominion Retail, 875 Greentree Road, Parkway Center, Pittsburgh, PA 15220-3613 |
| 15036470 | *+ | Dominion Retail, Po Box 298, Pittsburgh, PA 15230-0298 |

Case 19-21025-GLT    Doc 91    Filed 01/07/21    Entered 01/08/21 00:47:25    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: dbas | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 309 | Total Noticed: 120 |

| | | |
|---|---|---|
| 15036474 | *+ | Duquesne Light, 520 East Main Street, Carnegie, PA 15106-2051 |
| 15036475 | * | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219 |
| 15036476 | *+ | Duquesne Light Company, 708 Smithfield Street, Pittsburgh, PA 15222-3924 |
| 15036480 | *+ | ER Solutions, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 15036477 | * | Emp of Alle Kiski LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15036478 | *+ | Emp of Allegheny County LTD, P.O. Box 182554, Columbus, OH 43218-2554 |
| 15036479 | *+ | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive, 2nd Floor, Pittsburgh, PA 15212-5860 |
| 15036481 | *+ | Escallate LLC, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 15036482 | *+ | Forbes Regional Hospital, P.O. Box 951820, Cleveland, OH 44193-0020 |
| 15036483 | *+ | Greentree Servicing, PO Box 6172, Rapid City, SD 57709-6172 |
| 15036484 | * | Guardian Protection Services, PO Box 747003, Pittsburgh, PA 15274 |
| 15036485 | *+ | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15036486 | * | James R. Wood, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15036487 | *+ | Jennifer L. Cerce, Esquire, Lawrence J. Maiello, Esquire, Maiello, Brungo & Maiello, LLP, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15036488 | * | Kevin H. Buraks, Esquire, Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 15036489 | *+ | Law Offices of Charles J. Hilton & Assoc, Attorneys at Law, Oakmont Station Two, 527 Cedar Way, Suite 203, Oakmont, PA 15139-2068 |
| 15036493 | *+ | MCT Cardiology Med Assoc PC, Forest Hills Plaza, 21 Yost Boulevard, Suite 216, Pittsburgh, PA 15221-5283 |
| 15036490 | *+ | Maiello, Brungo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235-5137 |
| 15036491 | *+ | Maiello, Brungo, & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036492 | *+ | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 15036494 | *+ | Medicredit Corp, 3620 I 70 DR SE STE C, Columbia, MO 65201-6582 |
| 15036495 | *+ | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 15036496 | *+ | Municipality of Penn Hills, c/o Central Tax Bureau of PA, Inc., 600 West Railroad Avenue, Verona, PA 15147-1140 |
| 15036497 | * | Municipality of Penn Hills EMS, 12445 Frankstown Road, Pittsburgh, PA 15235 |
| 15036499 | * | NCO Financial, Po Box 41466, Philadelphia, PA 19101 |
| 15036500 | *+ | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15036501 | *+ | NCO Financial, 605 West Edison Road, Suite K, Mishawaka, IN 46545-8823 |
| 15036502 | *P++ | NEW YORK COMMUNITY BANK, ATTN BANKUPTCY DEPT, 1801 E 9TH ST, CLEVELAND OH 44114-3107, address filed with court:, New York Community Bank, 1801 East 9th Street, Suite 200, Cleveland, OH 44114 |
| 15036498 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15036503 | *+ | Northeast Credit & C, 960 N Main Ave, Scranton, PA 18508-2126 |
| 15036505 | *+ | OHA, Po Box 643042, Pittsburgh, PA 15264-3042 |
| 15036504 | * | Oakmont Water Authority, P.O. Box 73, Oakmont, PA 15139-0073 |
| 15036506 | *+ | Orthopedic Association fo Pittsburgh, In, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15036507 | *+ | Orthopedic Association of Pittsburgh, 2550 Mosside Boulevard, Suite 405, Monroeville, PA 15146-3533 |
| 15036508 | *+ | Penn Credit Coporation, PO Box 988, Harrisburg, PA 17108-0988 |
| 15036509 | *+ | Penn Hills, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036510 | * | Penn Hills School District, PO Box 643834, Pittsburgh, PA 15264-3834 |
| 15036511 | *+ | Penn Hills Sewage, Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15036512 | *+ | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15036513 | *+ | Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15036514 | *+ | Pittsburg Ear Nose and Throat Associate, 344 Forbes Avenue, Pittsburgh, PA 15222 |
| 15036515 | * | Pittsburgh Parking Court, P.O. Box 640, Pittsburgh, PA 15230-0640 |
| 15036516 | *+ | Portfolio, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15036517 | * | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 15036518 | *+ | Professional Account Management Inc., 633 West Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 15036519 | *+ | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15036520 | *+ | Receivables Performance Management LLC, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15036521 | * | Revenue Cycle Solutions, Inc., P.O. Box 94609, Cleveland, OH 44101-4609 |
| 15036522 | *+ | Rmg Systms, Po Box 44414, Eden Prairie, MN 55344-1414 |
| 15036523 | *+ | S&T Bank, P.O. Box 190, Indiana, PA 15701-0190 |
| 15036527 | *P++ | SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949, address filed with court:, Sprint Nextel, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15036528 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Ser, 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15036529 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15036525 | *+ | Security Credit Systems, PO Box 846, Buffalo, NY 14240-0846 |
| 15036526 | *+ | Sprint, Customer Service, PO Box 8077, London, KY 40742-8077 |
| 15036530 | * | Target, Retailers National Bank, P.O. Box 59231, Minneapolis, MN 55459-0231 |
| 15036531 | * | Target National Bank, PO BOX 59231, Minneapolis, MN 55459-0231 |

| District/off: 0315-2 | User: dbas | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 309 | Total Noticed: 120 |

| | | |
|---|---|---|
| 15036533 | * | The Municipal Authority of the, Borough of Oakmont, Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036535 | *+ | The Municipal Authority of the Borough, of Oakmont Water Department, PO Box 73, Oakmont, PA 15139-0073 |
| 15036536 | *+ | The Western Pennsylvania Hospital, PO Box 951960, Cleveland, OH 44193-0021 |
| 15036538 | * | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15036540 | * | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15036541 | *+ | UPMC Presbyterian Shadyside, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15036542 | * | UPMC St. Margaret, PO Box 360381, Pittsburgh, PA 15251-6381 |
| 15036537 | *+ | Unique National Collec, 119 E Maple St, Jeffersonville, IN 47130-3439 |
| 15036543 | *+ | Vengroff, Williams, & Associates, Inc., P.O. Box 4155, Sarasota, FL 34230-4155 |
| 15036544 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15036545 | *+ | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |
| 15036548 | *+ | WPAHS, P.O. Box 6770, Pittsburgh, PA 15212-0770 |
| 15036546 | *+ | West Penn Forbes Campus, P.O. Box 73542, Cleveland, OH 44193-0002 |
| 15036547 | *+ | West Penn Hospital, 4800 Friendship Avenue, Pittsburgh, PA 15224-1793 |
| 15036549 | *+ | Y.C. Ho, M.D., Wood Towers, 810 Wood Street, Suite 1, Pittsburgh, PA 15221-2880 |
| 15012105 | ##+ | Penn Credit Coporation, PO Box 988, Harrisburg, PA 17108-0988 |
| 15012122 | ##+ | Security Credit Systems, PO Box 846, Buffalo, NY 14240-0846 |

TOTAL: 2 Undeliverable, 107 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| James R. Wood | on behalf of Creditor City of New Castle jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Richard Cain  Sr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Helen L. Cain ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10