**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD CAIN SR<br>HELEN L. CAIN<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-21025 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 03/15/2019 and confirmed on 05/24/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,087.81 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,087.81 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,434.47 | |
| 　Trustee Fee | 378.42 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,812.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 6,253.96 | 0.00 | 6,253.96 |
| 　　Acct: 4919 | | | | |
| 　PENN HILLS SEWAGE* | 504.32 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 7100 | | | | |
| 　NEW RESIDENTIAL MORTGAGE LLC | 9,447.79 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 4919 | | | | |
| 　CITY OF NEW CASTLE (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9670 | | | | |
| | | | | 6,253.96 |
| **Priority** | | | | |
| 　PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　RICHARD CAIN SR | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PENN HILLS MUNICIPALITY (EIT)** | 2,530.21 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3050 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | PAUL W MCELRATH JR ESQ | 3,800.00 | 2,434.47 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PAUL W MCELRATH JR ESQ | 500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN HILLS SD (PENN HILLS) (EIT)** | 4,178.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 3050 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 20.96 | 0.00 | 20.96 |
| | Acct: 1908 | | | | |
| | | | | | 20.96 |
| Unsecured | | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5929 | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9717 | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6059 | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2148 | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLE KISKI MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7092 | | | | |
| | ALLEGHENY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3050 | | | | |
| | ALLEGHENY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8131 | | | | |
| | ALLIANCE CARDIOLOGY GROUP, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3203 | | | | |
| | ALMAR RADIOLOGISTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5155 | | | | |
| | AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6510 | | | | |
| | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2487 | | | | |
| | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2487 | | | | |
| | ATG CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6713 | | | | |
| | AV MEDICAL IMAGING INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8145 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3050 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 024H | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: MAL8 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: E006 | | | | |
| | OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3050 | | | | |
| | COMPUTER CREDIT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2906 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1453 | | | | |

| 19-21025 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 5 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | CREDIT MANAGEMENT CO<br>Acct: 2978 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 3261 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DELATORRE ORTHITICS<br>Acct: 8594 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISH NETWORK<br>Acct: 6396 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DOMINION RETAIL INC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 0666 | 6,531.12 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | EQUITABLE GAS - NOW PEOPLES NATUR,<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ER SOLUTIONS<br>Acct: 9352 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ESCALLATE LLC<br>Acct: 5515 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ESCALLATE LLC<br>Acct: 3679 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ESCALLATE LLC<br>Acct: 0557 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FORBES REGIONAL HOSPTIAL<br>Acct: 7813 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GUARDIAN PROTECTION SERVICES(*)<br>Acct: 7978 | 0.00 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: 7001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHARLES HILTON ESQ<br>Acct: 3050 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MCT CARDIOLOGY MED ASSOC PC<br>Acct: 3203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MEDICREDIT CORP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HILLS EMS<br>Acct: 1656 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONAL RECOVERY AGENCY<br>Acct: 2208 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: 0604 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: 5922 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: 3466 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: 5539 | 0.00 | 0.00 | 0.00 | 0.00 |
| | KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | S JAMES WALLACE ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|   MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   NEW YORK COMMUNITY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4132 | | | | |
|   NORTHEAST CREDIT AND COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 39N1 | | | | |
|   NORTHEAST CREDIT AND COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 85N1 | | | | |
|   OAKMONT WATER AUTHORITY | 1,091.30 | 0.00 | 0.00 | 0.00 |
| Acct: 6638 | | | | |
|   UPMC PHYSICIAN SERVICES | 401.83 | 0.00 | 0.00 | 0.00 |
| Acct: 6543 | | | | |
|   ORTHOPEDIC ASSOCIATES OF PITTSBURG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3471 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5004 | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5184 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1927 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,061.44 | 0.00 | 0.00 | 0.00 |
| Acct: 0529 | | | | |
|   PORTNOFF LAW ASSOCIATES LTD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: H039 | | | | |
|   PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9970 | | | | |
|   PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2652 | | | | |
|   RECEIVABLES PERFORMANCE MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3468 | | | | |
|   RECEIVABLES PERFORMANCE MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4093 | | | | |
|   ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 545.65 | 0.00 | 0.00 | 0.00 |
| Acct: Q3BC | | | | |
|   SPRINT CORP** | 796.40 | 0.00 | 0.00 | 0.00 |
| Acct: 6301 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2590 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3578 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9707 | | | | |
|   OAKMONT WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 380A | | | | |
|   UNIQUE NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5142 | | | | |
|   UPMC PHYSICIAN SERVICES | 2,380.69 | 0.00 | 0.00 | 0.00 |
| Acct: 3050 | | | | |
|   UPMC HEALTH SERVICES | 8,446.13 | 0.00 | 0.00 | 0.00 |
| Acct: 6543 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1100 | | | | |

| 19-21025 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 5 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ Acct: 9120 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON++ Acct: 2910 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS Acct: 0001 | 906.12 | 0.00 | 0.00 | 0.00 |
| WEST PENN FORBES Acct: 5055 | 0.00 | 0.00 | 0.00 | 0.00 |
| Y.C. HO, MD Acct: 3050 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH EAR ASSOCIATES Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURITY CREDIT SERVICES LLC* Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TARGET Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC Acct: 8349 | 584.61 | 0.00 | 0.00 | 0.00 |
| JAMES R WOOD ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*NONE\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 6,274.92 |

TOTAL CLAIMED
PRIORITY         6,708.53
SECURED          9,952.11
UNSECURED       22.745.29

Date: 02/10/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com