**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:

    RICHARD CAIN SR
    HELEN L. CAIN
          Debtor(s)

Case No. 19-21025GLT

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/15/2019.

2) The plan was confirmed on 05/24/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/27/2019, 07/01/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/12/2020.

5) The case was dismissed on 01/05/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,532.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,087.81 | |
| Less amount refunded to debtor | $0.00 | |

**NET RECEIPTS:** **$9,087.81**

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,434.47 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $378.42 | |
| Other | $0.00 | |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,812.89**

Attorney fees paid and disclosed by debtor:     $200.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC**++ | Unsecured | 153.52 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 107.11 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 310.63 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 492.80 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 184.71 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 200.41 | NA | NA | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE CARDIOLOGY GROUP, PC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ALMAR RADIOLOGISTS INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| AR RESOURCES INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 258.80 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 964.58 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - ASSIGNI | Unsecured | 200.00 | 545.65 | 545.65 | 0.00 | 0.00 |
| AV MEDICAL IMAGING INC* | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHARLES HILTON ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NEW CASTLE (RE) | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT INC. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| DELATORRE ORTHITICS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DOMINION RETAIL INC* | Unsecured | 766.93 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 2,604.52 | 6,531.12 | 6,531.12 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EQUITABLE GAS - NOW PEOPLES NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC++ | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| FORBES REGIONAL HOSPTIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN PROTECTION SERVICES( | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 584.61 | 584.61 | 0.00 | 0.00 |
| MCT CARDIOLOGY MED ASSOC PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT CORP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 390.04 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NEW RESIDENTIAL MORTGAGE LLC | Secured | 0.00 | 9,447.79 | 9,447.79 | 0.00 | 0.00 |
| NEW RESIDENTIAL MORTGAGE LLC | Secured | 92,512.00 | 73,664.29 | 0.00 | 6,253.96 | 0.00 |
| NEW YORK COMMUNITY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST CREDIT AND COLLECTI | Unsecured | 995.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST CREDIT AND COLLECTI | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| OAKMONT WATER AUTHORITY | Unsecured | 286.93 | 1,091.30 | 1,091.30 | 0.00 | 0.00 |
| OAKMONT WATER AUTHORITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OFFICE OF UC BENEFITS POLICY** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC ASSOCIATES OF PITTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS EMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (EIT)** | Priority | 6,780.53 | 2,530.21 | 2,530.21 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (EIT)** | Priority | 0.00 | 4,178.32 | 4,178.32 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (EIT)** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SEWAGE* | Secured | 511.11 | 504.32 | 504.32 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Priority | 0.00 | NA | NA | 20.96 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 113.61 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 1,061.44 | 1,061.44 | 1,061.44 | 0.00 | 0.00 |
| PITTSBURGH PARKING COURT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH PARKING COURT | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PORTNOFF LAW ASSOCIATES LTD** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE MAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE MAN | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP** | Unsecured | 954.59 | 796.40 | 796.40 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTIONS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN++ | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN++ | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 11,559.25 | 8,446.13 | 8,446.13 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 0.00 | 2,380.69 | 2,380.69 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 0.00 | 401.83 | 401.83 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOUR( | Unsecured | 1,897.00 | 906.12 | 906.12 | 0.00 | 0.00 |
| VERIZON++ | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN FORBES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Y.C. HO, MD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $6,253.96 | $0.00 |
| Mortgage Arrearage | $9,447.79 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $504.32 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,952.11** | **$6,253.96** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,708.53 | $20.96 | $0.00 |
| **TOTAL PRIORITY**: | **$6,708.53** | **$20.96** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$22,745.29** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,812.89 |
| Disbursements to Creditors | $6,274.92 |
| | |
| **TOTAL DISBURSEMENTS** : | **$9,087.81** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/09/2021                    By: /s/ Ronda J. Winnecour
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**